**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | J.A.R. Concrete, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 74-1670777 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8000 Escobar Dr.**<br>**El Paso, TX 79907**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **El Paso**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | J.A.R. Concrete, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

| Debtor | J.A.R. Concrete, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| Debtor District | | When | | Relationship Case number, if known | |

**11. Why is the case filed in this district?**  *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　☐ 1,000-5,000　☐ 25,001-50,000
☐ 50-99　☐ 5001-10,000　☐ 50,001-100,000
☑ 100-199　☐ 10,001-25,000　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　☑ $1,000,001 - $10 million　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　☑ $1,000,001 - $10 million　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

| Debtor | J.A.R. Concrete, Inc. | Case number (*if known*) _____ |
|--------|----------------------|------|
|        | Name                 |      |

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *03/14/23*
             MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Joe A. Rosales, Jr.
Printed name

Title   **President and Sole Director/Sole Shareholder**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  *3-14-23*
      MM / DD / YYYY

**E.P. BUD KIRK**
Printed name

**E.P. BUD KIRK**
Firm name

**600 Sunland Park Dr.**
**Building Four, Ste. 400**
**El Paso, TX 79912**
Number, Street, City, State & ZIP Code

Contact phone  **915-584-3773**        Email address  **budkirk@aol.com**

**11508650 TX**
Bar number and State

**UNANIMOUS CONSENT OF THE**

**SHAREHOLDERS AND DIRECTORS OF J.A.R. CONCRETE, INC.**

The undersigned being the only member and the only shareholder of J.A.R. CONCRETE, INC., a Texas company, acting without a meeting pursuant to the Business Organizations Code of the State of Texas, do hereby unanimously adopt the following resolutions with the same force and effect as if they had been adopted at a duly called regular meeting of the shareholders and directors of J.A.R. CONCRETE, INC..

> RESOLVED, That in view of the adverse financial condition of this limited liability company, this limited liability company file a reorganization proceeding under Chapter 11 of the Bankruptcy Code.

> FURTHER RESOLVED, That JOE A. ROSALES, JR., as president of the corporation be, and he is hereby authorized to sign on behalf of this limited liability company all petitions, schedules, and all other documents necessary, or which he shall in his sole discretion deem desirable, in connection with such bankruptcy proceeding.

> We direct that a copy of this Unanimous Consent he placed in the minutes book for the limited liability company.

EXECUTED as of the ___14th pm___ day of March, 2023.

_____
JOE A. ROSALES, JR.
Its: President and Sole Director/Sole Shareholder

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

## S T A T E M E N T

Petitioners are qualified to file this Petition and are entitled to the benefits of Title 11, United States Code as voluntary debtors, having not been debtors in a case pending under this Title at any time in the preceding 180 days in which the case was dismissed by the Court for willful failure to abide by orders of the Court, or to appear before the Court in the proper prosecution of the case, or in a case where the voluntary dismissal of a case was requested and obtained following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11, United States Code.

**J.A.R. CONCRETE, INC.**

JOE A. ROSALES, JR.
Its: President and Sole Director/Sole Shareholder

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| J.A.R. CONCRETE, INC., | § | No. |
| | § | |
| Debtor. | § | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case as follows:

   For legal services, I have agreed to accept                    $300.00/hr.

   Prior to the filing of this statement I have received          $10,762.00.

   Balance Due                                                    Hourly as earned

   Amount of filing fee remaining to be paid                      $      .00.

2. The source of compensation to be paid to me was:

   __X__ Debtor                    _____ Other (Specify)

3. The source of compensation to be paid to me is:

   _____ Debtor                   _____ Other (Specify)

4. __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   _____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing (if any), and any adjourned hearings thereof;

    d.    Representation of the debtor in contested bankruptcy matters as those are defined under the Bankruptcy Rules.

    e.    [Other provisions as needed]   Not applicable.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any adversary proceedings (if applicable) to accomplish a turnover, avoid a transfer, or litigate dischargeability or discharge.   Also, the fees do not cover any services necessary to cure post-petition defaults to secured creditors.

AGREED TO BY THE DEBTOR:

Date: 3/14/23

**J.A.R. CONCRETE, INC.**

JOE A. ROSALES, JR.
Its: President and Sole Director/Sole Shareholder

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

3-14-23

Date

E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, Texas   79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

In re                                                    Case No.

