IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| J.A.R. CONCRETE, INC., | § | Case No. 23-30242-HCM-11 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING EMERGENCY MOTION
## FOR AUTHORIZATION TO MAKE PRE-PETITION PAYROLL

On this day the Court conducted an expedited hearing on the Emergency Motion for Authorization to Make Pre-Petition Portion of Payroll ("Motion") (dkt#___) filed by J.A.R. CONCRETE, INC., debtor-in-possession in this Chapter 11 case ("Debtor"). Appearing at the hearing were the Debtor, counsel for the Debtor, and counsel for parties in interest. The Court finds that to avoid immediate and irreparable harm to the Debtor's estate, the Debtor should be authorized to pay its employees the pre-petition portion of its payroll with associated taxes and the following Order should be entered on the Motion.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion (dkt#___) is granted to the extent set forth below.

2. The Debtor is authorized to pay the pre-petition portion of its payroll for wages and compensation to its employees.

3. The Debtor shall timely pay all associated payroll taxes (including withholding taxes) on all wages and compensation paid by the Debtor to its employees on the pre-petition portion and the post-petition portion of its payroll.

4. The amount paid by the Debtor to each employee for pre-petition wages and compensation shall not exceed the priority limitation of 11 U.S.C. § 507(a)(4).

###

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor-in-Possession