| | | |
|---|---|---|
| 4 Rivers Equipment<br>924 11th Street<br>Greely, CO 80631 | Accent Landscaping & Sprinkler<br>28 San Marco Drive<br>El Paso, Texas 79922 | Assured Partners of Texas, LLC<br>5930 Preston View Blvd., Ste. 200<br>Dallas, Texas 75240 |
| C&R Distributing, LLC<br>140 S. Prado<br>El Paso, Texas 79907 | City of El Paso Financial Services<br>1st Floor<br>300 N. Campbell<br>El Paso, Texas 79901 | Clowe & Cowan of El Paso<br>P.O. Box 9898<br>El Paso, Texas 79995-2989 |
| El Paso A.R.C. Electric<br>8010 North Loop<br>El Paso, Texas 79915 | El Paso Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, Texas 79999 | Hartford Financial Services<br>P.O Box 415738<br>Boston, MA 02241-5738 |
| Milling Services<br>2401 S. 15th Ave.<br>Phoenix, Arizona 85007 | Nationwide Rebar, Inc.<br>5631 J.N. Browning<br>El Paso, Texas 79938 | Nueces Power Equipment<br>P.O. Box 4789<br>Corpus Christi, Texas 78469 |
| Paving Marking, Inc.<br>8949 S. Beck Ave.<br>Tempe, Arizona 85284 | Reladyne West, LLC<br>P.O. Box 955967<br>Saint Louis, Missouri 63195-5967 | SBNG, CPA<br>221 N. Kansas, Ste. 1300<br>El Paso, Texas 79901 |
| Structural Steel Services<br>13351 Montana Ave.<br>El Paso, Texas 79938 | TRI State Electric, Ltd.<br>530 Valley Chile Rd.<br>Vinton, Texas 79821 | Wagner Equipment Co.<br>P.O. Box 919000<br>Denver, Co 80291-9000 |
| WEX Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197-4337 | White Cap Construction Supply<br>P.O. Box 4582<br>Orlando, Florida 32802-4852 | |