**Fill in this information to identify the case:**

Debtor name **J.A.R. Concrete, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **23-30242**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $      6,074,189.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $      6,074,189.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      4,942,097.89

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $      463,737.81

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      1,730,253.02

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b      $      7,136,088.72

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    J.A.R. Concrete, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-30242

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

| Debtor | J.A.R. Concrete, Inc. | Case number *(If known)* 23-30242 |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2021 Hyundai Genesis | $0.00 | FMV | $57,699.00 |
| 47.2. | Int' 4300 Water Truck | $0.00 | FMV | $38,000.00 |
| 47.3. | JLG G12-55A Forklift | $0.00 | FMV | $42,500.00 |
| 47.4. | 2012 Genie GTH844 Forklift | $0.00 | FMV | $29,250.00 |
| 47.5. | 2013 JD 310KEP | $0.00 | FMV | $29,000.00 |
| 47.6. | 2013 Dynapac CC624HF Roller | $0.00 | FMV | $24,750.00 |
| 47.7. | 2007 Kenworth T300 Lube Truck | $0.00 | FMV | $38,000.00 |
| 47.8. | 2012 Frgtlr M2 4000g Water Truck | $0.00 | FMV | $45,000.00 |
| 47.9. | Cat 279D-GTL03790 | $0.00 | FMV | $32,000.00 |
| 47.10. | Cat AP1055F-TJ501080 | $0.00 | FMV | $425,000.00 |
| 47.11. | 844K Loader | $0.00 | FMV | $260,000.00 |
| 47.12. | 310SL Backhoe Loader | $0.00 | FMV | $45,250.00 |
| 47.13. | 332E Skid Steer Loader | $0.00 | FMV | $27,500.00 |

Debtor __J.A.R. Concrete, Inc.__   Case number *(if known)*  __23-30242__
Name

| 47.14 | 310sk Backhoe Loader | $0.00 | FMV | $35,000.00 |
|---|---|---|---|---|
| 47.15 | 2011 Dodge Ram 4500 Mechanic Truck | $0.00 | | $32,000.00 |
| 47.16 | 2005 Ford F-750 2k water truck | $0.00 | FMV | $30,000.00 |
| 47.17 | 2016 Cat CT660S Day Cab | $0.00 | FMV | $33,500.00 |
| 47.18 | 2016 Cat CT660S Day Cab | $0.00 | FMV | $33,500.00 |
| 47.19 | 2016 Cat CT660S Day Cab | $0.00 | FMV | $33,500.00 |
| 47.20 | 2017 Cat 950m Wheel Loader | $0.00 | FMV | $135,000.00 |
| 47.21 | 2017 Komatsu WA380-8 Wheel Loader | $0.00 | FMV | $127,000.00 |
| 47.22 | 2018 Bomag BW120AD-5 Vibe Roller | $0.00 | FMV | $40,250.00 |
| 47.23 | 2010 Int'l Prostar 4000 Gal 6x4 Water | $0.00 | FMV | $36,700.00 |
| 47.24 | 2014 Volvo EC380EL Excab | $0.00 | FMV | $80,000.00 |
| 47.25 | 2014 Volvo EC220DL Excav | $0.00 | FMV | $75,000.00 |
| 47.26 | 2015 LBT Bullker Trailer | $0.00 | FMV | $24,000.00 |
| 47.27 | 2015 LBT Bullker Trailer | $0.00 | FMV | $24,000.00 |
| 47.28 | 2015 LBT Bullker Trailer | $0.00 | FMV | $24,000.00 |
| 47.29 | 2015 Rotair D185T41 Air Compressor | $0.00 | FMV | $3,000.00 |
| 47.30 | 2011 Cat 980K Wheel Loader | $0.00 | FMV | $132,000.00 |

| Debtor | **J.A.R. Concrete, Inc.** | Case number *(if known)* | **23-30242** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.31 | 2017 Cat 926M Wheel Loader | $0.00 | FMV | $124,000.00 |
| 47.32 | 2012 Cat 924K Wheel Loader | $0.00 | | $75,000.00 |
| 47.33 | 2011 Cat 14M Motor Grader | $0.00 | | $155,000.00 |
| 47.34 | 2011 Cat 140M Motor Grader | $0.00 | FMV | $100,000.00 |
| 47.35 | 2012 Cat D6T LGP | $0.00 | FMV | $139,000.00 |
| 47.36 | 2013 Dynapac CP274 Roller | $0.00 | FMV | $44,000.00 |
| 47.37 | 2015 Broce RJT350 Broom | $0.00 | FMV | $21,000.00 |
| 47.38 | Water Trucks from United Rentals | $0.00 | FMV | $81,000.00 |
| 47.39 | 2019 GMC Sierra 3500 #9926 | $0.00 | FMV | $42,760.00 |
| 47.40 | 2019 Ford F150 #55363 | $0.00 | FMV | $35,542.00 |
| 47.41 | 2019 Chevrolet Silverado #277490 | $0.00 | FMV | $49,584.00 |
| 47.42 | 2018 Dodge Ram 250 | $0.00 | FMV | $28,984.00 |
| 47.43 | 2017 Chevrolet Silverado #4261 | $0.00 | FMV | $30,161.00 |
| 47.44 | 2020 Ford F-150 #6878 | $0.00 | FMV | $35,427.00 |
| 47.45 | 2020 Ford F-350 #2592 | $0.00 | FMV | $56,027.00 |
| 47.46 | 2020 Ford F-350 #4485 | $0.00 | FMV | $58,334.00 |
| 47.47 | Ford F-150 #91479 | $0.00 | FMV | $26,601.00 |

| Debtor | J.A.R. Concrete, Inc. | | Case number *(If known)* | 23-30242 |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.48. | Ford F-150 #48747 | $0.00 | FMV | $33,063.00 |
| 47.49. | Ford F-150 #27032 | $0.00 | FMV | $22,338.00 |
| 47.50. | Ford F-150 #48746 | $0.00 | FMV | $33,139.00 |
| 47.51. | Ford F-150 #31766 | $0.00 | FMV | $32,316.00 |
| 47.52. | Ford F-150 #59300 | $0.00 | FMV | $38,311.00 |
| 47.53. | Ford F-150 #69232 | $0.00 | FMV | $37,518.00 |
| 47.54. | 2019 Freightliner 108SD | $0.00 | | $149,500.00 |
| 47.55. | Omitted Equipment (see attached list) | $0.00 | | $2,093,010.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| Equipment 4 Rivers | | $0.00 | FMV | $140,175.00 |
| Roadtec SB 2500E Suttle Buggy | | $0.00 | FMV | $400,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $6,074,189.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | J.A.R. Concrete, Inc. | Case number (If known) 23-30242 |
|---|---|---|
| | Name | |

