Fill in this information to identify the case:

Debtor Name __JAR CONCRETE, INC.__

United States Bankruptcy Court for the: Western District of Texas

Case number: __23-30242__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: __MARCH__     Date report filed: __04/21/2023__
                                              MM / DD / YYYY

Line of business: __GENERAL CONTRACTO__     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:     Jose A. Rosales, Jr.

Original signature of responsible party _____

Printed name of responsible party     Jose A. Rosales, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  JAR CONCRETE, INC.      Case number 23-30242

17. Have you paid any bills you owed before you filed bankruptcy?    ☐   ☑   ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 117,884.45

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 233,360.55

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 272,718.81

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ -39,358.26

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 78,526.19

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 39,492.21

    *(Exhibit E)*

Debtor Name JAR CONCRETE, INC.                    Case number 23-30242

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                    $ 1,050,910.65

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    6

27. What is the number of employees as of the date of this monthly report?                    6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00

30. How much have you paid this month in other professional fees?                    $ 0.00

31. How much have you paid in total other professional fees since filing the case?            $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:            $ 878,000.00

36. Total projected cash disbursements for the next month:        - $ 641,000.00

37. Total projected net cash flow for the next month:            = $ 237,000.00

Debtor Name JAR CONCRETE, INC.          Case number 23-30242

| 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

11:28 AM
04/19/23
Accrual Basis

**J.A.R. Concrete, Inc.**

## Account QuickReport
As of March 31, 2023

| Type | Date | Num | Name | Memo | Debit |
|------|------|-----|------|------|-------|
| **First Amer / United 5504659** | | | | | |
| Deposit | 03/15/2023 | | | Deposit | 1,022.50 |
| Payment | 03/17/2023 | eft | TXDOT:2019-902 TRANSMOUNTAIN 2552-01-058 | | 150,608.65 |
| Payment | 03/20/2023 | eft | CITY OF EL PASO TX:2022-0377 TROWBRIDGE | | 70,731.91 |
| Payment | 03/21/2023 | eft | CITY OF EL PASO TX:2021-1305 PKWY STRUCTURES | | 10,997.49 |
| Total First Amer / United 5504659 | | | | | 233,360.55 |
| | | | | | 233,360.55 |

