**Fill in this information to identify the case:**

Debtor Name __JAR CONCRETE, INC.__

United States Bankruptcy Court for the: **Western District of Texas**

Case number: __23-30242__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: __APRIL__

Line of business: __GENERAL CONTRACTO__

Date report filed: __05/26/2023__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Jose A. Rosales, Jr._

Original signature of responsible party _____

Printed name of responsible party _Jose A. Rosales, Jr._

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  JAR CONCRETE, INC.                                    Case number  23-30242

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 82,314.37

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 445,124.60

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 393,128.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 51,996.60

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 134,310.97

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 102,177.27

Debtor Name __JAR CONCRETE, INC._____    Case number __23-30242_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

| | |
|---|---|
| 25. **Total receivables** | $ 1,004,670.00 |
| *(Exhibit F)* | |

## 5. Employees

| | |
|---|---|
| 26. What was the number of employees when the case was filed? | 6 |
| 27. What is the number of employees as of the date of this monthly report? | 6 |

## 6. Professional Fees

| | |
|---|---|
| 28. How much have you paid this month in professional fees related to this bankruptcy case? | $ 15,464.56 |
| 29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? | $ 3,530.50 |
| 30. How much have you paid this month in other professional fees? | $ 0.00 |
| 31. How much have you paid in total other professional fees since filing the case? | $ 0.00 |

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 878,000.00 | − | $ 445,124.60 | = | $ 432,875.40 |
| 33. **Cash disbursements** | $ 641,000.00 | − | $ 393,128.00 | = | $ 247,872.00 |
| 34. **Net cash flow** | $ 237,000.00 | − | $ 51,996.60 | = | $ 185,003.40 |

| | |
|---|---|
| 35. Total projected cash receipts for the next month: | $ 265,000.00 |
| 36. Total projected cash disbursements for the next month: | − $ 165,000.00 |
| 37. Total projected net cash flow for the next month: | = $ 100,000.00 |

Debtor Name  JAR CONCRETE, INC.                    Case number 23-30242

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

CASE NAME: **JAR CONCRETE, INC.**

CASE NUMBER: **23-30242**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH 2023 April | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1 CASH-BEGINNING OF MONTH | $ 121,132.45 | $ 82,314.37 | | | | | $ 121,132.45 |
| RECEIPTS: | | | | | | | |
| 2 CASH SALES | 0.00 | 0.00 | | | | | 0.00 |
| 3 COLLECTION OF ACCOUNTS RECEIVABLE | 244,260.72 | 423,600.10 | | | | | 667,860.82 |
| 4 LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5 SALE OF ASSETS | | | | | | | 0.00 |
| 6 OTHER (attach list) | | 21,524.50 | | | | | 21,524.50 |
| TOTAL RECEIPTS** | $ 244,260.72 | $ 445,124.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 689,385.32 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7 NET PAYROLL | 219,538.80 | 33,306.68 | | | | | 252,843.77 |
| 8 PAYROLL TAXES PAID | 1,861.00 | 12,405.52 | | | | | 14,266.52 |
| 9 SALES, USE & OTHER TAXES PAID | 0.00 | 6,161.06 | | | | | 6,161.06 |
| 10 SECURED/RENTAL/LEASES | 0.00 | 10,000.00 | | | | | 10,000.00 |
| 11 UTILITIES & TELEPHONE | 720.56 | 2,638.28 | | | | | 3,358.84 |
| 12 INSURANCE | 617.46 | 22,280.83 | | | | | 22,898.29 |
| 13 INVENTORY PURCHASES | | 0.00 | | | | | 0.00 |
| 14 VEHICLE EXPENSES | 6,457.29 | 38,608.69 | | | | | 45,065.98 |
| 15 TRAVEL & ENTERTAINMENT | | 0.00 | | | | | 0.00 |
| 16 REPAIRS, MAINTENANCE & SUPPLIES | 3,810.21 | 749.51 | | | | | 4,559.72 |
| 17 ADMINISTRATIVE & SELLING | 10,820.05 | 3,118.52 | | | | | 13,938.57 |
| 18 OTHER (attach list) | 39,255.34 | 260,330.21 | | | | | 299,585.55 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 283,078.80 | $ 389,597.50 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 672,676.30 |
| 19 PROFESSIONAL FEES | | 3,530.50 | | | | | 3,530.50 |
| 20 U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21 OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 283,078.80 | $ 393,128.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 676,206.80 |
| 22 NET CASH FLOW | (38,818.08) | 51,996.60 | 0.00 | 0.00 | 0.00 | 0.00 | 13,178.52 |
| 23 CASH - END OF MONTH (SMOR-2) | $ 82,314.37 | $ 134,310.97 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 134,310.97 |

**SBMOR-Exhibit B-1**

\* Applies to individual debtors only

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01 31 2014

CASE NAME: **JAR CONCRETE, INC.**

CASE NUMBER: **23-30242**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
### MONTH OF April 2023

| BANK NAME | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | | | | | |
| RECEIPTS | | | | | $ 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | | | | | $ 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | $ 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*

