# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS (EL PASO)

| | |
|---|---|
| **In re:** <br> J.A.R. Concrete, Inc <br> **Debtor(s).** | Case No. 23-30242-HCM |
| Ally Bank, <br>                 **Movant.** <br> v. <br> J.A.R. Concrete, Inc <br>               **Debtor(s),** <br> Michael G. Colvard <br>               **Chapter 11 Trustee** <br>               **Respondent(s).** | **Chapter 11** |

## ALLY BANK'S MOTION FOR ADEQUATE PROTECTION PAYMENTS OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2017 CHEVROLET SILVERADO 1500 CREW CAB LT 4WD 5.3L V8, VIN # 3GCUKREC4HG494261

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN 14 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.

A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

TO THE HONONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW**, Ally Bank ("Movant"), complaining of J.A.R. Concrete, Inc ("Debtor") and files this Motion for Adequate Protection Payments or in the alternative Motion for Relief from Stay, and alleges as follows:

1. This United States Bankruptcy Court for the Western District of Texas has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (G), and (O).

2. On March 14, 2023, Debtor filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code.

3. Movant holds a security interest in the vehicle of Debtor identified as a 2017 Chevrolet Silverado 1500 Crew Cab LT 4WD 5.3L V8, V.I.N. # 3GCUKREC4HG494261 (the "Collateral"). Copies of the retail installment sale contract (the "Contract") and certificate of title are attached to the Affidavit as Exhibits "A" and "B", respectively.

4. As of filing of the Motion, Debtor owes a contract balance to Movant of $24,926.39.

5. The monthly payments are $612.83, due on 6th day of each month.

6. Debtor is in default. The account was post- petition due for April 6, 2023, payment and all payments due since that time. A copy of the payment history is attached to the Affidavit as Exhibit "D."

7. The estimated replacement value a retail merchant would charge for the Collateral is $34,500.00. A copy of the vehicle valuation is attached to the Affidavit as Exhibit "C".

8. On information and belief, Debtor may not have the Collateral insured with full coverage insurance listing Movant as loss payee. Movant demands proof of and maintenance of full coverage insurance of the Collateral showing Movant as a loss payee.

9. Cause to lift the stay exists because Movant's interest in the Collateral is not adequately protected pursuant to 11 U.S.C. § 362(d)(1). Movant has not been provided proof of insurance and the value of the Collateral continues to decline.

10. Cause to lift the stay exists under 11 U.S.C. § 362(d)(1) because Debtor has defaulted on payments owed to Movant and the Collateral continues to depreciate in value.

11. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm to Movant and may deprive Movant of the adequate protection to which they are entitled under 11 U.S.C. §§ 361 and/or 362.

12. Movant asks the Court to waive the 14-day stay under Rule 4001(a)(3) for any order granting relief from the automatic stay, because the value of Collateral continues to depreciate.

WHEREFORE, Movant asks the Court to enter an order granting relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and waiving the 14-day stay of such order under Rule 4001(a)(3). In the event the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral. Movant also asks that any order granted under this motion shall remain in effect in the event this case is converted to another bankruptcy chapter.

Respectfully submitted:

Quilling, Selander, Lownds, Winslett & Moser, P.C.

/s/ *Patrick M. Lynch*
Patrick M. Lynch
State Bar #24065655
2001 Bryan St., Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871- 2111
plynch@qslwm.com

Attorney For Ally Bank

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I caused to be served a true and correct copy of the foregoing Motion for Adequate Protection Payments or in the alternative Motion for Relief from the Automatic Stay by electronic mail or by first class mail with postage prepaid on the following:

*Via CM/ECF to Counsel for Debtor(s)*:
E. P. Bud Kirk
600 Sunland Park Drive, Ste.4-400
El Paso, TX 79912
budkirk@aol.com

*Via US Mail to Debtor(s)*:
J.A.R. Concrete, Inc
8000 Escobar Dr.
El Paso, TX 79907

*Via CM/ECF to US Trustee*:
United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539
USTPRegion07.SN.ECF@usdoj.gov

*Via CM/ECF to Trustee*:
Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205
mcolvard@mdtlaw.com

*Via US Mail:*

4 Rivers Equipment
924 11th Street
Greeley, CO 80631

A-Core, Inc.
5360 South Riley Lane
Murray, UT 84107

Accent Landscaping
& Sprinkler
28 San Marco Drive
El Paso, TX 79922

Assured Partners of
Texas, LLC
5930 Preston View
Blvd., Ste. 200
Dallas, TX 75240

Brewer Oil Company
1025 Wall St.
El Paso, TX 79915

Clowe & Cowan of
El Paso
P.O. Box 9898
El Paso, TX
79995-2989

CMC Construction Services
P.O. Box 844573
Dallas, TX 75284-4573

Ferguson Waterworks
P.O. Box 740827
Los Angeles, CA 90074-0827

Nationwide Rebar, Inc.
5631 J.M. Browning
El Paso, TX 79938

SBNG, CPA
221 N. Kansas, Ste. 1300
El Paso, TX 79901

Structural Steel
3900 Lubbock Ave.
Fort Worth, TX 76110

United Rentals
P.O Box 100711
Atlanta, GA 30384-0711

White Cap Construction Supply
P.O. Box 4582
Orlando, FL 32802-4852

El Paso A.R.C. Electric
8010 North Loop
El Paso, TX 79915

Milling Services
2401 S 15th Ave.
Phoenix, AZ 85007

Nueces Power Equipment
P.O. Box 4789
Corpus Christi, TX 78469

Snell & Wilmer, LLP
400 E. Van Buren, Ste. 1900
Phoenix, AZ 85004-2202

Tri State Electric, Ltd.
530 Valley Chile Rd.
Vinton, TX 79821

Wagner Equipment
P.O. Box 919000
Denver, CO 80291-9000

X- Gomez Logistics, LLC
7340 Phil Hansen
Canutillo, TX 79835

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City OK 73118