| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 23-30242-hcm<br>Western District of Texas<br>El Paso<br>Thu Jun  1 10:58:15 CDT 2023 | J.A.R. Concrete, Inc<br>8000 Escobar Dr.<br>El Paso, TX 79907-1854 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| 1st Source Bank<br>100 N. Michigan 4th Floor<br>South Bend, IN 46601-1600 | 1st Source Bank<br>c/o Jarom Yates<br>Haynes and Boone, LLP<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219-7673 | 4 Rivers Equipment<br>924 11th Street<br>Greeley, CO 80631-4043 |
| 4Rivers Equipment, LLC.<br>c/o Clyde A. Pine, Jr.<br>Mounce, Green, Myers, Safi<br>Paxon & Galatzan, P.C.<br>POB 1977<br>El Paso, TX 79999-1977 | 915 Hualer, Inc.<br>P.O. Box 962632<br>El Paso, TX 79996-2632 | A-Core, Inc.<br>5360 South Riley Lane<br>Murray, UT 84107-5820 |
| AGC of Texas<br>P.O. Box 2185<br>Austin, TX 78768-2185 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Abescape Landscaping, LLC<br>12300 Gateway East Blvd.<br>El Paso, TX 79927 |
| Accent Landscape Contractors, Inc.<br>c/o Merwan N. Bhatti, Esq.<br>Mounce Green Myers<br>PO Box 1977<br>El Paso, Texas 79999-1977 | Accent Landscape Contractors, Inc.<br>c/o Merwan N. Bhatti, Esq.<br>PO Box 1977<br>El Paso, Texas 79999-1977 | Accent Landscaping & Sprinkler<br>28 San Marco Drive<br>El Paso, TX 79922-1661 |
| Advance Drainage Systems, Inc.<br>P.O. Box 841600<br>Dallas, TX 75284-1600 | Airmix Welding Supply<br>P.O. Box 962077<br>El Paso, TX 79996-2077 | Alamo Auto Supply<br>5923 Gateway West<br>El Paso, TX 79925-3304 |
| Allied Paving Company<br>5165 Hercules St.<br>El Paso, TX 79904-3459 | Ally Auto Finance<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Andrade's Contractors, Inc.<br>409 Isaias Ave.<br>Canutillo, TX 79835-4500 | Assured Partners of Texas, LLC<br>5930 Preston View Blvd., Ste. 200<br>Dallas, TX 75240-4782 |
| Attn:  Larry Chek<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Auto Electric Company<br>1216 Texas Ave<br>El Paso, TX 79901-1638 | Biodyne Chemical Co.<br>P.O. Box 961707<br>El Paso, TX 79996-1707 |
| Border Tire<br>12277 Rojas Dr.<br>El Paso, TX 79936-7793 | Bowen Industrial Contractors<br>14755 Montana Ave.<br>El Paso, TX 79938-7245 | Brewer Oil Co.<br>2701 Candelaria NE<br>Albuquerque, NM 87107-1954 |

| | | |
|---|---|---|
| Brewer Oil Co.<br>c/o Shelly W. Rivas<br>221 N Kansas, Ste. 1700<br>El Paso, TX 79901-1401 | Brewer Oil Company<br>1025 Wall St.<br>El Paso, TX 79915-1012 | Bridgestone Hose Power, LLC<br>P.O. Box 861777<br>Orlando, FL 32886-1777 |
| C & R Distributing, LLC<br>c/o Michael J. Shane<br>4695 N. Mesa Street, Suite 100<br>El Paso, TX 79912-6149 | C & R Distributing, LLC<br>c/o Michael J. Shane<br>P.O. Box 1322<br>El Paso, TX 79947-1322 | C&R Distributing, LLC<br>140 S. Prado<br>El Paso, TX 79907-6136 |
| CIT/Ritchie Bros<br>11 W 42nd St.<br>New York, NY 10036-8002 | CMC Construction Services<br>P.O. Box 844573<br>Dallas, TX 75284-4573 | CQC Testing & Eng<br>4606 Titanic<br>El Paso, TX 79904-3335 |
