**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS (EL PASO)**

| | |
|---|---|
| **In re:**<br>J.A.R. Concrete, Inc<br>**Debtor(s).** | **Case No.** 23-30242-HCM |
| Ally Bank,<br>**Movant.** | **Chapter 11** |
| v.<br>J.A.R. Concrete, Inc<br>**Debtor(s),**<br>Michael G. Colvard<br>**Chapter 11 Trustee**<br>**Respondent(s).** | |

**ORDER GRANTING ALLY BANK'S MOTION FOR ADEQUATE PROTECTION PAYMENTS OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2017 CHEVROLET SILVERADO 1500 CREW CAB LT 4WD 5.3L V8, VIN # 3GCUKREC4HG494261**

On this day came on to be considered the Motion for Adequate Protection Payments or in the alternative Motion for Relief from the Automatic Stay ("Motion") filed by Ally Bank ("Movant") in the

above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language. The Court finds that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** to authorize Movant to enforce all its rights and remedies in the Collateral (2017 Chevrolet Silverado 1500 Crew Cab LT 4WD 5.3L V8, V.I.N # 3GCUKREC4HG494261) as permitted under contract and State law, and if applicable, to permit Movant to file an unsecured claim for any remaining deficiency balance.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

**IT IS FURTHER ORDERED** that this order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

###

Submittted By:

Patrick M. Lynch
State Bar #24065655
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Movant
Ally Bank