      **J.A.R. CONCRETE, INC.**
           Debtor.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.   Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.   Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.   Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | # OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A.  Real Property | | | | | |
| B.  Personal Property | | | | | |
| C.  Property Claimed as Exempt | | This is an emergency filing.   Schedules and a Statement of Affairs will be filed within 14 days of filing of the Emergency Voluntary Petition. | | |
| D.  Creditors Holding Secured Claims | | | | | |
| E.  Creditors Holding Unsecured Priority Claims | | | | | |
| F.  Creditors Holding Unsecured Non-Priority Claims | | | | | |
| G.  Executory Contracts and Unexpired Leases | | | | | |
| H.  Codebtors | | | | | |
| I.  Current Income of Individual Debtor(s) | | | | | |
| J.  Current Expenditures of Individual Debtor(s) | | | | | |

| Total Number of Sheets in ALL Schedules ▸ | |
|---|---|
| Total Assets ▸ $ | |
| Total Liabilities ▸ $ | |

.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | J.A.R. Concrete, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 Rivers Equipment 924 11th Street Greeley, CO 80631 | | | | | | $90,000.00 |
| Accent Landscaping & Sprinkler 28 San Marco Drive El Paso, TX 79922 | | | | | | $214,546.00 |
| Assured Partners of Texas, LLC 5930 Preston View Blvd., Ste. 200 Dallas, TX 75240 | | | | | | $49,290.00 |
| C&R Distributing, LLC 140 S. Prado El Paso, TX 79907 | | | | | | $111,950.00 |
| City of El Paso Financial Services 1st Floor 300 N. Campbell El Paso, TX 79901 | | | | | | $152,233.00 |
| Clowe & Cowan of El Paso P.O. Box 9898 El Paso, TX 79995-2989 | | | | | | $39,280.00 |
| El Paso A.R.C. Electric 8010 North Loop El Paso, TX 79915 | | | | | | $183,687.00 |
| El Paso Tax Assessor/Collector P.O. Box 2992 El Paso, TX 79999 | | | | | | $162,674.00 |

Debtor __J.A.R. Concrete, Inc._____          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hartford Financial Services P.O. Box 415738 Boston, MA 02241-5738 | | | | | | $240,000.00 |
| Milling Services 2401 S 15th Ave. Phoenix, AZ 85007 | | | | | | $60,000.00 |
| Nationwide Rebar, Inc. 5631 J.M. Browning El Paso, TX 79938 | | | | | | $71,762.00 |
| Nueces Power Equipment P.O. Box 4789 Corpus Christi, TX 78469 | | | | | | $78,295.00 |
| Pavement Marking, Inc. 8949 S Beck Ave. Tempe, AZ 85284 | | | | | | $75,649.00 |
| Reladyne West, LLC P.O. Box 955967 Saint Louis, MO 63195-5967 | | | | | | $42,000.00 |
| SBNG, CPA 221 N. Kansas, Ste. 1300 El Paso, TX 79901 | | | | | | $69,770.00 |
| Structural Steel Services 13351 Montana Ave. El Paso, TX 79938 | | | | | | $87,992.00 |
| Tri State Electric, Ltd. 530 Valley Chile Rd. Vinton, TX 79821 | | | | | | $155,498.00 |
| Wagner Equipment P.O. Box 919000 Denver, CO 80291-9000 | | | | | | $130,000.00 |
| Wex Bank P.O. Box 4337 Carol Stream, IL 60197-4337 | | | | | | $97,123.00 |
| White Cap Construction Supply P.O. Box 4682 Orlando, FL 32802-4852 | | | | | | $82,734.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>J.A.R. Concrete, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/14/23          X _____
                               Signature of individual signing on behalf of debtor

                               Joe A. Rosales, Jr.
                               Printed name

                               President and Sole Director/Sole Shareholder
                               Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

## United States Bankruptcy Court
### Western District of Texas

In re   J.A.R. Concrete, Inc.

Debtor(s)

Case No. _____
Chapter   **11**   _____

## VERIFICATION OF CREDITOR MATRIX

I, the President and Sole Director/Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 3/14/23

Joe A. Rosales, Jr./President and Sole Director/Sole Shareholder
Signer/Title

1st Source Bank
100 N. Michigan 4th Floor
South Bend, IN 46601


4 Rivers Equipment
924 11th Street
Greeley, CO 80631


915 Hualer, Inc.
P.O. Box 962632
El Paso, TX 79996


A-Core, Inc.
5360 South Riley Lane
Murray, UT 84107


Abescape Landscaping, LLC
12300 Gateway East Blvd.
El Paso, TX 79927


Accent Landscaping & Sprinkler
28 San Marco Drive
El Paso, TX 79922


Advance Drainage Systems, Inc.
P.O. Box 841600
Dallas, TX 75284


AGC of Texas
P.O. Box 2185
Austin, TX 78768


Airmix Welding Supply
P.O. Box 962077
El Paso, TX 79996-2077


Alamo Auto Supply
5923 Gateway West
El Paso, TX 79925


Allied Paving Company
5165 Hercules St.
El Paso, TX 79904

Ally Auto Finance


Andrade's Contractors, Inc.
409 Isaias Ave.
Canutillo, TX 79835


Assured Partners of Texas, LLC
5930 Preston View Blvd., Ste. 200
Dallas, TX 75240