**Part 10:** Intangibles and Intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   __J.A.R. Concrete, Inc._____   Case number *(If known)* __23-30242_____
       Name

---

**Part 12:**  Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,074,189.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $6,074,189.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $6,074,189.00 |

JAR

| Item # | Year | Manufacturer | Model | Description | Serial # | FMV |
|--------|------|--------------|-------|-------------|----------|-----|
| 1 | 2006 | John Deere | 644J | Wheel Loader #770 | DW644JX597907 | $ 70,000.00 |
| 2 | 2013 | Hydro Ram | HK130 | Hammer & Accessories #000 | D80010 | $ 18,000.00 |
| 3 | 2011 | John Deere | 310SJ | Wheel Loader Backhoe #778 | 1T310SJVB0196754 | $ 31,000.00 |
| 4 | 2012 | John Deere | 544K | Wheel Loader #779 | 1DW544KZECE644653 | $ 60,000.00 |
| 7 | 2000 | John Deere | 310G | Backhoe Loader #671 | T0210LE883382 | $ 20,000.00 |
| 8 | 2006 | John Deere | 310SG | Backhoe Loader #673 | TO310GX926607 | $ 22,000.00 |
| 9 | 2014 | Wanco | WSDT3-S | Radar Speed Trailer #897 | 5F15S0910F1004370 | $ 8,500.00 |
| 11 | 2014 | Wanco | Solar | Trailer Mounted Message Board (3 Line) Solar Powered #894 | 5F12S1611G1006739 | $ 5,000.00 |
| 13 | 2014 | Wanco | Solar | Trailer Mounted Message Board (3 Line) Solar Powered #896 | 5F12S1618G1006740 | $ 5,000.00 |
| 15 | 2015 | John Deere | 310L | Backhoe #000 | 1T0310LXLFF282820 | $ 45,000.00 |
| 17 | 2004 | John Deere | 644J | Loader Wheel #674 | DW644JX592854 | $ 70,000.00 |
| 18 | 2006 | Kobelco | SK210 | Excavator #677 | YQ08-U2510 | $ 21,000.00 |
| 19 | 2000 | John Deere | 310SG | Backhoe # 678 | T0310SG954060 | $ 22,000.00 |
| 20 | 2000 | John Deere | 310SG | Backhoe #680 | T0310SG956371 | $ 22,000.00 |
| 21 | 2005 | Hamm | 3410 Vibratory | Compactor #684 | H1690101 | $ 30,000.00 |
| 22 | 2006 | Dynapack | CP271 Roller | Compactor #687 | 2362BK2282 | $ 20,000.00 |
| 24 | 2006 | Padfoot | 3410P | Compactor #690 | H1690484 | $ 30,000.00 |
| 25 | 2005 | John Deere | 120C Excavator | Excavator #693 | FF120CX034925 | $ 41,000.00 |
| 26 | 2007 | HEM | Unknown | Powered work Bridge #712 | PB040104 | $ 20,000.00 |
| 27 | 2005 | Caterpillar | 634 D Roller | Compactor #715 | CDF00460 | $ 29,000.00 |
| 28 | 2007 | Caterpillar | AP1055D Lay Down | Lay Down Mach #717 | FAC00522 | $ 75,000.00 |
| 29 | 2008 | Hem | 12-21 Slip form | Paver #731 | 050108 | $ 135,000.00 |
| 30 | 2007 | Lincoln | 660XL | Elevator #745 | 50875008 | $ 50,000.00 |
| 31 | 2000 | Cedarapids | MS-2 | Pickup machine #753 | 50436 | $ 22,000.00 |
| 32 | 2011 | John deere | 310SJ | Backhoe #778 | 1T310SJVB0196754 | $ 31,000.00 |
| 33 | 1998 | Miller | M-8100 | Paver #802 | 81-311LR | $ 35,000.00 |
| 34 | 2006 | Caterpiller | 140H | Motor grader #904 | CATG140HLAPM02644 | $ 135,000.00 |
| 36 | 2006 | Ditchwitch | RT40 | Trenchor #907 | CMWRT40XH60001360 | $ 16,000.00 |
| 37 | 2011 | Hem | 14-40 | Paver #915 | 0731-11 | $ 235,000.00 |
| 47 | 2007 | John Deere | 844J | Wheel Loader #6001 | DW844JX614181 | $ 80,000.00 |
| 48 | 1983 | Caterpillar | D9L | Dozer #6003 | 14Y02311 | $ 55,000.00 |
| 49 | 2001 | SILO | MTPS-225 | Portable Silo - Piletech #7001 | 3036MC | $ 15,000.00 |
| 51 | 2007 | Stehr | | Manhole Cutter #695 | 0557 | $ 20,000.00 |
| 52 | 2006 | John Deere | 310G | Backhoe #697 | T0310GX958080 | $ 22,000.00 |
| 53 | 2007 | Crafco EZ Pour | 100D | Melter Applicator #714 | 1C9EQ09167148394 | $ 16,000.00 |