*Exhibit C*

11:23:40
04/19/23
Accrual Basis    *Exhibit* 0

**J.A.R. Concrete, Inc.**
**Account QuickReport**
As of March 31, 2023

| Type | Date | Num | Name | Memo | Debit | Credit |
|------|------|-----|------|------|-------|--------|
| **First Amer / United 5504659** | | | | | | |
| Bill Pmt -Check | 03/14/2023 | 22665 | O'REILLY AUTO PARTS | Shop Fuel: truck oil; DEF | | 2,032.20 |
| Bill Pmt -Check | 03/15/2023 | 22666 | CMC CONSTRUCTION SERVICES | TRAN | | 124.60 |
| Bill Pmt -Check | 03/15/2023 | 22667 | CMC CONSTRUCTION SERVICES | TROW | | 2,027.02 |
| Bill Pmt -Check | 03/15/2023 | 22669 | CMC CONSTRUCTION SERVICES | NORT | | 66.00 |
| Bill Pmt -Check | 03/15/2023 | 22670 | CMC CONSTRUCTION SERVICES | PARK | | 57.50 |
| Check | 03/15/2023 | 22671 | RENE ROSALES | REIMB FUEL | | 5,920.00 |
| Bill Pmt -Check | 03/16/2023 | 22672 | G&S DIESEL SERVICES | | | 4,081.40 |
| Bill Pmt -Check | 03/16/2023 | 22673 | AUTO ELECTRIC COMPANY | SHOP | | 343.69 |
| Bill Pmt -Check | 03/16/2023 | 22675 | ADRIAN SOTO. | TROW | | 95.75 |
| Bill Pmt -Check | 03/16/2023 | 22676 | DARIO RIOS | PKWY | | 70.00 |
| Bill Pmt -Check | 03/16/2023 | 22677 | JOSE REFUGIO MARTINEZ | TROW | | 40.00 |
| Bill Pmt -Check | 03/16/2023 | 22678 | JOSHUA HERNANDEZ | TROW | | 50.00 |
| Bill Pmt -Check | 03/16/2023 | 22679 | LUIS LUCIO | | | 201.74 |
| Bill Pmt -Check | 03/16/2023 | 22680 | RAMON ELIAS VICTORIANO | SKIES | | 46.56 |
| Bill Pmt -Check | 03/16/2023 | 22681 | RAMON ROMERO, JR | TROW | | 147.01 |
| Bill Pmt -Check | 03/16/2023 | 22682 | RICARDO GONZALEZ | SKIES | | 74.02 |
| Paycheck | 03/17/2023 | 22660 | J A R Concrete PR W/E 03/11/23 Pd 03/17/23 | | | 8,326.74 |
| Bill Pmt -Check | 03/17/2023 | 22683 | EDWIN MCCARTHY | Funds for Trans Petty cash | | 500.00 |
| Check | 03/17/2023 | 22684 | RENE ROSALES | REIMB. FUEL | | 4,080.00 |
| Check | 03/20/2023 | 22685 | RENE ROSALES | REIMB FUEL | | 5,660.00 |
| Bill Pmt -Check | 03/20/2023 | 22789 | SPECTRUM ENTERPRISE | Telephone Main Office | | 680.57 |
| Check | 03/20/2023 | 5260538 | EL PASO TAX ASSESSOR-COLLECTOR | GEO #H784-066-0040-0260 | | 673.57 |
| Check | 03/20/2023 | | JOSE ROSALES CONSTRUCTION, LLC | Wire Transfer Fund PR w/e 03/11 | | 32,000.00 |
| Check | 03/21/2023 | 5261093 | EL PASO TAX ASSESSOR-COLLECTOR | GEO #V873-000-0180-0300 | | 5.60 |
| Check | 03/21/2023 | 5261187 | EL PASO TAX ASSESSOR-COLLECTOR | GEO #V873-000-0180-0400 | | 29.53 |
| Check | 03/21/2023 | 5261192 | EL PASO TAX ASSESSOR-COLLECTOR | GEO #V873-000-0190-0300 | | 6.90 |
| Check | 03/21/2023 | 5261197 | EL PASO TAX ASSESSOR-COLLECTOR | GEO #V873-000-0190-0400 | | 9.80 |
| Check | 03/21/2023 | 5261212 | EL PASO TAX ASSESSOR-COLLECTOR | GEO #V873-000-0190-0500 | | 7.81 |
| Bill Pmt -Check | 03/22/2023 | 22691 | LAGO SOLUTIONS | OFF | | 2,000.00 |
| Bill Pmt -Check | 03/22/2023 | 22692 | PETTY CASH | Trans Petty Fund | | 300.00 |
| Check | 03/22/2023 | | PASO DEL NORTE MATERIALS LLC | Reimb Payrolls front by PDN due to unable to Wire Funds | | 85,000.00 |