**JAR - All Bank Accounts**
**Apr-23**

| | First / 4659 | First / 3272 | GECU 885 | GECU 155 | GECU Sav | Raiz Ckg | Raiz Sav | Weststar DIP | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Bal Per Bank | 93,424.32 | 12.97 | 153.67 | 2.12 | 10.00 | 3,912.66 | 25.62 | 500.00 | 98,041.36 |
| + Receipts | 434,724.58 | - | 10,400.00 | - | - | - | - | - | 445,124.58 |
| +/- Transfers | | - | | - | | | | - | - |
| - Checks / Dispersements | 376,964.72 | - | 521.80 | 10.00 | - | - | - | 20.00 | 377,516.52 |
| Ending Balance | 151,184.18 | 12.97 | 10,031.87 | (7.88) | 10.00 | 3,912.66 | 25.62 | 480.00 | 165,649.42 |
| + Dep In Transit | - | - | | | | | | | - |
| - Outstanding checks | 31,338.45 | - | | | | | | | 31,338.45 |
| Adj Bank Balance | 119,845.73 | 12.97 | 10,031.87 | (7.88) | 10.00 | 3,912.66 | 25.62 | 480.00 | 134,310.97 |
| | | | | | | | | | |
| Beginning Cash Per Books | 77,697.33 | 12.97 | 153.67 | 2.12 | 10.00 | 3,912.66 | 25.62 | 500.00 | 82,314.37 |
| + Receipts | 434,724.60 | - | 10,400.00 | - | - | - | - | - | 445,124.60 |
| +/- Transfers | | - | | - | | | | - | - |
| - Checks / Dispersements | 392,576.20 | - | 521.80 | 10.00 | - | - | - | 20.00 | 393,128.00 |
| Ending Cash per Books | 119,845.73 | 12.97 | 10,031.87 | (7.88) | 10.00 | 3,912.66 | 25.62 | 480.00 | 134,310.97 |

**JAR Concrete, Inc**
**April 2023 Other Category List**

**Job Costs**

| | |
|---|---:|
| Materials | 50,845.53 |
| Equip Rental | 7,599.52 |
| Subcontractors | 45,220.92 |
| Labor | 153,474.86 |
| Equip Purchase | 3,189.38 |
| | 260,330.21 |

**JAR Concrete, Inc**
**April 2023 Other Activity Schedule**

| | | |
|---|---|---|
| WEX Rebate | 364.00 | Rebate Check from WEX |
| Insurance Proceeds | 7,775.22 | Insurance Proceeds – Truck Damage |
| Rev Service Charges | 124.22 | Service Charge Reversal by First American |
| ARS Repayment | 2,861.06 | Funds repaying Wdl from JAR for ARS prop tax |
| PDN to JAR | 400.00 | Prevent Negative Balance in JAR Account |
| PDN Payment to JAR | 10,000.00 | Funds Due from PDN |
| | 21,524.50 | |