| Camino Real Regional Mobility Authority<br>c/o Locke Lord LLP<br>Attn: Derrick Carson<br>600 Travis Street, Ste. 2800<br>Houston, Texas 77002-2914 | Capital One Bank (USA), N.A.<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One N.A. by American InfoSource as a<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Caterpillar Financial Servcies Commercial Ac<br>2120 West End Ave.<br>Nashville, TN 37203-5341 |
| Caterpillar Financial Services Corp.<br>Dickinson Wright PLLC, Attn: James Plemm<br>500 Woodard Avenue, Ste. 4000<br>Detroit, MI 48226-5403 | Caterpillar Financial Services Corporation<br>c/o John Nelson<br>Dickinson Wright PLLC<br>607 W. 3rd Street, Ste. 2500<br>Austin, Texas 78701<br>JNelson@dickinsonwright.com 78701-4713 | Caterpillar Financial Services Corporation<br>c/o Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas Street, Ste. 2000<br>El Paso, TX 79901<br>mesparza@dickinsonwright.com 79901-1472 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Cesar A Facio<br>18731 Tia Dr<br>Tornillo, TX 79853 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 |
| City of El Paso Financial Services<br>1st Floor 300 N. Campbell<br>El Paso, TX 79901 | Closner Equipment Co., Inc.<br>P.O. Box 917<br>Schertz, TX 78154-0917 | Clowe & Cowan of El Paso<br>P.O. Box 9898<br>El Paso, TX 79995-2898 |
| Clowe & Cowan of El Paso, LLC<br>Michael Shane<br>Gordon Davis Johnson & Shane<br>POB 1322<br>El Paso, TX 79947-1322 | Clowe & Cowan of El Paso, LLC<br>c/o Michael J. Shane<br>4695 N. Mesa Street, Suite 100<br>El Paso, TX 79912-6149 | Cody W. Wilson<br>370 E. South Temple, 4th Floor<br>Salt Lake City, UT 84111-1206 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Concrete Pumping, Inc.<br>P.O. Box 1337<br>Tustin, CA 92781-1337 | Conservancy Oil<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 |

| | | |
|---|---|---|
| County of El Paso<br>3850 Justice<br>El Paso, TX 79938-7472 | Crum & Forster<br>305 Madison Ave.<br>Morristown, NJ 07960-6100 | Crum & Forster<br>c/o Gregory M. Weinstein<br>Scott McFadin<br>Weinstein Radcliff Pipkin, LLP<br>8350 N. Central Expressway, Suite 1550<br>Dallas, Texas 75206-1612 |
| Deere & Company<br>c/o Clayton D. Ketter<br>Phillips Murrah P.C.<br>101 North Robinson Avenue, Floor 13<br>Oklahoma City, OK 73102-5523 | (c)DEERE & COMPANY<br>C/O JASON A. SANSONE<br>PHILLIPS MURRAH P.C.<br>101 N ROBINSON AVE FL 13<br>OKLAHOMA CITY OK  73102-5523 | Diesel Direct<br>P.O. Box 135<br>Randolph, MA 02368-0135 |
| Distribution International<br>5225 S Loop 289, Ste. 200<br>Lubbock, TX 79424-1319 | Doggett Freightliner<br>P.O. Box 670688<br>Houston, TX 77267-0688 | Dustrol, Inc.<br>P.O. Box 1728<br>Roanoke, TX 76262-1728 |
| Edmundo Hernandez<br>9929 Goby St<br>El Paso, TX 79924-4910 | El Paso A.R.C. Electric<br>8010 North Loop<br>El Paso, TX 79915-3226 | El Paso Bolt & Screw Co.<br>7058 Alameda Ave.<br>Aurora, CO 80015 |
| El Paso Concrete Cutters<br>100 Kelly Way #7<br>Canutillo, TX 79835-6244 | El Paso Electric<br>c/o Jeff Weikert<br>100 N. Stanton St.<br>El Paso, TX 79901-1463 | El Paso Electric Company<br>P.O. Box 650801<br>Dallas, TX 75265-0801 |
| El Paso Municipal Court<br>810 E Overland Ave.<br>El Paso, TX 79901-2516 | El Paso Trench Safety<br>P.O. Box 370196<br>El Paso, TX 79937-0196 | El Paso Water Utilities<br>P.O. Box 511<br>El Paso, TX 79961-0511 |