Auto Electric Company
1216 Texas Ave
El Paso, TX 79901


Biodyne Chemical Co.
P.O. Box 961707
El Paso, TX 79996


Border Tire
12277 Rojas Dr.
El Paso, TX 79936


Bowen Industrial Contractors
14755 Montana Ave.
El Paso, TX 79938


Bridgestone Hose Power, LLC
P.O. Box 861777
Orlando, FL 32886-1777


C&R Distributing, LLC
140 S. Prado
El Paso, TX 79907


Capital One Bank (USA), N.A.
P.O. Box 60519
City of Industry, CA 91716-0599


Cat Financial Services
2120 Westend Ave.
Nashville, TN 37203

Cat Financial Services


CIT/Ritchie Bros


City of El Paso Financial Services
1st Floor 300 N. Campbell
El Paso, TX 79901


Closner Equipment Co., Inc.
P.O. Box 917
Schertz, TX 78154


Clowe & Cowan of El Paso
P.O. Box 9898
El Paso, TX 79995-2989


CMC Construction Services
P.O. Box 844573
Dallas, TX 75284-4573


Concrete Pumping, Inc.
P.O. Box 1337
Tustin, CA 92781


Conservancy Oil
P.O. Box 955967
Saint Louis, MO 63195-5967


County of El Paso
3850 Justice
El Paso, TX 79938


CQC Testing & Eng
4606 Titanic
El Paso, TX 79904


Diesel Direct
P.O. Box 135
Randolph, MA 02368

Distribution International
5225 S Loop 289, Ste. 200
Lubbock, TX 79424

Doggett Freightliner
P.O. Box 670688
Houston, TX 77267-0688

El Paso A.R.C. Electric
8010 North Loop
El Paso, TX 79915

El Paso Bolt & Screw Co.
7058 Alameda Ave.
Aurora, CO 80015

El Paso Concrete Cutters
100 Kelly Way #7
Canutillo, TX 79835

El Paso Electric
c/o Jeff Weikert
100 N. Stanton St.
El Paso, TX 79901

El Paso Electric Company
P.O. Box 650801
Dallas, TX 75265-0801

El Paso Municipal Court
810 E Overland Ave.
El Paso, TX 79901

El Paso Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999

El Paso Trench Safety
P.O. Box 370196
El Paso, TX 79937

El Paso Water Utilities
P.O. Box 511
El Paso, TX 79961

Engs

Ergon Asphalt & Emulsions, Inc.
Dept. 2135
P.O. Box 11407
Birmingham, AL 35246-2135