JAR

| Item # | Year | Manufacturer | Model | Description | Serial # | FMV |
|---|---|---|---|---|---|---|
| 54 | 2006 | Broce | RJ350 | Broom #716 | 405168 | $ 15,000.00 |
| 55 | 2008 | Curb Tech | CT3000 | Skid Steer Loader #725 | SCP04944 | $ 18,000.00 |
| 57 | 2006 | Caterpillar | 252B | skid steer | L177B06102D | $ 12,000.00 |
| 59 | 2008 | Caterpillar | BA18 | Comp Roller #737 | RCA00504 | $ 5,000.00 |
| 60 | 2006 | | | Skid Steer Loader #775 | MC110BY61080 | $ 12,000.00 |
| 63 | 2010 | Caterpillar | CV 18B | GPS #905 | N/A | $ 8,000.00 |
| 64 | 2010 | Volvo | MC110 | Skid steer | | $ 16,000.00 |
| 65 | | Volvo | HB 300 | hydrolic breaker | | $ 9,500.00 |
| 67 | 2015 | John Deere | 310L | Loader Backhoe | 1T0310LXCFF282935 | $ 42,000.00 |
| 68 | 2015 | John Deere | 310L | Loader Backhoe | 1T0310LXFF282820 | $ 42,000.00 |
| 69 | 2013 | Caterpillar | 246C | Skid Steer Loader | JAY0932 | $ 34,000.00 |
| 70 | 2014 | Volvo | PT240R | Asphalt Compactor | 5172 | $ 35,000.00 |
| 71 | | | 750CH | Skid Steer Auger | 22071761 | $ 3,500.00 |
| 73 | 2000 | BigTex 12' BOBC | Trailer | BigTex 12' BOBC | 16VPX1228Y1323981 | $ 1,000.00 |
| 74 | 2017 | Tandem Utility Trailer | Trailer | Tandem Utility Trailer | 5RVUT1625HP044124 | $ 1,850.00 |
| 75 | 2017 | Tandem Utility Trailer | Trailer | Tandem Utility Trailer | 5RVUT1623HP044123 | $ 1,850.00 |
| 76 | 2018 | Lamar Hauler H6222 | Trailer | Lamar Hauler H6222 | 5RVH62222JP064454 | $ 4,285.00 |
| 77 | 2018 | Lamar Trailer | Trailer | Lamar Trailer | 5RVH62022JP066322 | $ 3,550.00 |
| 78 | 2019 | Lamar Trailer | Trailer | Lamar Trailer | 3BZBP1413KC000049 | $ 4,250.00 |
| 79 | 2018 | Lamar Hauler H6182 | Trailer | Lamar Hauler H6182 | 5RVH61825JP063946 | $ 4,285.00 |
| 80 | 2010 | Trailer Carry On 7x16 Encol: | Trailer | Trailer Carry On 7x16 Enclosed | 4YMCL1622AT051354 | $ 7,400.00 |
| 81 | 2010 | Black SU142 Utility Trailer 1 | Trailer | Black SU142 Utility Trailer 14' | 5J3SU142XAA038434 | $ 1,950.00 |
| 82 | 2010 | Top Hart Trailer | Utility Trailer | Top Hart Trailer | 4R7BU0818AT102563 | $ 1,850.00 |
| 83 | 2014 | John Deree 310SK | Backhoe | John Deree 310SK | 1T0310SKLEE257992 | $ 41,000.00 |
| 84 | 2018 | John Deere 310SL | Backhoe | John Deere 310SL | 1T0310SLCHF323386 | $ 52,000.00 |
| 86 | 2006 | Ford | F-350 | F-350 | 1FDSW34P16EC56090 | $ 8,500.00 |
| 87 | 2008 | Ford | F-350 | F-350 | 1FDWW36R98EB26271 | $ 10,500.00 |
| 88 | 2012 | Ford | F-350 | F-350 | 1FD8W3GTXCEB55189 | $ 22,000.00 |
| 89 | 2016 | Chevy | Silverado 1500 | Silverado 1500 | 3GCPCNEH7GG3S0118 | $ 17,500.00 |
| 90 | 2009 | Toyota | Tacoma | Tacoma | 5TETX22N39Z641945 | $ 7,000.00 |
| 91 | 2009 | Toyota | Tacoma | Tacoma | 5TETU62N59Z655300 | $ 7,000.00 |
| 92 | 2009 | Toyota | Tacoma | Tacoma | 5TETU62N29Z655318 | $ 7,000.00 |
| 93 | 2006 | Ford | F-350 | F-350 | 1FDWF30596EB93388 | $ 16,000.00 |
| 94 | 2005 | Chevy | 3500 | 3500 | 1GCJC33205F917275 | $ 25,000.00 |
| 95 | 2008 | GMC | Traffic | Traffic | J8DC4W16787003986 | $ 21,000.00 |

JAR

| Item # | Year | Manufacturer | Model | Description | Serial # | FMV |
|---|---|---|---|---|---|---|
| 96 | 2010 | Toyota | Tacoma | Tacoma | 5TETU4GN3AZ673666 | $ 8,000.00 |
| 97 | 2010 | Dodge | RAM | RAM 2500     DOWN | 3D7UT2CL4AG117934 | $ 10,000.00 |
| 98 | 2010 | Freightliner | Distributor | Distributor | 1FVAC2BS1ADAS9921 | $ 48,500.00 |
| 99 | 2017 | Chevy | Silverado 2500 | Silverado 2500 | 1GC1KVFG8HF149072 | $ 15,500.00 |
| 100 | 2017 | GMC | Sierra | Sierra | 3GTU2NEC5HG209480 | $ 27,000.00 |
| 101 | 2017 | Chevy | Silverado 1500 | Silverado 1500 | 1GCRCNEH2HZ356063 | $ 15,500.00 |
| 102 | 2017 | Chevy | Silverado 1500 | Silverado 1500 | 1GCRCREHXHZ152456 | $ 15,500.00 |
| 103 | 2012 | Peterbilt | 388 | 388 | 1XPWDP9X1CD163615 | $ 78,000.00 |
| 104 | 2006 | Eager Beaver 50GSL-PT | Lowboy | Lowboy | 112SE25196L072008 | $ 28,000.00 |
| 105 | 1997 | Freightliner | Lube | Lube | 1FV6HLAA4VL693208 | $ 10,000.00 |
| 106 | 1997 | Ford 2kglls | F-650 | F-650 | 1FTXN80F8VVA44468 | $ 11,000.00 |
| 107 | 2008 | Ford 2kglls | F-650 | F-650 | 3FRNF65A08V645360 | $ 15,000.00 |
| 108 | 1999 | Ford | F-450 | F-450 | 1FDXF46S8XEA72201 | $ 7,500.00 |
| 109 | 2008 | GEHL RS6-34 Forklift | Forklift #271 | | RS524JY06216270 | $ 32,000.00 |
| 110 | 2016 | Broce Model RJ350 Broom | Broom/Sweeper 716 | Broom/Sweeper | | $ 33,000.00 |
| 111 | | Superior Broom DT80J | Broom/Sweeper 803 | Broom/Sweeper 803 | 1FVAC2BS1ADAS9921 | $ 38,000.00 |
| 112 | 2017 | 551 CHEVY | 3500 | 3500 | 1GB4KYC83GF162714 | $ 46,000.00 |
| 113 | 2017 | 552 CHEVY | 3500 | 3500 | 1GB4KYC8XGF171491 | $ 46,000.00 |
| 114 | 2017 | 553 CHEVY | 3500 | 3500 | 1GB4KYC83GF139188 | $ 46,000.00 |
| 115 | 2017 | 554 C HEVY | 3500 | 3500 | 1GB4KYC81GF136001 | $ 46,000.00 |
| 116 | 2019 | BOMAG | BMP8500 | BMP8500 WITH REMOTE | 1.0172E+11 | $ 11,000.00 |
| 117 | 2018 | BOMAG | BMP8500 | BMP 8500 WITH REMOTE | 1.0172E+11 | $ 11,000.00 |
| 118 | 2016 | CHEVY | 1500 | 1500 | 3GCPCNEH7GG350118 | $ 14,000.00 |
| 119 | 2019 | CASE | 570 | | 14293 | $ 56,750.00 |