| Bill Pmt -Check | 03/23/2023 | 22693 | WHITE CAP CONSTRUCTION SUPPLY | TRAN | | 1,360.71 |
| Bill Pmt -Check | 03/23/2023 | 22694 | THINK SAFETY, INC. | MILL | | 276.00 |
| Bill Pmt -Check | 03/23/2023 | 22695 | PETTY CASH | Trow | | 500.00 |
| Bill Pmt -Check | 03/23/2023 | 22696 | ADRIAN SOTO. | TROW | | 71.53 |
| Bill Pmt -Check | 03/23/2023 | 22697 | DARIO RIOS | | | 336.57 |
| Bill Pmt -Check | 03/23/2023 | 22698 | JOSE REFUGIO MARTINEZ | TROW | | 35.00 |
| Bill Pmt -Check | 03/23/2023 | 22699 | JOSHUA HERNANDEZ | TROW | | 60.00 |
| Bill Pmt -Check | 03/23/2023 | 22700 | RAMON ROMERO, JR | TRANS | | 200.00 |
| Bill Pmt -Check | 03/23/2023 | 22701 | RAYMUNDO VARGAS | FUEL REIMB | | 50.13 |
| Bill Pmt -Check | 03/23/2023 | 22702 | JOSHUA HERNANDEZ | TRAN | | 30.00 |
| Check | 03/23/2023 | 22703 | RENE ROSALES | REIMB. FUEL | | 2,500.00 |
| Check | 03/23/2023 | | Bristol West Ins. | Owner's Property Ins | | 617.46 |
| Paycheck | 03/24/2023 | 22686 | J.A.R Concrete PR W/E 03/18/23 Pd 03/24/23 | | | 8,326.71 |
| Check | 03/24/2023 | | JOSE ROSALES CONSTRUCTION, LLC | Wire Transfer Fund PR w/e 03/18 | | 36,454.31 |
| Bill Pmt -Check | 03/25/2023 | 22704 | SARABIA'S PORTABLE JONS | | | 1,068.22 |
| Bill Pmt -Check | 03/27/2023 | 22705 | CMC CONSTRUCTION SERVICES | PARK | | 113.50 |
| Bill Pmt -Check | 03/27/2023 | 22706 | CMC CONSTRUCTION SERVICES | TROW | | 2,195.55 |
| Bill Pmt -Check | 03/27/2023 | 22730 | HARDY HOLE DRILLING, LLC | TRAN | | 1,250.00 |
| Bill Pmt -Check | 03/28/2023 | 22712 | SUN CITY COPY | OFF | | 1,077.00 |
| Check | 03/28/2023 | 22714 | RENE ROSALES | REIMB. FUEL | | 4,275.00 |
| Check | 03/29/2023 | 22715 | RENE ROSALES | REIMB. FUEL | | 500.00 |
| Bill Pmt -Check | 03/30/2023 | 22717 | CMC CONSTRUCTION SERVICES | PARK | | 279.60 |
| Bill Pmt -Check | 03/30/2023 | 22718 | JRRR ENTERPRISES LLC | CES | | 1,854.99 |
| Check | 03/30/2023 | | JOSE ROSALES CONSTRUCTION, LLC | Wire Transfer Fund PR w/e 03/25 | | 41,102.42 |
| Check | 03/30/2023 | | IRS | 941 Payment | | 1,861.00 |
| Paycheck | 03/31/2023 | 22707 | J A R Concrete PR W/E 03/25/23 Pd 03/31/23 | | | 8,326.71 |
| Check | 03/31/2023 | 22716 | Webstar Bank | Open CIP Account | | 500.00 |
| Bill Pmt -Check | 03/31/2023 | 22719 | LUIS MONTELONGO | GWY H | | 1,939.00 |
| Bill Pmt -Check | 03/31/2023 | 22720 | ADRIAN SOTO | TROW | | 68.00 |
| Bill Pmt -Check | 03/31/2023 | 22722 | JOSE REFUGIO MARTINEZ | | | 80.00 |
| Bill Pmt -Check | 03/31/2023 | 22723 | JOSHUA HERNANDEZ | TROW | | 40.00 |
| Bill Pmt -Check | 03/31/2023 | 22724 | LUIS LUCIO | | | 160.00 |
| Bill Pmt -Check | 03/31/2023 | 22725 | RAMON ELIAS VICTORIANO | TROW | | 75.00 |
| Bill Pmt -Check | 03/31/2023 | 22726 | RICARDO GONZALEZ | | | 56.38 |
| Bill Pmt -Check | 03/31/2023 | 22727 | RAMON ROMERO, JR | TRANS | | 320.01 |
| Bill Pmt -Check | 03/31/2023 | 22728 | DARIO RIOS | PARK | | 120.00 |
| **Total First Amer / United 5504659** | | | | | | 272,718.81 |
| | | | | | | 272,718.81 |