9:30 AM
05/31/23

*Exhibit E*

# J.A.R. Concrete, Inc.
# Unpaid Bills Detail
### As of April 30, 2023

| Type | Date | Num | Due Date | Aging | Open Balance |
|------|------|-----|----------|-------|--------------|
| **BRONCO DISPOSAL** | | | | | |
| Bill | 04/01/2023 | 0000314108 | 04/11/2023 | 19 | 636.28 |
| Total BRONCO DISPOSAL | | | | | 636.28 |
| **CITY OF EL PASO** | | | | | |
| Bill | 04/28/2023 | 2552-01-058 APRIL | 05/08/2023 | | 8,330.00 |
| Total CITY OF EL PASO | | | | | 8,330.00 |
| **DOMINGUEZ SHEET METAL WORKS, INC.** | | | | | |
| Bill | 03/17/2023 | 23006 | 03/27/2023 | 34 | 963.43 |
| Total DOMINGUEZ SHEET METAL WORKS, INC. | | | | | 963.43 |
| **EL PASO ELECTRIC COMPANY** | | | | | |
| Bill | 03/15/2023 | 7616110917-2303 | 03/25/2023 | 36 | 742.87 |
| Bill | 03/15/2023 | 1144043980-2303 | 03/25/2023 | 36 | 322.40 |
| Bill | 04/11/2023 | 1144043980-2304 | 04/21/2023 | 9 | 247.03 |
| Bill | 04/12/2023 | 7616110917-2304 | 04/22/2023 | 8 | 611.49 |
| Total EL PASO ELECTRIC COMPANY | | | | | 1,923.79 |
| **EL PASO WATER UTILITIES** | | | | | |
| Bill | 03/14/2023 | 2828020000-2303 | 03/24/2023 | 37 | 242.71 |
| Bill | 03/16/2023 | 9891700000-2303 | 03/26/2023 | 35 | 633.56 |
| Bill | 04/06/2023 | 2873220000-2304 | 04/16/2023 | 14 | 195.08 |
| Bill | 04/10/2023 | 7080420000-2304 | 04/20/2023 | 10 | 35.08 |
| Total EL PASO WATER UTILITIES | | | | | 1,106.43 |
| **EQUIPMENTSHARE.COM, INC** | | | | | |
| Bill | 04/25/2023 | ELP-2487332-0002 | 05/05/2023 | | 947.24 |
| Total EQUIPMENTSHARE.COM, INC | | | | | 947.24 |
| **EXPRESS TOLL** | | | | | |
| Bill | 03/15/2023 | 2080277425 | 03/25/2023 | 36 | 59.20 |
| Total EXPRESS TOLL | | | | | 59.20 |
| **G&S DIESEL SERVICES** | | | | | |
| Bill | 04/20/2023 | 1500 | 04/30/2023 | | 125.00 |
| Total G&S DIESEL SERVICES | | | | | 125.00 |
| **GRIFFITH DAVISON** | | | | | |
| Bill | 03/31/2023 | 033123 | 04/10/2023 | 20 | 12,670.20 |
| Total GRIFFITH DAVISON | | | | | 12,670.20 |
| **LAW OFFICE OF STEPHEN H. NICKEY** | | | | | |
| Bill | 03/31/2023 | 9222 | 04/10/2023 | 20 | 125.00 |
| Bill | 04/01/2023 | 9247 | 04/11/2023 | 19 | 87.50 |
| Bill | 04/01/2023 | 9273 | 04/11/2023 | 19 | 212.50 |
| Bill | 04/01/2023 | 9158 | 04/11/2023 | 19 | 1,635.00 |
| Bill | 04/01/2023 | 9207 | 04/11/2023 | 19 | 387.50 |
| Bill | 04/01/2023 | 9210 | 04/11/2023 | 19 | 1,125.00 |
| Bill | 04/30/2023 | 9427 | 05/10/2023 | | 212.50 |
| Bill | 04/30/2023 | 9337 | 05/10/2023 | | 187.78 |
| Total LAW OFFICE OF STEPHEN H. NICKEY | | | | | 3,972.78 |
| **NORTH TEXAS TOLLWAY AUTHORITY** | | | | | |
| Bill | 03/31/2023 | 355313K | 04/10/2023 | 20 | 39.75 |
| Total NORTH TEXAS TOLLWAY AUTHORITY | | | | | 39.75 |
| **OFFICE DEPOT, INC.** | | | | | |
| **PASO DEL NORTE MATERIALS LLC** | | | | | |