| Engs<br>One Pierce Place, Ste. 1100 West<br>Itasca, IL 60143-3149 | (p)EQUIPMENTSHARE<br>ATTN TIM JOHNSON<br>2000 E BROADWAY PMB 124<br>COLUMBIA MO 65201-6009 | Equipmentshare. com, Inc.<br>P.O. Box 650429<br>Dallas, TX 75265-0429 |
| Ergon Asphalt & Emulsions, Inc.<br>Dept. 2135<br>P.O. Box 11407<br>Birmingham, AL 35246-2135 | Exerplay, Inc.<br>P.O. Box 1160<br>Cedar Crest, NM 87008-1160 | Fennemore Craig, P.C.<br>2394 E. Camelback Rd., Ste. 600<br>Phoenix, AZ 85016-9077 |
| Ferguson Waterworks<br>P.O. Box 740827<br>Los Angeles, CA 90074-0827 | Fire Technologies Intll Inc.<br>P.O. Box 221695<br>El Paso, TX 79913-4695 | First Citizens Bank & Trust Company<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| First-Citizens Bank & Trust Company aka Cit<br>Larry Chek<br>c/o Palmer Lehman Sandberg, PllC<br>8350 N Central Expressway, Ste. 1111<br>Dallas, TX 75206-1625 | Ford Motor Credit<br>P.O. Box 689007<br>Franklin, TN 37068-9007 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Forrest Tire<br>P.O. Box 1778<br>Carlsbad, NM 88221-1778 | Frank's Supply Co., Inc.<br>3311 Stanford NE<br>Albuquerque, NM 87107-2006 |
| G&S Diesel Services<br>P.O. Box 961353<br>El Paso, Tx 79996-1353 | GECU<br>P.O Box 20998<br>El Paso, TX 79998-0998 | GECU<br>c/o Miranda & Maldonado, P.C.<br>5915 Silver Springs Bldg. 7<br>El Paso, Texas 79912-4126 |
| GECU Federal Credit Union<br>P.O. Box 20998<br>El paso, Texas 79998-0998 | GPS It<br>105 W. 35th Street, Ste. L<br>National City, CA 91950-7923 | Giffith Davison<br>13737 Noel Rd., Ste. 850<br>Dallas, TX 75240-1331 |
| HEM Paving<br>601 East 1st St.<br>Grundy Center, IA 50638-2047 | HEM Paving<br>P.O. Box 97<br>Grundy Center, IA 50638-0097 | HERC Rentals Inc.<br>P.O. Box 936257<br>Atlanta, GA 31193-6257 |
| Hannover<br>1717 Main St., Ste. 5400<br>Dallas, TX 75201-7367 | Hannover Settlement<br>Designated Representative<br>Scott F. Frerichs<br>Jennings, Strouss, & Salmon, PLC<br>1 E Washington, #1900<br>Phoenix, AZ 85004-2554 | Hartford Financial Services<br>P.O. Box 415738<br>Boston, MA 02241-5738 |
| Hyundai Capital America DBA Genesis Finance<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Finance<br>P.O. Box 20829<br>Fountain Valley, CA 92728-0829 | (p)IPE AGGREGATE LLC<br>ATTN PATRICIA SCHEFFEL<br>2405 LIFEHAUS INDUSTRIAL DRIVE<br>SUITE 102<br>NEW BRAUNFELS TX 78130-3487 |
| IPFS Corporation<br>30 Montgomery Street, Ste. 501<br>Jersey City, NJ 07302-3821 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | IRS Insolvency Office<br>300 E. 8th Street, Mail Stop 5026AUS<br>Austin, TX 78701-3233 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jezari Law<br>221 N. Kansas St., Ste. 700 N6<br>El Paso, TX 79901-1443 | Jim Darnell, P.C.<br>310 N. Mesa St., Ste. 212<br>El Paso, TX 79901-1301 |
| John Deere<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | Juan Aguirre<br>P.O. Box 454<br>Tornillo, TX 79853-0454 | Keeley Construction Group, Inc.<br>d/b/a Milling Services<br>Attn:   Michael Rupinski<br>500 South Ewing, Suite G<br>St.Louis, MO 63103-2944 |
| Lago Solutions<br>12620 Sun Haven Dr.<br>El Paso, TX 79938-4438 | Lindenmeyr Munroe<br>P.O. Box 841037<br>Dallas, TX 75284-1037 | Linebarger Goggan Blair & Samp<br>P.O. Box 659443<br>San Antonio, TX 78265-9443 |