Exerplay, Inc.
P.O. Box 1160
Cedar Crest, NM 87008

Fennemore Craig, P.C.
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016

Ferguson Waterworks
P.O. Box 740827
Los Angeles, CA 90074-0827

Fire Technologies Intll Inc.
P.O. Box 221695
El Paso, TX 79913

Ford Motor Credit

Forrest Tire
P.O. Box 1778
Carlsbad, NM 88221-1778

Frank's Supply Co., Inc.
3311 Stanford NE
Albuquerque, NM 87107

GECU
P.O Box 20998
El Paso, TX 79998-0998

GPS It
105 W. 35th Street, Ste. L
National City, CA 91950

Hannover
1717 Main St., Ste. 5400
Dallas, TX 75201


Hannover Settlement


Hartford Financial Services
P.O. Box 415738
Boston, MA 02241-5738


HEM Paving
601 East 1st St.
Grundy Center, IA 50638


HERC Rentals Inc.
P.O. Box 936257
Atlanta, GA 31193-6257


Hyundai Finance


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


IPE Aggregate LLC
2405 Lefehaus Industrial Dr., Ste. 102
New Braunfels, TX 78130


IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223


IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701


Jezari Law
221 N. Kansas St., Ste. 700 N6
El Paso, TX 79901

Jim Darnell, P.C.
310 N. Mesa St., Ste. 212
El Paso, TX 79901


John Deere
P.O. Box 650215
Dallas, TX 75265


Juan Aguirre
P.O. Box 454
Tornillo, TX 79853


Lago Solutions
12620 Sun Haven Dr.
El Paso, TX 79938


Lindenmeyr Munroe
P.O. Box 841037
Dallas, TX 75284-1037


Linebarger Goggan Blair & Samp
P.O. Box 659443
San Antonio, TX 78265-9443


Los Fierro Construction
13627 Emma Lane
El Paso, TX 79938


Lube'N Go
1319 Montana Ave.
El Paso, TX 79902


M2 Lease Funds


Major Motion Logistics
4277 Loma Azteca Ct.
El Paso, TX 79934


Miller Formless Co., Inc.
P.O. Box 250
McHenry, IL 60051

Milling Services
2401 S 15th Ave.
Phoenix, AZ 85007


Mission Linen & Uniform Service
1409 Texas
El Paso, TX 79901


MSC Industrial Supply
P.O. Box 78845
Milwaukee, WI 53278-8845


Nationwide Rebar, Inc.
5631 J.M. Browning
El Paso, TX 79938


Neenah Foundry Company
P.O. Box 74007026
Chicago, IL 60674-7026


North Texas Tollway Authority
3015 Raleigh
Dallas, TX 75219


Nova Safety Products
2112 Wyoming Ave.
El Paso, TX 79903


Nueces Power Equipment
P.O. Box 4789
Corpus Christi, TX 78469


O'Reilly Auto Parts
455 S. Patterson
Springfield, MO 65802


Office Depot, Inc.
P.O. Box 70025
Los Angeles, CA 90074-0025


Oil Changer
4511 Willow Rd., Ste. 1
Pleasanton, CA 94588

Paseo Del Este MUD 1
P.O. Box 684000
Houston, TX 77268-4000


Pavement Marking, Inc.
8949 S Beck Ave.
Tempe, AZ 85284


Penn Credit Corporation
P.O. Box 69703
Harrisburg, PA 17106-9703


Piedmont Plastics
10871 Pellicano
El Paso, TX 79935


Prudential Overall Supply
P.O. Box 11210
Santa Ana, CA 92711-1210


Purvis Industries, Ltd.
P.O. Box 541757
Dallas, TX 75354-0757


Reladyne West, LLC
P.O. Box 955967
Saint Louis, MO 63195-5967


RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373-4182


Rudy Silva Trucking
P.O. Box 3239
Fabens, TX 79838


Ryan, LLC
P.O. Box 848351
Dallas, TX 75284-8351


Safety Supply Center
150 E. Palmetto Park Rd., Ste. 800
Boca Raton, FL 33432

Safety-Kleen Corp
P.O. Box 650509
Dallas, TX 75265-0509


San Bar Construction Corp.
9101 Broadway, S.E.
Albuquerque, NM 87105


Saul Garcia
5013 Bragg
El Paso, TX 79904


SBNG, CPA
221 N. Kansas, Ste. 1300
El Paso, TX 79901


Siemens
301 Lindenwood, Ste. 215
Malvern, PA 19355


Sierra Springs
P.O. Box 660579
Dallas, TX 75266-0579


Snell & Wilmer, LLP
400 E. Van Buren, Ste. 1900
Phoenix, AZ 85004-2202


Spectrum Enterprise
Charter Communications
P.O. Box 223085
Pittsburgh, PA 15251-2085


Spectrum Techonologies
5900 Gateway East
El Paso, TX 79905


Spitzer A & I Products
1055 Hawkins Blvd.
El Paso, TX 79915


Stanley Spring & Suspension
8800 Castner Dr.
El Paso, TX 79907

Structural Steel Services
13351 Montana Ave.
El Paso, TX 79938


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Surety 2000
1001 E 101 St Terrace, Ste. 230
Kansas City, MO 64131


Texas Far West Const & Eng Inc.
1045 Kessler
El Paso, TX 79907


Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913


Texas Historical Commission
P.O. Box 12276
Austin, TX 78711-2276


Time Warner Cable
4145 S. Falkenburg
Riverview, FL 33578


Top Tier Chemicals
75 S Clinton Ave., Ste. 510
Rochester, NY 14604


Traffic Barricade Services, Inc.
P.O. Box 12994
El Paso, TX 79913


Tri State Electric, Ltd.
530 Valley Chile Rd.
Vinton, TX 79821


Truckpro
29787 Network Place
Chicago, IL 60673-1787

U.S. Small Business Administration (SBA)
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202

United Healthcare
P.O. Box 94017
Palatine, IL 60094

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

USI Southwest, Inc. El Paso
P.O. Box 61187
Virginia Beach, VA 23466

Villava Sand & Gravel
12450 Pellicano Dr.
El Paso, TX 79927

Wagner Equipment
P.O. Box 919000
Denver, CO 80291-9000

Wallwork Financial

Wedbros Co.
13612 Matfen Ave.
El Paso, TX 79928

Wells Fargo

Westfleet
3440 Girard NE
Albuquerque, NM 87107


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197-4337


White Cap Construction Supply
P.O. Box 4582
Orlando, FL 32802-4852


Williams Manufacturing
11517 Confederate Dr.
El Paso, TX 79936


Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693-3197


X Gomez Logistics, LLC
7340 Phil Hansen
Canutillo, TX 79835