$ 2,719,520.00

**Fill in this information to identify the case:**

Debtor name **J.A.R. Concrete, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **23-30242**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 1st Source Bank**<br>Creditor's Name<br><br>**100 N. Michigan 4th Floor South Bend, IN 46601**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**4300 Water Truck/JLG G12-55A Forklift**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No ☐ Yes<br>Is anyone else liable on this claim?<br>■ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$54,654.73** | **$80,500.00** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **2836**

Do multiple creditors have an interest in the same property? ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply
☐ Contingent ☐ Unliquidated ☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 1st Source Bank**<br>Creditor's Name<br><br>**100 N. Michigan 4th Floor South Bend, IN 46601**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Richie Brothers Anthony Auction List, Part sale**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No ☐ Yes<br>Is anyone else liable on this claim?<br>■ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$8,702.39** | **$166,000.00** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **8674**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is: Check all that apply

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.3** | **Ally Auto Finance** | Describe debtor's property that is subject to a lien | $26,139.54 | $42,760.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

**2019 GMC Sierra 3500 #-9926**

Describe the lien

**Is the creditor an insider or related party?**
Creditor's email address, if known
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4872**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.4** | **Ally Auto Finance** | Describe debtor's property that is subject to a lien | $5,591.63 | $35,542.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

**2019 Ford F-150 #-5363**

Describe the lien

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2425**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.5** | **Ally Auto Finance** | Describe debtor's property that is subject to a lien | $39,559.15 | $49,584.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

**2019 Chevrolet Silverado #-7490**

Describe the lien

**Is the creditor an insider or related party?**
- ■ No

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7441**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.6** | **Ally Auto Finance** | Describe debtor's property that is subject to a lien | $22,321.44 | $28,984.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Dodge Ram 250** | | |

P.O. Box 380902
Minneapolis, MN
55438-0902

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4961**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.7** | **Ally Auto Finance** | Describe debtor's property that is subject to a lien | $23,814.66 | $30,161.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Chevrolet Silverado #-4261** | | |

P.O. Box 380902
Minneapolis, MN
55438-0902

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5065**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.8** | **Ally Auto Finance** | Describe debtor's property that is subject to a lien | $36,262.31 | $35,427.00 |
|---|---|---|---|---|

---

Debtor **J.A.R. Concrete, Inc.**
_____
Name

Case number (if known) **23-30242**

---

Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

**2020 Ford F-150 #-6878**

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4909**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Ally Auto Finance**
Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Ford F-350 #-2592**

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4924**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,269.05** | **$56,027.00**

---

**2.10** | **Ally Auto Finance**
Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Ford F-350 #-4485**

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4923**

**$57,570.99** | **$58,334.00**

---

Debtor  **J.A.R. Concrete, Inc.**  
_____  
Name

Case number (if known)  **23-30242**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Cat Financial Services** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $18,695.42 | $32,000.00 |

**2120 Westend Ave.**  
**Nashville, TN 37203**  
Creditor's mailing address

**CAT 279D-GTL03790**

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**  
**1153**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Cat Financial Services** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $308,187.76 | $425,000.00 |

**CAT AP1055F-TJ501080**

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**  
**3975**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Cat Financial Services** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $5,889.82 | $22,000.00 |

**Cat Skid Steer-Stolen pending insurance claim**

Creditor's mailing address

Describe the lien

---

Debtor  **J.A.R. Concrete, Inc.**
_____
Name

Case number (if known)  **23-30242**

---

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1021**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **CIT/Ritchie Bros** | Describe debtor's property that is subject to a lien | $147,532.26 | $302,250.00 |
|---|---|---|---|---|

Creditor's Name

**Cat Loader, Bomag Roller, Komatsu Loader**

**11 W 42nd St.**
**New York, NY 10036**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3107**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **ENGS** | Describe debtor's property that is subject to a lien | $348,540.06 | $790,000.00 |
|---|---|---|---|---|

Creditor's Name

**Ft. Worth Auction, Partial sale**

**One Pierce Place, Ste. 1100 West**
**Itasca, IL 60143**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6249**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **J.A.R. Concrete, Inc.** | Case number (if known) | **23-30242** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | **ENGS** | | |
|---|---|---|---|

Creditor's Name

**One Pierce Place, Ste. 1100 West**
**Itasca, IL 60143**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8454**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Purchase 4 Rivers**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| | | $69,885.11 | $140,175.00 |
|---|---|---|---|

---

| 2.1 7 | **Ford Motor Credit** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 689007**
**Franklin, TN 37068-0070**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0788**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Ford F150 #-1479**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| | | $19,078.16 | $26,601.00 |
|---|---|---|---|

---

| 2.1 8 | **Ford Motor Credit** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 689007**
**Franklin, TN 37068-0070**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Ford F150 #-8747**

**Describe the lien**

| | | $25,903.08 | $33,063.00 |
|---|---|---|---|

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 7 of 17

Debtor  **J.A.R. Concrete, Inc.**
Name

Case number (if known)  **23-30242**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4144**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.19 | **Ford Motor Credit** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 689007**
**Franklin, TN 37068-0070**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Ford F150 #-7032**

**$21,922.56**  **$22,338.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4364**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.20 | **Ford Motor Credit** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 689007**
**Franklin, TN 37068-0070**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Ford F150 #-8746**

**$21,577.25**  **$33,139.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4499**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 8 of 17

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.2 1** | **Ford Motor Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Ford F150 #-1766**

$25,556.40    $32,316.00

**P.O. Box 689007**
**Franklin, TN 37068-0070**
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8504**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2 2** | **Ford Motor Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Ford F150 #-9300**

$33,836.65    $38,311.00

**P.O. Box 689007**
**Franklin, TN 37068-0070**
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4043**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2 3** | **Ford Motor Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Ford F150 #-9232**

$33,563.23    $37,518.00

**P.O. Box 689007**
**Franklin, TN 37068-0070**
Creditor's mailing address

**Describe the lien**

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|--------|------------------------|------------------------|----------|
| | Name | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number**
**4047**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.24**

**GECU**
Creditor's Name

**P.O Box 20998**
**El Paso, TX 79998-0998**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number**
**6449**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Line of credit backed by CD**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

---

**2.25**

**GECU**
Creditor's Name

**P.O Box 20998**
**El Paso, TX 79998-0998**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number**
**6453**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Line of credit, equipment collateral**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$395,000.00    $493,000.00

---

Debtor  **J.A.R. Concrete, Inc.**
_____
Name

Case number (if known)  **23-30242**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2 6** | **Hyundai Motor Finance** | Describe debtor's property that is subject to a lien | $46,698.69 | $57,669.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 20829
Fountain Valley, CA
92728-0829**
Creditor's mailing address

**2021 Hyundai Genesis**

Describe the lien

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2 7** | **John Deere** | Describe debtor's property that is subject to a lien | $222,050.64 | $260,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650215
Dallas, TX 75265**
Creditor's mailing address