**J.A.R. Concrete, Inc.**
**Transaction List by Vendor**
March 14 - 31, 2023

| | Type | Date | Num | Memo | Account | Clr | Split | Paid | Debit | Credit | DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bridol West Inc | Check | 03/01/2023 | | Owner's Pregoroy Inc | Final Amount / Unpaid 5804636 | ✓ | 9004  DUE TO JAR. | Unpaid | 617.46 | | 617.46  4/15/2023 |
| DOMINGUEZ SHEET METAL WORKS, INC | 04 | 03/17/2023 | 23008 | PDN | 20000  Accounts Payable | | 62000  Due from Paso Del Norte | Unpaid | 963.43 | | 963.43  4/15/2023 |
| EL PASO WATER UTILITIES | 04 | 03/14/2023 | 3876200000-2903 | davg pm | 20000  Accounts Payable | | 56400  Other Direct Job Costs | Unpaid | 742.71 | | |
| | 04 | 03/16/2023 | 903-1700000-3203 | PDE | 20000  Accounts Payable | | 56400  Other Direct Job Costs | Unpaid | 833.54 | | 876.27  4/15/2023 |
| EXPRESS TOLL | 04 | 03/15/2023 | 20627745 | DFF | 24000  Accounts Payable | | 64000  Office Supplies and Expense | Unpaid | 59.20 | | 59.20  4/15/2023 |
| NORTH TEXAS TOLLWAY AUTHORITY | 04 | 03/31/2023 | 3533134 | DFF | 20000  Accounts Payable | | 60100  Auto and Truck Expense | Unpaid | 39.75 | | 39.75  4/15/2023 |
| PASO DEL NORTE MATERIALS LLC | 04 | 03/16/2023 | 42798 | DUE2 | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,000.00 | | PENDING R| PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/16/2023 | 42802 | PARKWAY | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,075.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/16/2023 | 42838 | TROW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 294.19 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/17/2023 | 42846 | TROW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 3,600.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/20/2023 | 42842 | TROW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,200.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/20/2023 | 42815 | NORTH | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,200.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/22/2023 | 42865 | NORI. - | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,700.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/22/2023 | 42864 | PAR - WAY | 20000  Accounts Payable | | 50400  Materials | Unpaid | 2,512.50 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/23/2023 | 42863 | TROW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,200.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/23/2023 | 42874 | NORTH | 20000  Accounts Payable | | 50400  Materials | Unpaid | 369.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/23/2023 | 42875 | TROW | 25000  Accounts Payable | | 50400  Materials | Unpaid | 1,700.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/27/2023 | 42900 | TROW | 25000  Accounts Payable | | 50400  Materials | Unpaid | 286.75 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/28/2023 | 42866 | TROW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 640.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/28/2023 | 42968 | TRANS | 25000  Accounts Payable | | 50400  Materials | Unpaid | 8,144.19 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/29/2023 | 42883 | PARKWAY | 39000  Accounts Payable | | 50400  Materials | Unpaid | 1,175.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/29/2023 | 42922 | PARKWAY | 30000  Accounts Payable | | 50400  Materials | Unpaid | 725.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/29/2023 | 42881 | SNOW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 3,600.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/30/2023 | 42913 | TROW | 20000  Accounts Payable | | 50400  Materials | Unpaid | 1,900.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/31/2023 | 42935 | PARKWAY | 24000  Accounts Payable | | 50400  Materials | Unpaid | 375.00 | | PENDING RECEIPT OF PAYMENT FROM OWNER |
| | 04 | 03/31/2023 | 42976 | TRANS | 20000  Accounts Payable | | 50400  Materials | Unpaid | 3,341.25 | 35,376.97 | PENDING RECEIPT OF PAYMENT FROM OWNER |
| SPECTRUM ENTERPRISE | 04 | 03/16/2023 | 0009161523471 | Office Internet | 20000  Accounts Payable | | 68700  Telephone Expense | Unpaid | 1,358.13 | 1,359.13  4/15/2023 | |
| | | | | | | | | | | | 39,492.21 |