# J.A.R. Concrete, Inc.
# Unpaid Bills Detail
### As of April 30, 2023

| | | | | | |
|---|---|---|---|---|---:|
| Bill | 03/16/2023 | 42796 | 03/26/2023 | 35 | 1,200.00 |
| Bill | 03/16/2023 | 42836 | 03/26/2023 | 35 | 294.19 |
| Bill | 03/17/2023 | 42816 | 03/27/2023 | 34 | 3,600.00 |
| Bill | 03/20/2023 | 42832 | 03/30/2023 | 31 | 1,200.00 |
| Bill | 03/20/2023 | 42815 | 03/30/2023 | 31 | 1,200.00 |
| Bill | 03/22/2023 | 42865 | 04/01/2023 | 29 | 1,200.00 |
| Bill | 03/22/2023 | 42863 | 04/01/2023 | 29 | 1,200.00 |
| Bill | 03/23/2023 | 42874 | 04/02/2023 | 28 | 360.00 |
| Bill | 03/23/2023 | 42873 | 04/02/2023 | 28 | 1,200.00 |
| Bill | 03/27/2023 | 42902 | 04/08/2023 | 24 | 286.78 |
| Bill | 03/28/2023 | 42898 | 04/07/2023 | 23 | 840.00 |
| Bill | 03/29/2023 | 42909 | 04/08/2023 | 22 | 9,144.25 |
| Bill | 03/29/2023 | 42923 | 04/08/2023 | 22 | 1,125.00 |
| Bill | 03/29/2023 | 42921 | 04/08/2023 | 22 | 3,600.00 |
| Bill | 03/30/2023 | 42913 | 04/09/2023 | 21 | 1,800.00 |
| Bill | 03/31/2023 | 42926 | 04/10/2023 | 20 | 3,314.25 |
| Bill | 04/03/2023 | 42950 | 04/13/2023 | 17 | 4,469.50 |
| Bill | 04/03/2023 | 42955 | 04/13/2023 | 17 | 1,200.00 |
| Bill | 04/04/2023 | 42958 | 04/14/2023 | 16 | 1,200.00 |
| Bill | 04/05/2023 | 42973 | 04/15/2023 | 15 | 1,128.75 |
| Bill | 04/05/2023 | 42971 | 04/15/2023 | 15 | 2,400.00 |
| Bill | 04/06/2023 | 42963 | 04/16/2023 | 14 | 2,776.50 |
| Bill | 04/06/2023 | 42985 | 04/16/2023 | 14 | 2,400.00 |
| Bill | 04/10/2023 | 42994 | 04/20/2023 | 10 | 1,200.00 |
| Bill | 04/10/2023 | 42995 | 04/20/2023 | 10 | 1,200.00 |
| Bill | 04/10/2023 | 42989 | 04/20/2023 | 10 | 587.99 |
| Bill | 04/10/2023 | 42988 | 04/20/2023 | 10 | 296.14 |
| Bill | 04/11/2023 | 43015 | 04/21/2023 | 9 | 1,811.12 |
| Bill | 04/11/2023 | 43000 | 04/21/2023 | 9 | 1,200.00 |
| Bill | 04/12/2023 | 43017 | 04/22/2023 | 8 | 2,917.07 |
| Bill | 04/12/2023 | 43012 | 04/22/2023 | 8 | 1,020.00 |
| Bill | 04/13/2023 | 43025 | 04/23/2023 | 7 | 1,500.00 |
| Bill | 04/13/2023 | 43042 | 04/23/2023 | 7 | 300.00 |
| Bill | 04/17/2023 | 43059 | 04/27/2023 | 3 | 812.50 |
| Bill | 04/18/2023 | 43068 | 04/28/2023 | 2 | 437.50 |
| Bill | 04/18/2023 | 43067 | 04/28/2023 | 2 | 1,200.00 |
| Bill | 04/19/2023 | 43079 | 04/29/2023 | 1 | 1,000.00 |
| Bill | 04/20/2023 | 43089 | 04/30/2023 | | 500.00 |
| Bill | 04/20/2023 | 43105 | 04/30/2023 | | 720.00 |
| Bill | 04/20/2023 | 43088 | 04/30/2023 | | 1,440.00 |
| Bill | 04/24/2023 | 43122 | 05/04/2023 | | 2,000.00 |
| Bill | 04/25/2023 | 43132 | 05/05/2023 | | 812.50 |
| Bill | 04/27/2023 | 43144 | 05/07/2023 | | 1,000.00 |
| Bill | 04/28/2023 | 43158 | 05/08/2023 | | 750.00 |
| **Total PASO DEL NORTE MATERIALS LLC** | | | | | 69,844.04 |
| **SPECTRUM ENTERPRISE** | | | | | |
| Bill | 03/28/2023 | 0005915032823 | 04/07/2023 | 23 | 1,559.13 |
| **Total SPECTRUM ENTERPRISE** | | | | | 1,559.13 |
| | | | | | **102,177.27** |

# J.A.R. Concrete, Inc.
## A/R Aging Summary
### As of April 30, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **CITY OF EL PASO TX** | | | | | | |
| 2017-841 City Roadway & Parkway 2017 | | | | | | |
| 2017-856 MILLS | 0.00 | 2,647.98 | 0.00 | 0.00 | 0.00 | 2,647.98 |
| 2017-862 MIMOSA | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.18 | 2,000.18 |
| Total 2017-841 City Roadway & Parkway 2017 | 0.00 | 2,647.98 | 0.00 | 0.00 | 2,000.18 | 4,648.16 |
| 2021-1305 PKWY STRUCTURES | 14,644.30 | 28,276.32 | 0.00 | 0.00 | 0.00 | 42,920.62 |
| 2022-0377 TROWBRIDGE | 0.00 | 121,363.11 | 62,345.18 | 61,318.51 | 0.00 | 245,026.80 |
| **Total CITY OF EL PASO TX** | 14,644.30 | 152,287.41 | 62,345.18 | 61,318.51 | 2,000.18 | 292,595.58 |
| **COUNTY OF EL PASO CONTRACTS** | | | | | | |
| COUNTY PAVING 2021 | 0.00 | 0.00 | 0.00 | 0.00 | 1,545.65 | 1,545.65 |
| **Total COUNTY OF EL PASO CONTRACTS** | 0.00 | 0.00 | 0.00 | 0.00 | 1,545.65 | 1,545.65 |
| **CRRMA** | | | | | | |
| 2019-020 MISSION RIDGE | 0.00 | 0.00 | 0.00 | 9,903.89 | 2,550.95 | 12,454.84 |
| 2020-432 PELLICANO WIDENING | 0.00 | 0.00 | 0.00 | 0.00 | 483,054.63 | 483,054.63 |
| **Total CRRMA** | 0.00 | 0.00 | 0.00 | 9,903.89 | 485,605.58 | 495,509.47 |
| **T-DYNE** | | | | | | |
| 2022-0928 GWY EST REPLAT H | 0.00 | 0.00 | 0.00 | 6,975.00 | 0.00 | 6,975.00 |
| **Total T-DYNE** | 0.00 | 0.00 | 0.00 | 6,975.00 | 0.00 | 6,975.00 |
| **TXDOT** | | | | | | |
| 2019-902 TRANSMOUNTAIN 2552-01-058 | 0.00 | 191,031.38 | 0.00 | 0.00 | 0.00 | 191,031.38 |
| 2021-046 CESAR CHAVEZ 2552-04-046 | 0.00 | 7,400.00 | 0.00 | 0.00 | 0.00 | 7,400.00 |
| 2021-174 SHUSTER 2121-02-174 | 0.00 | 9,613.60 | 0.00 | 0.00 | 0.00 | 9,613.60 |
| **Total TXDOT** | 0.00 | 208,044.98 | 0.00 | 0.00 | 0.00 | 208,044.98 |
| **TOTAL** | 14,644.30 | 360,332.39 | 62,345.18 | 78,197.40 | 489,151.41 | 1,004,670.68 |