| | | |
|---|---|---|
| Los Fierro Construction<br>13627 Emma Lane<br>El Paso, TX 79938 | Lube'N Go<br>1319 Montana Ave.<br>El Paso, TX 79902-5530 | M2 Lease Funds<br>m2 Equipment Finance, LLC<br>175 N Patrick Blvd., Ste. 140<br>Brookfield, WI 53045-5811 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>MELVILLE, NY 11747 | MSC Industrial Supply<br>P.O. Box 78845<br>Milwaukee, WI 53278-8845 | Major Motion Logistics<br>4277 Loma Azteca Ct.<br>El Paso, TX 79934-3775 |
| Miller Formless Co., Inc.<br>P.O. Box 250<br>McHenry, IL 60051-0250 | Milling Services<br>2401 S 15th Ave.<br>Phoenix, AZ 85007-4408 | Mission Linen & Uniform Service<br>1409 Texas<br>El Paso, TX 79901-1641 |
| Mitsubishi HC Capital America Inc.<br>Gordon & Rees Attn: William K. Carter<br>One North Franklin, Suite 800<br>Chicago, IL 60606-3422 | Municipal Court<br>P.O. Box 240<br>El Paso, TX 79942-0240 | Nationwide Rebar, Inc.<br>5631 J.M. Browning<br>El Paso, TX 79938-8629 |
| Neenah Foundry Company<br>P.O. Box 74007026<br>Chicago, IL 60674-7026 | North Texas Tollway Authority<br>3015 Raleigh<br>Dallas, TX 75219 | Nova Safety Products<br>2112 Wyoming Ave.<br>El Paso, TX 79903-3509 |
| Nueces Power Equipment<br>P.O. Box 4789<br>Corpus Christi, TX 78469-4789 | Nueces Power Equipment<br>c/o Joseph D. Austin<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102-3194 | O'Reilly Auto Parts<br>455 S. Patterson<br>Springfield, MO 65802 |
| O'Reilly Automotive Stores, Inc.<br>P.O. Box 1156<br>Springfield, MO 65801-1156 | Office Depot, Inc.<br>P.O. Box 70025<br>Los Angeles, CA 90074-0025 | Oil Changer<br>4511 Willow Rd., Ste. 1<br>Pleasanton, CA 94588-2735 |
| Paseo Del Este MUD 1<br>P.O. Box 684000<br>Houston, TX 77268-4000 | Pavement Marking, Inc.<br>8949 S Beck Ave.<br>Tempe, AZ 85284-2829 | (p)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| Piedmont Plastics<br>10871 Pellicano<br>El Paso, TX 79935-4620 | Prudential Overall Supply<br>P.O. Box 11210<br>Santa Ana, CA 92711-1210 | Purvis Industries, Ltd.<br>P.O. Box 541757<br>Dallas, TX 75354-0757 |
| RMA Toll Processing<br>P.O. Box 734182<br>Dallas, TX 75373-4182 | Reladyne West, LLC<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 | Ricardo Cordova<br>1630 N Lee Trevino<br>Suite 107<br>El Paso, TX 79936 |

| | | |
|---|---|---|
| Rudy Silva Trucking<br>P.O. Box 3239<br>Fabens, TX 79838-3239 | Ruth Herrera<br>1360 N Lee Trevino<br>Suite 107<br>El Paso, TX 79936-6429 | Ryan, LLC<br>P.O. Box 848351<br>Dallas, TX 75284-8351 |
| SBNG, CPA<br>221 N. Kansas, Ste. 1300<br>El Paso, TX 79901-1580 | Safety Supply Center<br>150 E. Palmetto Park Rd., Ste. 800<br>Boca Raton, FL 33432-4833 | Safety-Kleen Corp<br>P.O. Box 650509<br>Dallas, TX 75265-0509 |
| Safety-Kleen Systems, Inc,<br>42 Longwater Drive PO BOX 9149<br>Norwell, MA 02061-9149 | San Bar Construction Corp.<br>9101 Broadway, S.E.<br>Albuquerque, NM 87105-7485 | Saul Garcia<br>5013 Bragg<br>El Paso, TX 79904-3405 |
| Shamaley Ford<br>11301 Gateway Blvd. W.<br>El Paso, Tx 79936-6435 | Siemens<br>301 Lindenwood, Ste. 215<br>Malvern, PA 19355-1774 | Sierra Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 |