**844K Loader**

Describe the lien

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7745**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2 8** | **John Deere** | Describe debtor's property that is subject to a lien | $30,686.87 | $45,250.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650215
Dallas, TX 75265**
Creditor's mailing address

**310SL Backhoe Loader**

Describe the lien

---

Debtor  __J.A.R. Concrete, Inc._____  Case number (if known)  __23-30242_____

Name

---

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2394**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **John Deere** | **Describe debtor's property that is subject to a lien** | $16,128.09 | $27,500.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650215**
**Dallas, TX 75265**

Creditor's mailing address

**332E Skid Steer Loader**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2543**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 0 | **John Deere** | **Describe debtor's property that is subject to a lien** | $8,833.92 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650215**
**Dallas, TX 75265**

Creditor's mailing address

**310sk Backhoe Loader**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4203**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor __J.A.R. Concrete, Inc.__     Case number (if known) __23-30242__
     Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.31** **M2 Lease Funds**

Creditor's Name

**m2 Equipment Finance LLC**
**175 N Patrick Blvd., Ste. 140**
**Brookfield, WI 53045**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5704**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2011 Dodge Ram 4500 Mechanic Truck**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$23,342.63  $32,000.00

---

**2.32** **M2 Lease Funds**

Creditor's Name

**m2 Equipment Finance LLC**
**175 N Patrick Blvd., Ste. 140**
**Brookfield, WI 53045**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5277**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Ritchie Bros Arizona Auction**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,972.59  $30,000.00

---

**2.33** **M2 Lease Funds**     Describe debtor's property that is subject to a lien     $39,630.02  $100,050.00

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**Creditor's Name**
m2 Equipment Finance LLC
175 N Patrick Blvd., Ste. 140
Brookfield, WI 53045
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
5347

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**4 Cat Model CT660S Day Cab Tractors**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 4** Ricardo Cordova
Creditor's Name
1630 N. Lee Trevino, Ste. 107
El Paso, TX 79936
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien        $70,000.00        $120,000.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 5** Ruth Herrera
Creditor's Name
1360 N. Lee Trevino, Ste. 107
El Paso, TX 79936
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien        $85,000.00        $138,000.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Debtor  **J.A.R. Concrete, Inc.**
_____
Name

Case number (if known)  **23-30242**

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 6**

**Siemens**
Creditor's Name

**301 Lindenwood, Ste. 215 Malvern, PA 19355**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3940**

Describe debtor's property that is subject to a lien
**Ritchie Bros Arizona Auction**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$135,713.29    $266,700.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 7**

**Siemens**
Creditor's Name

**301 Lindenwood, Ste. 215 Malvern, PA 19355**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**4379**

Describe debtor's property that is subject to a lien
**2019 Freightliner 108SD**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$106,349.77    $149,500.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 8**

**U.S. Small Business Administration (SBA)**

Describe debtor's property that is subject to a lien

$1,999,900.00    $0.00

---

Debtor  **J.A.R. Concrete, Inc.**
_____
Name

Case number (if known)  **23-30242**

---

**Creditor's Name**

**Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive, Ste. 100 Little Rock, AR 72202**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9101**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 9 | **Wallwork Financial** | Describe debtor's property that is subject to a lien | $30,147.93 | $81,000.00 |
|---|---|---|---|---|

Creditor's Name

**401 38thth Street SW P.O. Box 628 Fargo, ND 58107-0628**
Creditor's mailing address

**Water Trucks from United Rentals**

Describe the lien
_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4301**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 0 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $315,589.80 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 858178 Minneapolis, MN 55485-8178**
Creditor's mailing address

**Roadtec SB 2500E Shuttle Buggy**

Describe the lien
_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

---

| Debtor | **J.A.R. Concrete, Inc.** | Case number (if known) | **23-30242** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7795**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,942,097.89

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 17 of 17

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **J.A.R. Concrete, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **23-30242** |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**AGC of Texas**<br>**P.O. Box 2185**<br>**Austin, TX 78768** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** | **$1.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**County of El Paso**<br>**3850 Justice**<br>**El Paso, TX 79938** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,235.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J.A.R. Concrete, Inc.** | Case number (if known) | **23-30242** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161,592.50 | $0.00 |
|---|---|---|---|---|

**El Paso Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79999**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299,322.31 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IRS Insolvency Office**
**300 E. 8th Street, Mail Stop**
**5026AUS**
**Austin, TX 78701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $587.00 | $0.00 |
|---|---|---|---|---|

**Paseo Del Este MUD 1**
**P.O. Box 684000**
**Houston, TX 77268-4000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **J.A.R. Concrete, Inc.** | Case number (if known) | **23-30242** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**Civil Process Clerk-**
**Internal Revenue Service**
**601 N.W. Loop 410, Suite 600**
**San Antonio, TX 78216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney General**
**Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,627.24 |
|---|---|---|---|

**4 Rivers Equipment**
**924 11th Street**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**915 Hualer, Inc.**
**P.O. Box 962632**
**El Paso, TX 79996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,500.00 |
|---|---|---|---|

**A-Core, Inc.**
**5360 South Riley Lane**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Abescape Landscaping, LLC**
12300 Gateway East Blvd.
El Paso, TX 79927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214,546.96 |
|---|---|---|---|

**Accent Landscaping & Sprinkler**
28 San Marco Drive
El Paso, TX 79922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,827.00 |
|---|---|---|---|

**Advance Drainage Systems, Inc.**
P.O. Box 841600
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,003.00 |
|---|---|---|---|

**Airmix Welding Supply**
P.O. Box 962077
El Paso, TX 79996-2077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.00 |
|---|---|---|---|

**Alamo Auto Supply**
5923 Gateway West
El Paso, TX 79925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Allied Paving Company**
5165 Hercules St.
El Paso, TX 79904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andrade's Contractors, Inc.**
409 Isaias Ave.
Canutillo, TX 79835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J.A.R. Concrete, Inc.** | Case number (if known) | **23-30242** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,474.00**

**Assured Partners of Texas, LLC**
5930 Preston View Blvd., Ste. 200
Dallas, TX 75240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,363.30**

**Auto Electric Company**
1216 Texas Ave
El Paso, TX 79901

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,142.08**

**Biodyne Chemical Co.**
P.O. Box 961707
El Paso, TX 79996

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,313.00**

**Border Tire**
12277 Rojas Dr.
El Paso, TX 79936

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Bowen Industrial Contractors**
14755 Montana Ave.
El Paso, TX 79938

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,561.07**

**Brewer Oil Company**
1025 Wall St.
El Paso, TX 79915

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,635.84**

**Bridgestone Hose Power, LLC**
P.O. Box 861777
Orlando, FL 32886-1777

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.18** **Nonpriority creditor's name and mailing address**
C&R Distributing, LLC
140 S. Prado
El Paso, TX 79907