4:14 PM
04/21/23

**J.A.R. Concrete, Inc.**
**A/R Aging Summary**
As of March 31, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **CITY OF EL PASO TX** | | | | | | |
| **2017-841 City Roadway & Parkway 2017** | | | | | | |
| 2017-654 NORTH SKIES | 0.00 | 42,255.38 | 0.00 | 0.00 | 0.00 | 42,255.38 |
| 2017-682 MIMOSA | 0.00 | 0.00 | 0.00 | 2,000.18 | 0.00 | 2,000.18 |
| Total 2017-841 City Roadway & Parkway 20... | 0.00 | 42,255.38 | 0.00 | 2,000.18 | 0.00 | 44,255.56 |
| 2021-1305 PKWY STRUCTURES | 0.00 | 20,753.06 | 0.00 | 0.00 | 0.00 | 20,753.06 |
| 2022-0377 TROWBRIDGE | 0.00 | 62,060.17 | 61,318.51 | 0.00 | 0.00 | 123,378.68 |
| **Total CITY OF EL PASO TX** | 0.00 | 125,068.61 | 61,318.51 | 2,000.18 | 0.00 | 188,387.30 |
| **COUNTY OF EL PASO CONTRACTS** | | | | | | |
| COUNTY PAVING 2021 | 0.00 | 0.00 | 0.00 | 1,545.65 | 0.00 | 1,545.65 |
| **Total COUNTY OF EL PASO CONTRACTS** | 0.00 | 0.00 | 0.00 | 1,545.65 | 0.00 | 1,545.65 |
| **CRRMA** | | | | | | |
| 2019-020 MISSION RIDGE | 0.00 | 0.00 | 9,903.89 | 2,550.95 | 0.00 | 12,454.84 |
| 2020-432 PELLICANO WIDENING | 0.00 | 0.00 | 0.00 | 483,054.63 | 0.00 | 483,054.63 |
| **Total CRRMA** | 0.00 | 0.00 | 9,903.89 | 485,605.58 | 0.00 | 495,509.47 |
| **T-DYNE** | | | | | | |
| 2022-0928 GWY EST REPLAT H | 0.00 | 0.00 | 6,975.00 | 0.00 | 0.00 | 6,975.00 |
| **Total T-DYNE** | 0.00 | 0.00 | 6,975.00 | 0.00 | 0.00 | 6,975.00 |
| **TXDOT** | | | | | | |
| 2019-781 MESA 0001-02-055 | 0.00 | 82,090.21 | 0.00 | 0.00 | 0.00 | 82,090.21 |
| 2019-902 TRANSMOUNTAIN 2552-01-058 | 0.00 | 138,588.94 | 0.00 | 0.00 | 0.00 | 138,588.94 |
| 2021-011 ANTHONY 2551-01-011 | 0.00 | 0.00 | 4,837.49 | 0.00 | 0.00 | 4,837.49 |
| 2021-115 MONTANA 0374-02-115 | 13,410.00 | 0.00 | 0.00 | 23,918.10 | 0.00 | 37,328.10 |
| 2021-174 SHUSTER 2121-02-174 | 0.00 | 95,648.68 | 0.00 | 0.00 | 0.00 | 95,648.68 |
| **Total TXDOT** | 13,410.00 | 316,327.83 | 4,837.49 | 23,918.10 | 0.00 | 358,493.42 |
| **TOTAL** | 13,410.00 | 441,396.44 | 83,034.89 | 513,069.51 | 0.00 | 1,050,910.84 |


**FIRSTAMERICANBANK**

```
          JAR CONCRETE INC                                    03/31/23
          8000 ESCOBAR
          EL PASO TX  79907

                                                                   4659


          99                                                   CYCLE-080
*** CHECKING *** SMART BUSINESS PREMI
ACCOUNT NUMBER        4659
PREVIOUS STATEMENT BALANCE AS OF 02/28/23 ......................    225,713.55
     PLUS     5  DEPOSITS AND OTHER CREDITS ....................    262,797.71
     LESS   115  CHECKS AND OTHER DEBITS .......................    395,086.94
CURRENT STATEMENT BALANCE AS OF 03/31/23 ......................     93,424.32
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

```
----------------------------------------------------------------
*** CHECK TRANSACTIONS ***
   SERIAL   DATE      AMOUNT        SERIAL   DATE      AMOUNT
   22526   03/14      95.00         22585*  03/14      75.00
   22586   03/01     129.88         22595*  03/07   1,530.24
   22598*  03/14   1,880.71         22601*  03/06   1,528.30
   22602   03/07   2,637.36         22603   03/07   2,018.78
   22604   03/06   1,278.77         22605   03/07     872.38
   22607*  03/08     520.00         22608   03/03  13,000.00
   22609   03/02   4,800.00         22610   03/06  13,000.00
   22611   03/06     121.51         22612   03/07      95.60
   22614*  03/06      71.61         22615   03/06     202.74
   22616   03/07      75.78         22618*  03/07      45.09
   22619   03/14     122.11         22620   03/09     255.47
   22621   03/06   7,095.00         22622   03/08  29,483.69
   22623   03/08   2,447.28         22624   03/08   3,231.32
   22625   03/09      77.25         22627*  03/13   1,664.64
   22628   03/09     300.00         22629   03/13     693.05
   22630   03/17     480.00         22631   03/13   1,278.76
   22632   03/15     872.38         22633   03/13   1,466.16
   22634   03/14   2,637.36         22635   03/13   2,018.78
   22636   03/13     489.00         22638*  03/09   5,560.00
   22640*  03/16     440.80         22641   03/13      89.00
   22642   03/14     100.00         22643   03/13      60.00
   22644   03/13      80.00         22645   03/14      94.10
   22646   03/13     110.05         22647   03/13     220.00
   22649*  03/15     350.00         22650   03/16   4,000.00
   22651   03/15      84.18         22652   03/20     600.00
   22653   03/14  12,500.00         22654   03/13   3,200.00
   22660*  03/20   1,278.78         22661   03/22     872.38
   22662   03/20   1,519.43         22663   03/21   2,637.36
   22664   03/21   2,018.79         22665   03/16   2,032.20
   22666   03/20     124.60         22667   03/17   2,027.02
   22669*  03/20      66.00         22670   03/17      57.50
   22671   03/15   5,920.00         22672   03/17   4,081.40
   22673   03/20     343.69         22674   03/27      55.15
   22675   03/23      95.75         22677*  03/20      40.00
   22678   03/20      50.00         22679   03/20     201.74
   22680   03/21      46.56         22681   03/20     147.01
   22682   03/17      74.02         22683   03/22     500.00
   22684   03/17   4,060.00         22685   03/21   5,660.00
   22686   03/27   1,278.77         22687   03/28     872.38
   22688   03/27   1,519.43         22689   03/28   2,637.35
   22690   03/28   2,018.78         22691   03/28   2,000.00
   22692   03/22     300.00         22694*  03/27     276.00
   22695   03/23     500.00         22696   03/27      71.53
   22698*  03/28      35.00         22699   03/27      60.00
   22701*  03/27      50.13         22702   03/27      30.00
   22703   03/23   2,500.00         22704   03/29   1,068.22
   22705   03/30     113.50         22706   03/29   2,195.55
   22712*  03/30   1,077.00         22714*  03/28   4,275.00
   22715   03/29     500.00         22719*  03/31   1,939.00
```

**firstamericanbanknm.com**



PAGE 2


**FIRSTAMERICANBANK**

JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

03/31/23

███4659