 First**AMERICAN**BANK

JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

04/30/23

⬛4659

110
*** CHECKING *** SMART BUSINESS PREMI
ACCOUNT NUMBER ⬛4659

CYCLE-080

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 03/31/23 | ...... | 93,424.32 |
| PLUS   14  DEPOSITS AND OTHER CREDITS | ...... | 434,724.58 |
| LESS  128  CHECKS AND OTHER DEBITS | ...... | 376,964.72 |
| CURRENT STATEMENT BALANCE AS OF 04/30/23 | ...... | 151,184.18 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD   30 | | |

------------------------------------------------------------
*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 2757 | 04/13 | 409.63 | 22165* | 04/24 | 175.46 |
| 22676* | 04/25 | 70.00 | 22693* | 04/03 | 1,360.71 |
| 22697* | 04/11 | 336.57 | 22707* | 04/03 | 1,278.76 |
| 22708 | 04/04 | 872.38 | 22709 | 04/03 | 1,519.43 |
| 22710 | 04/05 | 2,637.36 | 22711 | 04/04 | 2,018.78 |
| 22716* | 04/03 | 500.00 | 22717 | 04/03 | 279.60 |
| 22718 | 04/03 | 1,854.99 | 22720* | 04/03 | 68.00 |
| 22722* | 04/03 | 80.00 | 22723 | 04/04 | 40.00 |
| 22724 | 04/03 | 160.00 | 22725 | 04/03 | 75.00 |
| 22726 | 04/04 | 56.38 | 22727 | 04/03 | 320.01 |
| 22728 | 04/11 | 120.00 | 22729 | 04/04 | 70.00 |
| 22730 | 04/07 | 1,250.00 | 22731 | 04/06 | 2,709.50 |
| 22733* | 04/03 | 2,000.00 | 22734 | 04/07 | 1,278.77 |
| 22735 | 04/13 | 872.38 | 22736 | 04/07 | 1,519.43 |
| 22737 | 04/11 | 2,635.36 | 22738 | 04/07 | 2,018.80 |
| 22740* | 04/06 | 1,344.00 | 22741 | 04/05 | 750.00 |
| 22742 | 04/06 | 280.00 | 22743 | 04/06 | 122.05 |
| 22744 | 04/06 | 345.00 | 22745 | 04/06 | 70.00 |
| 22746 | 04/06 | 279.00 | 22747 | 04/07 | 86.98 |
| 22748 | 04/07 | 45.00 | 22749 | 04/13 | 35.00 |
| 22750 | 04/11 | 80.73 | 22751 | 04/10 | 90.13 |
| 22752 | 04/10 | 141.12 | 22753 | 04/25 | 100.00 |
| 22754 | 04/13 | 202.50 | 22755 | 04/06 | 3,920.00 |
| 22756 | 04/10 | 500.00 | 22758* | 04/14 | 49.04 |
| 22759 | 04/13 | 13,058.10 | 22760 | 04/13 | 10,637.68 |
| 22761 | 04/12 | 1,500.00 | 22762 | 04/14 | 209.75 |
| 22763 | 04/17 | 5,545.00 | 22764 | 04/17 | 1,278.76 |
| 22765 | 04/19 | 872.38 | 22766 | 04/17 | 1,519.43 |
| 22768* | 04/17 | 2,018.76 | 22769 | 04/18 | 251.39 |
| 22771* | 04/18 | 1,246.65 | 22774* | 04/25 | 100.00 |
| 22775 | 04/17 | 50.00 | 22776 | 04/17 | 75.00 |
| 22777 | 04/17 | 20.13 | 22778 | 04/18 | 63.91 |
| 22779 | 04/17 | 504.46 | 22780 | 04/17 | 39.38 |
| 22781 | 04/18 | 90.00 | 22784* | 04/14 | 4,049.00 |
| 22786* | 04/18 | 525.00 | 22790* | 04/21 | 3,009.00 |
| 22791 | 04/17 | 1,250.00 | 22792 | 04/17 | 500.00 |
| 22794* | 04/20 | 705.85 | 22795 | 04/18 | 100.00 |
| 22797* | 04/18 | 4,701.23 | 22800* | 04/21 | 1,122.35 |
| 22801 | 04/21 | 324.73 | 22802 | 04/25 | 349.00 |
| 22803 | 04/19 | 2,000.00 | 22804 | 04/24 | 1,278.78 |
| 22805 | 04/25 | 872.38 | 22806 | 04/24 | 1,520.43 |
| 22807 | 04/25 | 2,637.36 | 22808 | 04/25 | 1,906.02 |
| 22809 | 04/21 | 104.99 | 22812* | 04/24 | 263.00 |
| 22814* | 04/20 | 2,000.00 | 22815 | 04/24 | 175.00 |
| 22821* | 04/21 | 500.00 | 22822 | 04/25 | 3,586.14 |
| 22823 | 04/24 | 163.57 | 22824 | 04/25 | 118.00 |
| 22825 | 04/27 | 101.73 | 22826 | 04/25 | 20.01 |
| 22827 | 04/24 | 30.00 | 22828 | 04/24 | 95.00 |
| 22829 | 04/26 | 105.54 | 22830 | 04/24 | 4,675.38 |