| Snell & Wilmer L.L.P.<br>Snell & Wilmer L.L.P. Attn: Steve Jerome<br>1 E. Washington St., Suite 2700<br>Phoenix, AZ 85004-2556 | Snell & Wilmer, LLP<br>400 E. Van Buren, Ste. 1900<br>Phoenix, AZ 85004-2509 | Spectrum Enterprise<br>Charter Communications<br>P.O. Box 223085<br>Pittsburgh, PA 15251-2085 |
| Spectrum Technologies<br>5900 Gatway East<br>El Paso, TX 79905-1901 | Spectrum Techonologies<br>5900 Gateway East<br>El Paso, TX 79905-1901 | Spitzer A & I Products<br>1055 Hawkins Blvd.<br>El Paso, TX 79915-1295 |
| Stanley Spring & Suspension<br>8800 Castner Dr.<br>El Paso, TX 79907-1846 | Structural & Steel<br>3900 Lubbock Ave<br>Fort Worth, TX 76110-5818 | Structural and Steel Products, Inc.<br>c/o Misti L. Beanland<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251-1352 |
| Structural and Steel Products, Inc.<br>c/o Misti L. Beanland<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251<br>beanland@mssattorneys.com 75251-1352 | Sunbelt Rentals, Inc.<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | Surety 2000<br>1001 E 101 St Terrace, Ste. 230<br>Kansas City, MO 64131-3446 |
| TX Tag<br>P.O. Box 650749<br>Dallas, Tx 75265-0749 | Terracon Consultants, Inc.<br>10841 S. Ridgeview Road<br>Olathe, KS 66061-6456 | Texas Department of Transportation<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Div<br>POB 12548<br>Austin, TX 78711-2548 |
| Texas Far West Const & Eng Inc.<br>1045 Kessler<br>El Paso, TX 79907-1840 | Texas Gas Service<br>P.O. Box 219913<br>Kansas City, MO 64121-9913 | Texas Historical Commission<br>P.O. Box 12276<br>Austin, TX 78711-2276 |

| | | |
|---|---|---|
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | Time Warner Cable<br>4145 S. Falkenburg<br>Riverview, FL 33578-8652 | (c)TOP TIER CHEMICALS<br>510 CLINTON SQ<br>ROCHESTER NY 14604-1700 |
| Traffic Barricade Services, Inc.<br>P.O. Box 12994<br>El Paso, TX 79913-0994 | Tri State Electric, Ltd.<br>530 Valley Chile Rd.<br>Vinton, TX 79821-9332 | Tri-State Electric LTD.<br>c/o James M. Feuille<br>ScottHulse PC.<br>POB 99123<br>201 E. Main Dr. Suite 1100<br>El Paso, TX 79901-1340 |
| Tri-State Electric, Ltd.<br>201 E. Main Drive<br>Suite 1100<br>EL PASO, TX 79901-1340 | Truckpro<br>29787 Network Place<br>Chicago, IL 60673-1787 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |
| U.S. Small Business Administration (SBA)<br>Little Rock Commercial Loan Servicing<br>Center 2120 Riverfront Drive, Ste. 100<br>Little Rock, AR 72202-1794 | USI Southwest, Inc. El Paso<br>P.O. Box 61187<br>Virginia Beach, VA 23466-1187 | United Healthcare<br>P.O. Box 94017<br>Palatine, IL 60094-4017 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United Rentals (North America) Inc.<br>C/O Mark A Kirkorsky P.C.<br>P.O Box 25287<br>Tempe, AZ 85285-5287 | United States Attorney<br>Civil Process Clerk-<br>Internal Revenue Service<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 | United States Fire Insurance Company<br>305 Madison Avenue<br>Morristown, NJ 07960-6117 | United States Fire Insurance Company<br>c/o Gregory M. Weinstein<br>Weinstein Radcliff Pipkin LLP<br>8350 N. Central Expressway, Ste. 1550<br>Dallas, TX 75206-1612 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Universal Graphics, Inc.<br>1217 Barranca<br>El Paso, TX 79935-4601 | Villava Sand & Gravel<br>12450 Pellicano Dr.<br>El Paso, TX 79928-5605 |