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,571.27**

---

**3.19** **Nonpriority creditor's name and mailing address**
Capital One Bank (USA), N.A.
P.O. Box 60519
City of Industry, CA 91716-0059

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.20** **Nonpriority creditor's name and mailing address**
Cesar A. Facio
18731 Tia Dr
Tornillo, TX 79853

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.21** **Nonpriority creditor's name and mailing address**
City of El Paso Financial Services
1st Floor 300 N. Campbell
El Paso, TX 79901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,262.58**

---

**3.22** **Nonpriority creditor's name and mailing address**
Closner Equipment Co., Inc.
P.O. Box 917
Schertz, TX 78154

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,005.00**

---

**3.23** **Nonpriority creditor's name and mailing address**
Clowe & Cowan of El Paso
P.O. Box 9898
El Paso, TX 79995-2989

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39,280.00**

---

**3.24** **Nonpriority creditor's name and mailing address**
CMC Construction Services
P.O. Box 844573
Dallas, TX 75284-4573

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36,648.00**

---

| Debtor | **J.A.R. Concrete, Inc.** | | Case number (if known) | **23-30242** |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,281.57**

**Concrete Pumping, Inc.**
P.O. Box 1337
Tustin, CA 92781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Conservancy Oil**
P.O. Box 955967
Saint Louis, MO 63195-5967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$526.00**

**CQC Testing & Eng**
4606 Titanic
El Paso, TX 79904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Diesel Direct**
P.O. Box 135
Randolph, MA 02368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,772.51**

**Distribution International**
5225 S Loop 289, Ste. 200
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$342.95**

**Doggett Freightliner**
P.O. Box 670688
Houston, TX 77267-0688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,878.32**

**Dustrol, Inc.**
P.O. Box 1728
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | | Case number (if known) | 23-30242 |
|---|---|---|---|---|
| | Name | | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Edmundo Hernandez**
**9929 Goby St.**
**El Paso, TX 79924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183,687.00 |
|---|---|---|---|

**El Paso A.R.C. Electric**
**8010 North Loop**
**El Paso, TX 79915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.76 |
|---|---|---|---|

**El Paso Bolt & Screw Co.**
**7058 Alameda Ave.**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,162.00 |
|---|---|---|---|

**El Paso Concrete Cutters**
**100 Kelly Way #7**
**Canutillo, TX 79835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**El Paso Electric**
**c/o Jeff Weikert**
**100 N. Stanton St.**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Duplicate address

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,878.00 |
|---|---|---|---|

**El Paso Electric Company**
**P.O. Box 650801**
**Dallas, TX 75265-0801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**El Paso Municipal Court**
**810 E Overland Ave.**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J.A.R. Concrete, Inc.** | Case number (if known) | **23-30242** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,750.00**

**El Paso Trench Safety**
**P.O. Box 370196**
**El Paso, TX 79937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,831.85**

**El Paso Water Utilities**
**P.O. Box 511**
**El Paso, TX 79961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$832.83**

**Equipmentshare.com, Inc.**
**P.O. Box 650429**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Ergon Asphalt & Emulsions, Inc.**
**Dept. 2135**
**P.O. Box 11407**
**Birmingham, AL 35246-2135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,573.00**

**Exerplay, Inc.**
**P.O. Box 1160**
**Cedar Crest, NM 87008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Fennemore Craig, P.C.**
**2394 E. Camelback Rd., Ste. 600**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,580.00**

**Ferguson Waterworks**
**P.O. Box 740827**
**Los Angeles, CA 90074-0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273.62 |
|---|---|---|---|

**Fire Technologies Intll Inc.**
P.O. Box 221695
El Paso, TX 79913

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Forrest Tire**
P.O. Box 1778
Carlsbad, NM 88221-1778

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,876.81 |
|---|---|---|---|

**Frank's Supply Co., Inc.**
3311 Stanford NE
Albuquerque, NM 87107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.14 |
|---|---|---|---|

**G&S Diesel Services**
P.O. Box 961353
El Paso, TX 79996

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**GPS It**
105 W. 35th Street, Ste. L
National City, CA 91950

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,241.72 |
|---|---|---|---|

**Griffith Davison**
13737 Noel Rd., Ste. 850
Dallas, TX 75240

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hannover**
1717 Main St., Ste. 5400
Dallas, TX 75201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Duplicate_

Is the claim subject to offset? ■ No ☐ Yes

Debtor **J.A.R. Concrete, Inc.**        Case number (if known) **23-30242**

Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
|---|---|---|---|

**Hannover Settlement**
**Designated Representative**
**Scott F. Frerichs**
**1 E Washington, #1900**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hartford Financial Services**
**P.O. Box 415738**
**Boston, MA 02241-5738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**HEM Paving**
**601 East 1st St.**
**Grundy Center, IA 50638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,052.30 |
|---|---|---|---|

**HERC Rentals Inc.**
**P.O. Box 936257**
**Atlanta, GA 31193-6257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,892.74 |
|---|---|---|---|

**IPE Aggregate LLC**
**2405 Lefehaus Industrial Dr., Ste. 102**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IPFS Corporation**
**P.O. Box 730223**
**Dallas, TX 75373-0223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Jezari Law**
**221 N. Kansas St., Ste. 700 N6**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number *(if known)* | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.60** Nonpriority creditor's name and mailing address
**Jim Darnell, P.C.**
310 N. Mesa St., Ste. 212
El Paso, TX 79901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$26,840.00

---

**3.61** Nonpriority creditor's name and mailing address
**Joe Rosales, Jr.**
8000 Escobar Dr.
El Paso, TX 79907

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.62** Nonpriority creditor's name and mailing address
**Juan Aguirre**
P.O. Box 454
Tornillo, TX 79853

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.63** Nonpriority creditor's name and mailing address
**Lago Solutions**
12620 Sun Haven Dr.
El Paso, TX 79938

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,680.00

---

**3.64** Nonpriority creditor's name and mailing address
**Lindenmeyr Munroe**
P.O. Box 841037
Dallas, TX 75284-1037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,140.52

---

**3.65** Nonpriority creditor's name and mailing address
**Linebarger Goggan Blair & Samp**
P.O. Box 659443
San Antonio, TX 78265-9443

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Duplicate address_

Is the claim subject to offset? ■ No ☐ Yes

$84.50

---

**3.66** Nonpriority creditor's name and mailing address
**Los Fierro Construction**
13627 Emma Lane
El Paso, TX 79938

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,600.00

---

Debtor  **J.A.R. Concrete, Inc.**
Name                                                    Case number (if known)  **23-30242**

| | | |
|---|---|---|
| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Lube'N Go**
1319 Montana Ave.
El Paso, TX 79902