```
        99                                              CYCLE-080
*** CHECK TRANSACTIONS ***
        SERIAL   DATE          AMOUNT       SERIAL   DATE         AMOUNT

------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
    DATE          DESCRIPTION                  DEBITS        CREDITS
    03/03 AC-INTUIT *    -QuickBooks           3,392.15
    03/09 AC-City of El Paso -EDI PYMNTS                     29,437.16
    03/13 AC-EL PASO WATER UT-BILLPAY          2,380.26
    03/13 AC-ONE GAS TEXAS PR-UTIL PAYMT       2,698.35
    03/15 DEPOSIT                                            1,022.50
    03/16 AC-El Paso Tax Offi-Tax             2,861.06
          PaymenV96099900200100
    03/17 AC-TX DEPT OF TRNSP-INV-PAYMTS                    150,608.65
          ISA-00-000000000-00-000000000
    03/20 AC-City of El Paso -EDI PYMNTS                     70,731.91
    03/20 FED WIRE OUT #202303200022068       32,000.00
          BENE-JOSE ROSALES CONSTRUCTION
    03/20 AC-SPECTRUM     -SPECTRUM             680.57
    03/21 AC-City of El Paso -EDI PYMNTS                     10,997.49
    03/22 FED WIRE OUT #202303220053500       85,000.00
          BENE-PASO DEL NORTE MATERIALS,
    03/22 AC-El Paso Tax Offi-Tax                 5.60
          PaymenV87300001800300
    03/22 AC-El Paso Tax Offi-Tax                 6.90
          PaymenV87300001900300
    03/22 AC-El Paso Tax Offi-Tax                 7.81
          PaymenV87300001900500
    03/22 AC-El Paso Tax Offi-Tax                 9.80
          PaymenV87300001900400
    03/22 AC-El Paso Tax Offi-Tax                29.53
          PaymenV87300001800400
    03/22 AC-El Paso Tax Offi-Tax               673.57
          PaymenH78406600400260
    03/23 AC-BRISTOL WEST INS-EFT PYMT          617.46
    03/24 FED WIRE OUT #202303240035704       36,454.31
          BENE-JOSE ROSALES CONSTRUCTION
    03/30 FED WIRE OUT #202303300031373       41,102.42
          BENE-JOSE ROSALES CONSTRUCTION
    03/30 AC-IRS          -USATAXPYMT          1,861.00
```

```
          -------------------------------------------------------
          :                       : TOTAL FOR  :   TOTAL       :
          :                       : THIS PERIOD : YEAR-TO-DATE :
          -------------------------------------------------------
          : TOTAL OVERDRAFT FEES    :      .00 :        .00 :
          -------------------------------------------------------
          : TOTAL RETURNED ITEM FEES :      .00 :        .00 :
          -------------------------------------------------------
```