firstamericanbanknm.com

Member
**FDIC** 



PAGE 2

JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

04/30/23

●●●●●4659

110
CYCLE-080

**\*\*\* CHECK TRANSACTIONS \*\*\***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 22834* | 04/25 | 284.48 | 22837* | 04/26 | 260.69 |
| 22840* | 04/25 | 625.00 | 22842* | 04/27 | 313.00 |
| 22846* | 04/26 | 2,500.00 | 22852* | 04/27 | 1,782.14 |
| 22860* | 04/28 | 200.00 | 22865* | 04/28 | 1,250.00 |
| 22866 | 04/28 | 4,000.00 | 222767* | 04/18 | 2,637.36 |

----------------------------------------------------------------

**\*\*\* CHECKING ACCOUNT TRANSACTIONS \*\*\***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/04 | AC-City of El Paso -EDI PYMNTS | | 59,566.21 |
| 04/04 | FED WIRE OUT #202304040072520 BENE-HARTFORD FIRE INSURANCE | 6,316.00 | |
| 04/05 | AC-TX DEPT OF TRNSP-INV-PAYMTS ISA-00-0000000000-00-000000000 | | 82,090.21 |
| 04/05 | DEPOSIT | | 7,775.22 |
| 04/05 | FED WIRE OUT #202304050070200 BENE-JOSE ROSALES CONSTRUCTION | 44,273.35 | |
| 04/10 | AC-City of El Paso -EDI PYMNTS | | 3,442.23 |
| 04/10 | AC-TX DEPT OF TRNSP-INV-PAYMTS ISA-00-0000000000-00-000000000 | | 4,837.49 |
| 04/10 | AC-TX DEPT OF TRNSP-INV-PAYMTS ISA-00-0000000000-00-000000000 | | 29,398.10 |
| 04/10 | AC-TX DEPT OF TRNSP-INV-PAYMTS ISA-00-0000000000-00-000000000 | | 95,648.68 |
| 04/10 | AC-TX DEPT OF TRNSP-INV-PAYMTS ISA-00-0000000000-00-000000000 | | 138,588.94 |
| 04/10 | DEPOSIT | | 364.00 |
| 04/11 | AC-TX DEPT OF TRNSP-INV-PAYMTS ISA-00-0000000000-00-000000000 | | 7,930.00 |
| 04/11 | ACCOUNT ANALYSIS CHARGE | 124.20 | |
| 04/11 | AC-ONE GAS TEXAS PR-UTIL PAYMT | 408.02 | |
| 04/11 | AC-IRS          -USATAXPYMT | 3,101.60 | |
| 04/11 | AC-IRS          -USATAXPYMT | 3,101.66 | |
| 04/13 | AC-EL PASO WATER UT-BILLPAY | 1,634.18 | |
| 04/14 | FED WIRE OUT #202304140074856 BENE-JOSE ROSALES CONSTRUCTION | 32,705.53 | |
| 04/14 | Rent 8000 Escobar Apr 2023 Apr | 10,000.00 | |
| 04/18 | AS Prop Tax Apr 18 2023 09:51: | | 2,861.06 |
| 04/18 | AC-SPECTRUM      -SPECTRUM | 368.28 | |
| 04/18 | AC-El Paso Tax Offi-Tax Paymtny96099900200100 | 2,861.06 | |
| 04/18 | AC-IRS          -USATAXPYMT | 3,101.66 | |
| 04/19 | AC-BRISTOL WEST INS-EFT PYMT | 598.25 | |
| 04/20 | REVERSE ACCOUNT ANALYSIS CHARGE | | 124.20 |
| 04/20 | FED WIRE OUT #202304200042366 BENE-JOSE ROSALES CONSTRUCTION | 39,172.56 | |
| 04/20 | FED WIRE OUT #202304200053936 BENE-PASO DEL NORTE MATERIALS, | 41,366.00 | |
| 04/20 | AC-IRS          -USATAXPYMT | 3,300.00 | |
| 04/24 | AC-BRISTOL WEST INS-EFT PYMT | 682.32 | |
| 04/25 | AC-IRS          -USATAXPYMT | 3,100.60 | |
| 04/26 | AC-UNITED HEALTHCAR-EDI PAYMTSISA*00*          *00* | 14,684.26 | |
| 04/27 | AC-City of El Paso -Concentrat RMR*IV*2021-1305-32**864.8\ | | 864.80 |
| 04/27 | AC-City of El Paso -Concentrat RMR*IV*2021-1305-33**1233.44\ | | 1,233.44 |