| WELDBROS COMPANY<br>c/o Michael J. Shane<br>GORDON DAVIS JOHNSON & SHANE P.C.<br>4695 N. Mesa Street, Suite 100<br>El Paso, Texas 79912-6149 | WELDBROS COMPANY<br>c/o Michael J. Shane<br>GORDON DAVIS JOHNSON & SHANE P.C.<br>P.O. Box 1322<br>El Paso, TX 79947-1322 | Wagner Equipment<br>P.O. Box 919000<br>Denver, CO 80291-9000 |
| (p)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 | Wallwork Financial<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 | Wedbros Co.<br>13612 Matfen Ave.<br>El Paso, TX 79928-2286 |
| Wells Fargo<br>P.O. Box 858178<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance, Inc.<br>c/o James Brewer<br>KEMP SMITH LLP<br>POB 2800<br>El Paso, TX 79999-2800 | Wells Fargo Equipment Finance, Inc.<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901-1401 |

| | | |
|---|---|---|
| Westfleet<br>3440 Girard NE<br>Albuquerque, NM 87107-1929 | Wex Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197-4337 | White Cap Construction Supply<br>P.O. Box 4582<br>Orlando, FL 32802-4582 |
| Williams Manufacturing<br>11517 Confederate Dr.<br>El Paso, TX 79936-1404 | Williams Scotsman Inc.<br>4646 E. Van Buren St. Suite 400<br>Phoenix, AZ 85008-6927 | Williams Scotsman, Inc.<br>P.O. Box 91975<br>Chicago, IL 60693-3197 |
| X Gomez Logistics, LLC<br>7340 Phil Hansen<br>Canutillo, TX 79835-6480 | c/o Clyde A. Pine, Jr.<br>P.O. Box 1977<br>100 N. Stanton Ste. 1000<br>El Paso, Texas 79901-1463 | m2 Equipment Finance LLC<br>175 N. Patrick Blvd,, Suite 140<br>Brookfield, WI 53045-5811 |
| E. P. Bud Kirk<br>600 Sunland Park Drive, Ste.4-400<br>El Paso, TX 79912-5134 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cat Financial Services<br>2120 West End Ave.<br>Nashville, TX 37203 | (d)Cat Financial Services<br>2120 Westend Ave.<br>Nashville, TN 37203 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 |
| (d)El Paso Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999 | Equipmentshare Inc<br>2000 E Broadway St<br>PMB 124<br>Columbia, MO 65201 | Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 |
| IPE Aggregate LLC<br>2405 Lefehaus Industrial Dr., Ste. 102<br>New Braunfels, TX 78130 | IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373-0223 | Penn Credit Corporation<br>P.O. Box 69703<br>Harrisburg, PA 17106-9703 |
| Wallwork Financial<br>401 38th Street SW<br>P.O. Box 628<br>Fargo, ND. 58107-0628 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Deere & Company
c/o Jason A. Sansone
Phillips Murrah P.C.
101 North Robinson Ave., Suite 1300
Oklahoma City, OK  73102

Top Tier Chemicals
75 S Clinton Ave., Ste. 510
Rochester, NY 14604


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)CMC Construction Services
P.O. Box 844573
Dallas, TX 75284-4573

(d)Clowe & Cowan of El Paso
P.O. Box 9898
El Paso, TX. 79995-2898

End of Label Matrix
Mailable recipients    220
Bypassed recipients      2
Total                  222