Date(s) debt was incurred __

Last 4 digits of account number __

$488.73

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

**Major Motion Logistics**
4277 Loma Azteca Ct.
El Paso, TX 79934

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

**Miller Formless Co., Inc.**
P.O. Box 250
McHenry, IL 60051

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$625.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

**Milling Services**
2401 S 15th Ave.
Phoenix, AZ 85007

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$87,509.58

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

**Mission Linen & Uniform Service**
1409 Texas
El Paso, TX 79901

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

**MSC Industrial Supply**
P.O. Box 78845
Milwaukee, WI 53278-8845

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$3,726.77

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

**Municipal Court**
P.O. Box 240
El Paso, TX 79942

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$110.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,761.95**

**Nationwide Rebar, Inc.**
5631 J.M. Browning
El Paso, TX 79938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00**

**Neenah Foundry Company**
P.O. Box 74007026
Chicago, IL 60674-7026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00**

**North Texas Tollway Authority**
3015 Raleigh
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,439.00**

**Nova Safety Products**
2112 Wyoming Ave.
El Paso, TX 79903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,928.45**

**Nueces Power Equipment**
P.O. Box 4789
Corpus Christi, TX 78469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,153.86**

**O'Reilly Auto Parts**
455 S. Patterson
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,533.00**

**Office Depot, Inc.**
P.O. Box 70025
Los Angeles, CA 90074-0025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,716.00**

Oil Changer
4511 Willow Rd., Ste. 1
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$587.36**

Paseo Del Este Mud 1
P.O. Box 684000
Houston, TX 77268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,976.56**

Pavement Marking, Inc.
8949 S Beck Ave.
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.92**

Penn Credit Corporation
P.O. Box 69703
Harrisburg, PA 17106-9703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,831.89**

Piedmont Plastics
10871 Pellicano
El Paso, TX 79935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Prudential Overall Supply
P.O. Box 11210
Santa Ana, CA 92711-1210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,589.00**

Purvis Industries, Ltd.
P.O. Box 541757
Dallas, TX 75354-0757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,519.90**

Reladyne West, LLC
P.O. Box 955967
Saint Louis, MO 63195-5967

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.96**

RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373-4182

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Rudy Silva Trucking
P.O. Box 3239
Fabens, TX 79838

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,156.00**

Ryan, LLC
P.O. Box 848351
Dallas, TX 75284-8351

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,781.00**

Safety Supply Center
150 E. Palmetto Park Rd., Ste. 800
Boca Raton, FL 33432

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,615.76**

Safety-Kleen Corp
P.O. Box 650509
Dallas, TX 75265-0509

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

San Bar Construction Corp.
9101 Broadway, S.E.
Albuquerque, NM 87105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00**

Saul Garcia
5013 Bragg
El Paso, TX 79904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,769.72**

SBNG, CPA
221 N. Kansas, Ste. 1300
El Paso, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.41**

Shamaley Ford
11301 Gateway Blvd. W
El Paso, TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Sierra Springs
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,953.44**

Snell & Wilmer, LLP
400 E. Van Buren, Ste. 1900
Phoenix, AZ 85004-2202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,462.00**

Spectrum Enterprise
Charter Communications
P.O. Box 223085
Pittsburgh, PA 15251-2085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Spectrum Techonologies
5900 Gateway East
El Paso, TX 79905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **J.A.R. Concrete, Inc.**
Name

Case number (if known) **23-30242**

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,422.00 |
|---|---|---|---|

**Spitzer A & I Products**
1055 Hawkins Blvd.
El Paso, TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.61 |
|---|---|---|---|

**Stanley Spring & Suspension**
8800 Castner Dr.
El Paso, TX 79907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,992.00 |
|---|---|---|---|

**Structural & Steel**
3900 Lubbock Ave.
Fort Worth, TX 76110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,641.70 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
P.O. Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Surety 2000**
1001 E 101 St Terrace, Ste. 230
Kansas City, MO 64131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,592.00 |
|---|---|---|---|

**Texas Far West Const & Eng Inc.**
1045 Kessler
El Paso, TX 79907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Texas Gas Service**
P.O. Box 219913
Kansas City, MO 64121-9913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

---

**3.109** Nonpriority creditor's name and mailing address
**Texas Historical Commission**
P.O. Box 12276
Austin, TX 78711-2276

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.110** Nonpriority creditor's name and mailing address
**Time Warner Cable**
4145 S. Falkenburg
Riverview, FL 33578

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,628.00**

---

**3.111** Nonpriority creditor's name and mailing address
**Top Tier Chemicals**
75 S Clinton Ave., Ste. 510
Rochester, NY 14604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$987.00**

---

**3.112** Nonpriority creditor's name and mailing address
**Traffic Barricade Services, Inc.**
P.O. Box 12994
El Paso, TX 79913

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.113** Nonpriority creditor's name and mailing address
**Tri State Electric, Ltd.**
530 Valley Chile Rd.
Vinton, TX 79821

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$33,703.83**

---

**3.114** Nonpriority creditor's name and mailing address
**Truckpro**
29787 Network Place
Chicago, IL 60673-1787

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$23,229.00**

---

**3.115** Nonpriority creditor's name and mailing address
**TX Tag**
P.O. Box 650749
Dallas, TX 75265

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.24**

---

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Healthcare**
P.O. Box 94017
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,557.63 |
|---|---|---|---|

**United Rentals**
P.O. Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.54 |
|---|---|---|---|

**Universal Graphics, Inc.**
1217 Barranca
El Paso, TX 79935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**USI Southwest, Inc. El Paso**
P.O. Box 61187
Virginia Beach, VA 23466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,200.00 |
|---|---|---|---|

**Villava Sand & Gravel**
12450 Pellicano Dr.
El Paso, TX 79927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,589.56 |
|---|---|---|---|

**Wagner Equipment**
P.O. Box 919000
Denver, CO 80291-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Wedbros Co.**
13612 Matfen Ave.
El Paso, TX 79928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.00 |
|---|---|---|---|

**Westfleet**
**3440 Girard NE**
**Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Wex Bank**
**P.O. Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,734.00 |
|---|---|---|---|

**White Cap Construction Supply**
**P.O. Box 4582**
**Orlando, FL 32802-4852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,891.67 |
|---|---|---|---|

**Williams Manufacturing**
**11517 Confederate Dr.**
**El Paso, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Williams Scotsman, Inc.**
**P.O. Box 91975**
**Chicago, IL 60693-3197**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,956.00 |
|---|---|---|---|

**X Gomez Logistics, LLC**
**7340 Phil Hansen**
**Canutillo, TX 79835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor  __J.A.R. Concrete, Inc.__
     Name

Case number (if known)  __23-30242__

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 463,737.81 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,730,253.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,193,990.83 |