```
--------------------------------------------------------------------
*** BALANCE BY DATE ***
02/28  225,713.55  03/01    225,583.67  03/02   220,783.67  03/03   204,391.52
03/06  181,093.59  03/07    173,818.36  03/08   138,136.07  03/09   161,380.51
03/13  146,001.24  03/14    138,978.18  03/15   120,624.12  03/16   111,290.06
03/17  251,192.79  03/20    285,472.88  03/21   286,033.64  03/22   198,628.05
03/23  192,914.84  03/24    156,460.53  03/27   153,119.52  03/28   143,281.01
03/29  141,712.79  03/30     95,363.32  03/31    93,424.32
```

firstamericanbanknm.com

Member
FDIC


*FIRSTAMERICANBANK*

JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

03/31/23

4659

99

CYCLE-080

SALES TAX APPLIES TO ALL FEES EXCEPT OVERDRAFT FEE. THE
TAX IS IN ADDITION TO FEE CHARGED AND APPEARS AS
SEPARATE LINE ITEM ON YOUR STATEMENT.


Member FDIC

CASE NAME: **JAR CONCRETE, INC.**

CASE NUMBER: **23-30242**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1 CASH-BEGINNING OF MONTH | $ 117,884.45 | | | | | | $ 117,884.45 |
| **RECEIPTS:** | | | | | | | |
| 2 CASH SALES | 0.00 | | | | | | 0.00 |
| 3 COLLECTION OF ACCOUNTS RECEIVABLE | 233,360.55 | | | | | | 233,360.55 |
| 4 LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5 SALE OF ASSETS | | | | | | | 0.00 |
| 6 OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 233,360.55 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 233,360.55 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | (1,350.67) | | | | | | (1,350.67) |
| **DISBURSEMENTS:** | | | | | | | |
| 7 NET PAYROLL | 219,536.89 | | | | | | 219,536.89 |
| 8 PAYROLL TAXES PAID | 1,861.00 | | | | | | 1,861.00 |
| 9 SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10 SECURED-RENTAL-LEASES | 0.00 | | | | | | 0.00 |
| 11 UTILITIES & TELEPHONE | 680.57 | | | | | | 680.57 |
| 12 INSURANCE | | | | | | | 0.00 |
| 13 INVENTORY PURCHASES | | | | | | | 0.00 |
| 14 VEHICLE EXPENSES | | | | | | | 0.00 |
| 15 TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16 REPAIRS, MAINTENANCE & SUPPLIES | 7,502.09 | | | | | | 7,502.09 |
| 17 ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18 OTHER (attach list) | 41,287.59 | | | | | | 41,287.59 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 270,868.14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 270,868.14 |
| 19 PROFESSIONAL FEES | | | | | | | 0.00 |
| 20 U S TRUSTEE FEES | | | | | | | 0.00 |
| 21 OTHER REORGANIZATION EXPENSES (attach list) | 500.00 | | | | | | 500.00 |
| TOTAL DISBURSEMENTS** | $ 271,368.14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 271,368.14 |
| 22 NET CASH FLOW | (39,358.26) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (39,358.26) |
| 23 CASH - END OF MONTH (SMOR-2) | $ 78,526.19 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 78,526.19 |

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match)

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

**SBMOR-Exhibit B-1**

Revised 01 31 2014

CASE NAME: **JAR CONCRETE, INC.**

CASE NUMBER: 23-30242

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

# CASH ACCOUNT RECONCILIATION
## MONTH OF March 2023

| BANK NAME | First American | | | Weststar DIP | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # ●●●459 | # | #. | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BEGINNING BANK BALANCE | $ 225,713.55 | | | | $ 225,713.55 |
| RECEIPTS | 262,797.71 | | | | 262,797.71 |
| TRANSFERS BETWEEN ACCOUNTS | (500.00) | | | 500.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 394,586.94 | | | | 394,586.94 |
| ENDING BANK BALANCE | $ 93,424.32 | $ 0.00 | $ 0.00 | $ 500.00 | $ 93,924.32 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | 15,796.99 | | | | 15,796.99 |
| ADJUSTED BANK BALANCE | $ 77,627.33 | $ 0.00 | $ 0.00 | $ 500.00 | $ 78,127.33 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*

9:33 AM

04/03/23

# J.A.R. Concrete, Inc.
## Reconciliation Detail
### First Amer / United ██4659, Period Ending 03/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 95,363.32 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Bill Pmt -Check | 03/31/2023 | 22719 | LUIS MONTELONGO | X | -1,939.00 | -1,939.00 |
| | | | | | | |
| Total Checks and Payments | | | | | -1,939.00 | -1,939.00 |
| | | | | | | |
| Total Cleared Transactions | | | | | -1,939.00 | -1,939.00 |
| | | | | | | |
| **Cleared Balance** | | | | | -1,939.00 | 93,424.32 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 25 Items** | | | | | | |
| Check | 01/12/2023 | 22119 | D&H UNITED FUELI... | | -150.00 | -150.00 |
| Check | 01/20/2023 | 22165 | JOSE ROSALES C... | | -175.46 | -325.46 |
| Bill Pmt -Check | 03/03/2023 | 22617 | RAMON ROMERO, ... | | -40.00 | -365.46 |
| Bill Pmt -Check | 03/08/2023 | 22704 | CHAPARRAL SAND... | | -263.56 | -629.02 |
| Bill Pmt -Check | 03/16/2023 | 22676 | DARIO RIOS | | -70.00 | -699.02 |
| Bill Pmt -Check | 03/23/2023 | 22693 | WHITE CAP CONS... | | -1,360.71 | -2,059.73 |
| Bill Pmt -Check | 03/23/2023 | 22697 | DARIO RIOS | | -336.57 | -2,396.30 |
| Bill Pmt -Check | 03/23/2023 | 22700 | RAMON ROMERO, ... | | -200.00 | -2,596.30 |
| Bill Pmt -Check | 03/27/2023 | 22730 | HARDY HOLE DRIL... | | -1,250.00 | -3,846.30 |
| Bill Pmt -Check | 03/30/2023 | 22718 | JRRR ENTERPRIS... | | -1,854.99 | -5,701.29 |
| Bill Pmt -Check | 03/30/2023 | 22717 | CMC CONSTRUCTI... | | -279.60 | -5,980.89 |
| Paycheck | 03/31/2023 | 22710 | Ramon E Victoriano | | -2,637.36 | -8,618.25 |
| Paycheck | 03/31/2023 | 22711 | Rene A Rosales | | -2,018.78 | -10,637.03 |
| Paycheck | 03/31/2023 | 22709 | Jo Ann von Holstein ... | | -1,519.43 | -12,156.46 |
| Paycheck | 03/31/2023 | 22707 | Adrian Soto | | -1,278.76 | -13,435.22 |
| Paycheck | 03/31/2023 | 22708 | Alice Rosales | | -872.38 | -14,307.60 |
| Check | 03/31/2023 | 22716 | Weststar Bank | | -500.00 | -14,807.60 |
| Bill Pmt -Check | 03/31/2023 | 22727 | RAMON ROMERO, ... | | -320.01 | -15,127.61 |
| Bill Pmt -Check | 03/31/2023 | 22724 | LUIS LUCIO | | -160.00 | -15,287.61 |
| Bill Pmt -Check | 03/31/2023 | 22728 | DARIO RIOS | | -120.00 | -15,407.61 |
| Bill Pmt -Check | 03/31/2023 | 22722 | JOSE REFUGIO M... | | -80.00 | -15,487.61 |
| Bill Pmt -Check | 03/31/2023 | 22725 | RAMON ELIAS VIC... | | -75.00 | -15,562.61 |
| Bill Pmt -Check | 03/31/2023 | 22720 | ADRIAN SOTO. | | -68.00 | -15,630.61 |
| Bill Pmt -Check | 03/31/2023 | 22726 | RICARDO GONZAL... | | -56.38 | -15,686.99 |
| Bill Pmt -Check | 03/31/2023 | 22723 | JOSHUA HERNAN... | | -40.00 | -15,726.99 |
| | | | | | | |
| Total Checks and Payments | | | | | -15,726.99 | -15,726.99 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -15,726.99 | -15,726.99 |
| | | | | | | |
| **Register Balance as of 03/31/2023** | | | | | -17,665.99 | 77,697.33 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Bill Pmt -Check | 04/03/2023 | 22729 | JOSHUA HERNAN... | | -70.00 | -70.00 |
| | | | | | | |
| Total Checks and Payments | | | | | -70.00 | -70.00 |
| | | | | | | |
| Total New Transactions | | | | | -70.00 | -70.00 |
| | | | | | | |
| **Ending Balance** | | | | | -17,735.99 | 77,627.33 |