Member
FDIC 

Page



JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

04/30/23

████████4659

110                                                CYCLE-080

```
*** CHECKING ACCOUNT TRANSACTIONS ***
DATE          DESCRIPTION                  DEBITS            CREDITS
04/27 FED WIRE OUT #202304270056506        37,323.40
      BENE-JOSE ROSALES CONSTRUCTION
```

```
:                              : TOTAL FOR : TOTAL         :
:                              : THIS PERIOD : YEAR-TO-DATE :
: TOTAL OVERDRAFT FEES     :          .00 :         .00 :
: TOTAL RETURNED ITEM FEES :          .00 :         .00 :
```

```
*** BALANCE BY DATE ***
03/31   93,424.32  04/03    84,002.82  04/04   134,195.49  04/05   176,325.21
04/06  167,255.66  04/07   161,056.68  04/10   432,604.87  04/11   430,626.73
04/12  429,126.73  04/13   402,277.26  04/14   355,263.94  04/17   342,463.02
04/18  329,377.54  04/19   325,906.91  04/20   239,486.70  04/21   230,848.49
04/24  221,964.55  04/25   211,606.70  04/26   194,056.21  04/27   156,634.18
04/28  151,184.18
```

SALES TAX APPLIES TO ALL FEES EXCEPT OVERDRAFT FEE. THE
TAX IS IN ADDITION TO FEE CHARGED AND APPEARS AS
SEPARATE LINE ITEM ON YOUR STATEMENT.

firstamericanbanknm.com





**FIRST AMERICAN BANK**
*Your Community Bank Since 1903*
PO Box AA • Artesia, NM 88211-7526

| Main Customer Number: | •••••••3272 |
| Statement Date: | 04/30/23 |
| Items Enclosed: | 0 |
| Page : | 1 |
| Cycle: | 30 |

00002347 TFBS981805012313425Q 1 000000000 10039 2
JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

## Customer Service Information

Customer Care: 800-269-0140
FIRST Line Telephone Banking:
866-746-8300 or 575-746-8056
Lost or Stolen Card: 800-383-8000
Email Inquiries: support@firstamb.com
Visit Us Online: www.firstamericanbanknm.com
Written Inquiries:
P O Box AA, Artesia, NM 88211-7526

### A-1 MF EL PASO

| | Account Number: | •••••••3272 |

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 03/31/23 | $12.97 |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| Ending Balance as of 04/30/23 | $12.97 |
| Service Charges for Period | $0.00 |
| Number of Days in Statement Period | 30 |
| Items Enclosed | 0 |



**RECEIVED**
MAY 0 8 2023



| | |
|---|---|
| **Account Owner:** | JAR CONCRETE INC |
| **Statement Date:** | 04/30/23 |
| **Page :** | 2 |

## Fee Recap

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Sales Tax applies to all fees except the Overdraft Fee. The tax is in addition to the fee charged and appears as a separate line item on your statement.

Effective July 1, 2020 our Funds Availability Policy will change to allow $225 (increased from $200) available next business day on non-next day checks and $5,525 (increased from $5,000) available on new account and exception holds. ACH and Direct Deposits are not affected.

## PROMOTIONS AND OFFERS







**GECU** ®
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

J A R CONCRETE INC DBA JAR CONSTRUCTION
INC
JOSE A ROSALES JR
6000 ESCOBAR
EL PASO TX 79907



**GECU CREDIT CARDS** *

Apply now at gecu.com!

*Details at gecu.com

Account Number:        ███7885
Statement Date:        04/30/23
Page 1 of 2

# member statement

---

•••••••••••••••••••••••••••••• **Checking Account**  ███7885 ••••••••••••••••••••••••••••••

All Transactions by Date

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/31 | Balance Forward---------------------------------------------------------------------------------------------> | | 153.67 |
| 04/03 | EL Paso Water    EPWater | 109.24- | 44.43 |
| 04/03 | ACH Return Charge | 29.50- | 14.93 |
| | M2 EQUIPMENT FIN LEASECHG | | |
| 04/03 | ACH Return Charge | 29.50- | 14.57- |
| | M2 EQUIPMENT FIN LEASECHG | | |
| 04/03 | ACH Return Charge | 29.50- | 44.07- |
| | GF        Genesis Fi | | |
| 04/05 | TRNSFER FRM CK   XXXXXX3835 | 200.00 | 155.93 |
| 04/07 | SPECTRUM      RETURN FEE | 25.00- | 130.93 |
| 04/11 | ATT        Payment | 114.63- | 16.30 |
| 04/13 | ACH Return Charge | 29.50- | 13.20- |
| | SPECTRUM      SPECTRUM | | |
| 04/15 | TRNSFER FRM CK   XXXXXX3835 | 200.00 | 186.80 |
| 04/17 | ACH Return Charge | 29.50- | 157.30 |
| | BRISTOL WEST INS EFT PYMT | | |
| 04/17 | ACH Return Charge | 29.50- | 127.80 |
| | SPECTRUM      SPECTRUM | | |
| 04/20 | SPECTRUM      SPECTRUM | 21.93- | 105.87 |
| 04/21 | ACH Return Charge | 29.50- | 76.37 |
| | SPECTRUM      ACH | | |
| 04/29 | ACH Return Charge | 29.50- | 46.87 |
| | SPECTRUM      ACH | | |
| 04/29 | TRNSFER FRM CK   XXXXXX3835 | 10,000.00 | 10,046.87 |
| 04/30 | Service Charge | 15.00- | 10,031.87 |

----------- Continued -----------



| Account Number: | ▆7885 |
|---|---|
| Statement Date: | 04/30/23 |

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

Page  2 of 2

# member statement

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 8 | $236.00 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 56 | $1,652.00 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

### Account Summary
Previous Statement Date: 03/31/23

| Beginning Balance | | Deposits | | Interest Paid | | Withdrawals | | Service Charge | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 153.67 | + | 10,400.00 | + | .00 | - | 506.80 | - | 15.00 | = | 10,031.87 |

Statement from 04/01/23 Thru 04/30/23

### Summary of Deposit Accounts

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | ▆7885 | 10,031.87 | 0.000 | .00 | | |



**FEDERAL CREDIT UNION**

P.O. Box 20998• El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA





J A R CONCRETE INC DBA JAR CONSTRUCTION
INC
JOSE A ROSALES JR
8000 ESCOBAR
EL PASO TX 79907





Account Number: ●●●7155
Statement Date: 04/30/23
Page 1 of 1

**GECU CREDIT CARDS**

Apply now at gecu.com!

*Details at gecu.com ———

# member statement

****************************************** **Checking Account** ●●●7155 ****************************************
All Transactions by Date

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/31 | Balance Forward | | 2.12 |
| 04/30 | Service Charge | 10.00- | 7.88- |

**Account Summary**
Previous Statement Date: 03/31/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|-------------------|---|----------|---|---------------|---|-------------|---|----------------|---|----------------|
| 2.12 | | .00 | | .00 | | .00 | | 10.00 | | 7.88- |

Statement from 04/01/23 Thru 04/30/23

************************************** **Summary of Deposit Accounts** ******************************************

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|----|---------|---------|-----------|---------|-------------|----------|
| CK | ●●●7155 | 7.88- | 0.000 | .00 | | |

# W WestStar

PO BOX 99100
El Paso Texas 79999-9100

WestStar Bank
PO Box 99100 - El Paso Texas 79998-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

4627018

J A R Concrete Inc
Debtor in Possession
Case No. 23-30242-hcm
8000 Escobar Dr
El Paso TX 79907-1854

| | |
|---|---|
| Date  4/28/23 | Page    1 |
| Account Number | ████1251 |
| Enclosures | |

## CHECKING ACCOUNTS

J A R Concrete Inc
Debtor in Possession
Case No. 23-30242-hcm

Planning on traveling soon? Don't let your debit card get blocked. Just let us know about your travel details, including destinations, dates, and contact information, before you leave by calling 915.532.1000, visiting a branch, or sending us a secure message via online or mobile banking (please address the message to Debit Card or Customer Service).

Business Account
Account Number                    ████1251
Previous Balance                  500.00      Statement Dates   4/03/23 thru  4/30/23
     Deposits/Credits                .00      Days in the Statement Period        28
     Checks/Debits                   .00      Average Ledger                  500.00
Service Fee                        20.00      Average Collected               500.00
Interest Paid                       .00
Ending Balance                    480.00

### Service Charges and Itemized Fees

| Date | Description | Amount |
|---|---|---|
| 4/28 | *Balance Fee in Service Fee | 20.00 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 4/28 | Service Fee | 20.00-SC |

**RECEIVED**
MAY 0 8 2023

### Daily Balance Information

| Date | Balance | Date | Balance |
|---|---|---|---|
| 4/03 | 500.00 | 4/28 | 480.00 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5138

 WestStar

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

Date  4/28/23          Page      2
Account Number          1251
Enclosures

**Account Rewards**
As of 04/28/2023  Enroll in e-statements to reduce your monthly service fee by $5.