Fill in this information to identify the case:

Debtor name __J.A.R. Concrete, Inc.__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  __23-30242__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____    _____

2.2  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____    _____

2.3  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____    _____

2.4  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____    _____

**Fill in this information to identify the case:**

Debtor name __J.A.R. Concrete, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __23-30242__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | Street _____ _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | Street _____ _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | Street _____ _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

Fill in this information to identify the case:

Debtor name    **J.A.R. Concrete, Inc.**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF TEXAS**

Case number (if known)    **23-30242**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■   *Schedule H: Codebtors (Official Form 206H)*
■   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   Amended Schedule _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/10/2023    x _____
                         Signature of individual signing on behalf of debtor

                         **Joe A. Rosales, Jr.**
                         Printed name

                         **President and Sole Director/Sole Shareholder**
                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __J.A.R. Concrete, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __23-30242__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $680,216.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $9,728,897.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $25,775,821.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Other** | $54,000.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Other** | $143,468.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Other** | $828,030.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **J.A.R. Concrete, Inc.** | Case number *(if known)* **23-30242** |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Tri State Electric, Ltd.**<br>530 Valley Chile Rd.<br>Vinton, TX 79821 | **12-28-22** | **$30,311.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Subcontractor |
| 3.2. | **Wallwork Financial**<br>401 38thth Street SW<br>P.O. Box 628<br>Fargo, ND 58107-0628 | **12-30-22** | **$22,627.46** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Hartford Financial Services**<br>P.O. Box 415738<br>Boston, MA 02241-5738 | **1-5-23** | **$59,272.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance |
| 3.4. | **County of El Paso**<br>3850 Justice<br>El Paso, TX 79938 | **2-8-23** | **$19,705.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Police bills |
| 3.5. | **Century Rentals** | **2/14/23** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Equipment Rental |
| 3.6. | **Wells Fargo**<br>P.O. Box 858178<br>Minneapolis, MN 55485-8178 | **2/17/2023** | **$102,577.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Lender |
| 3.7. | **E.P. Bud Kirk**<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912 | **3/13/2023** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Retainer |

| Debtor | J.A.R. Concrete, Inc. | Case number *(if known)* | 23-30242 |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Wallwork Financial<br>401 38thth Street SW<br>P.O. Box 628<br>Fargo, ND 58107-0628 | 2015 Freightliner Water Truck | 2-3-23 | $45,000.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Wallwork Financial Corp. vs. J.A.R. Concrete, Inc., et. al 348-340187-23 | | The State of Texas District Court Tarrant County | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Acore, Inc. v. J.A.R. Concrete, Inc. 2022DCV3715 | | District Court El Paso County, TX | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | 1st Source Bank v. J.A.R. Concrete, Inc. | | District Court El Paso County, TX | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | 4 Rivers Equipment, LLC v. J.A.R. Concrete, Inc. 2023DCV024 | | District Court El Paso County, TX | ☐ Pending ☐ On appeal ☐ Concluded |

| Debtor | J.A.R. Concrete, Inc. | | | Case number *(if known)* 23-30242 |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Accent Landscape v. J.A.R. Concrete, Inc.<br>2022DCV3845 | | District Court<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Bowen Industrial Contractors v. J.A.R. Concrete, Inc.<br>2021DCV4104 | | District Court<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | IPFS Corporation v. J.A.R. Concrete, Inc.<br>2022-339436-1 | | 205th Judicial Court<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | MSC Industrial Supply Co. v. J.A.R. Concrete, Inc.<br>2022DCV3169 | | District Court<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Nueces Farm Center, Inc. dba Nueces Power Equipment v. J.A.R. Concrete, Inc. dba JAR Construction<br>2023CCV-60033-3 | | County Court<br>Nueces County | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Terracon Consultants, Inc. v. J.A.R. Concrete, Inc.<br>2022-337869-1 | | 269th District Court<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | United Rentals v. J.A.R. Concrete, Inc.<br>2022DCV2032 | | 205th Judicial District<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Wagner Equipment Co. v. J.A.R. Concrete, Inc. and Jose Rosales<br>2022DCV2236 | | District Court<br>El Paso County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Wells Fargo v. J.A.R. Concrete, Inc. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Wex Bank Collections Group of Wex, Inc. v. JAR Concrete and Jose Rosales, Jr.<br>2022-004929-1 | | County Court<br>Tarrant County, TX | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | J.A.R. Concrete, Inc. | Case number *(if known)* 23-30242 |
|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cat Skid Steer (Stolen)** | | | **$0.00** |

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.**   **E.P. BUD KIRK** <br> **600 Sunland Park Dr.** <br> **Building Four, Ste. 400** <br> **El Paso, TX 79912** | **Attorney Fees** | **March, 2023** | **$7,913.95** |
| Email or website address <br> **budkirk@aol.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   __J.A.R. Concrete, Inc._____    Case number *(if known)*   __23-30242__

■ Does not apply

**Address**                                                    **Dates of occupancy**
                                                               **From-To**

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | __J.A.R. Concrete, Inc.__ | Case number *(if known)*  __23-30242__ |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Debtor  __J.A.R. Concrete, Inc.__                                    Case number *(if known)*  __23-30242__

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Jo Ann von Holstein**<br>**8000 Escobar Dr.**<br>**El Paso, TX 79907** | **10-11-21-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **SBNG CPA**<br>**221 N. Kansas, Ste. 1300**<br>**El Paso, TX 79901** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **J.A.R. Concrete, Inc.** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| | |
|---|---|
| 26d.1. | **TXDOT Main Office**<br>**125 E. 11th St.**<br>**Austin, TX 78701** |
| 26d.2. | **Crum & Forester**<br>**305 Madison Avenue**<br>**Morristown, NJ 07960** |
| 26d.3. | **GECU**<br>**1225 Airway Blvd**<br>**El Paso, TX 79925** |
| 26d.4. | **1st Source Bank**<br>**100 N Michigan St.**<br>**South Bend, IN 46601** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Debtor | J.A.R. Concrete, Inc. | Case number (if known) | 23-30242 |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joe A. Rosales, JR | | President and Sole Director/Sole Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Joe Rosales, Jr.<br>8000 Escobar Dr.<br>El Paso, TX 79907 | | | |
| | Relationship to debtor<br>President and Sole Director/Sole Shareholder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                    Employer Identification number of the pension fund

| Debtor | J.A.R. Concrete, Inc. | Case number *(if known)* 23-30242 |
|--------|------------------------|------------------------------------|

## Part 14: Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/10/2023_

| | |
|---|---|
| Signature of individual signing on behalf of the debtor | Joe A. Rosales, Jr. |
| | Printed name |

Position or relationship to debtor    **President and Sole Director/Sole Shareholder**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes