UNITED STATES BANKRUPTCY COURT
WESTRN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 23-30242 |
| | ) | |
| J.A.R. CONCRETE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**MITSUBISHI HC CAPITAL AMERICA, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT,
UNITED STATES BANKRUPTCY JUDGE:

MITSUBISHI HC CAPITAL AMERICA, INC. ("Mitsubishi HC Capital"), by and through its undersigned counsel, files this Motion for Relief from the Automatic Stay (this "Motion"). In support of this Motion, Mitsubishi HC Capital states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1134. This Motion constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

1

## BACKGROUND

A.  **Procedural Background**

2.  On March 14, 2023 (the "Petition Date"), J.A.R. Concrete, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). [Dkt. No 1].

3.  As detailed herein, Mitsubishi HC Capital is a secured creditor of the Debtor. Mitsubishi HC Capital is the successor in interest by merger to Engs Commercial Finance Co.

4.  Mitsubishi HC Capital holds a first priority and perfected security interest in multiple pieces of equipment possessed by the Debtor.

B.  **Financing Agreements**

5.  On or about March 20, 2020, Mitsubishi HC Capital entered into a Commercial Finance Agreement ("Contract 1") with the Debtor.[1] A true and correct copy of the Contract is attached to the Affidavit of Brian Kerrins In Support of Mitsubishi HC Capital America Inc.'s Motion for Relief from the Automatic Stay ("Kerrin Affidavit") as Exhibit A and incorporated herein.

6.  Pursuant to Contract 1, Mitsubishi HC Capital financed the Debtor's purchase of multiple pieces of equipment as identified in Contract 1. Certain of those items of equipment were paid off. A description of the remaining equipment (the "Contract 1 Collateral") is as follows:

| Year | Make | Model | SN# | Asset Type |
|---|---|---|---|---|
| 2015 | CAT | 980K | CAT0980KHW7K00486 | Wheel Loader |
| 2017 | CAT | 926M | CAT0926MCLTE03652 | Wheel Loader |

---

[1] Both Contracts were originally entered into by Engs Commercial Finance Co. as lender. As previously referenced, Mitsubishi HC Capital is the successor in interest by merger to Engs Commercial Finance Co.

| Year | Make | Model | Serial Number | Description |
|---|---|---|---|---|
| 2012 | CAT | 924K | CAT0924KTPWR00916 | Wheel Loader |
| 2011 | CAT | 14M | CAT0014MAR9J00259 | Motor Grader |
| 2011 | CAT | 140M | CAT0140MJB9D02785 | Motor Grader |
| 2012 | CAT | D6T | CAT00D6TPKSB00438 | Crawler |
| 2013 | Dynapac | CP274 9 | 10000507P0B003113 | Motor Grader |
| 2015 | Broce | RJT350 | 409081 | Sweeper & Brooms |
| 2016 | Doosan | C185WDX | 477760 | Portable Air Compressor |
|  | Lowe | 750CH | 071761 | Sweeper / Brooms |

7. In exchange, the Debtor granted Mitsubishi HC Capital a first priority and perfected security interest in the Contract 1 Collateral. Mitsubishi HC Capital perfected this security interest by filing a UCC-1 financing statement with the State of Texas. A true and correct copy of the UCC filing for Contract 1 Collateral is attached to the Kerrin Affidavit as Exhibit B and incorporated herein.

8. Pursuant to Contract 1, the Debtor agreed to remit to Mitsubishi HC Capital forty-eight (48) monthly payments as set forth in Contract 1.

9. Mitsubishi HC Capital has performed all of its obligations under Contract 1.

10. The Debtor defaulted under the terms of Contract 1 by, *inter alia*, failing to remit the payments due under Contract 1.

11. As of the Petition Date, the balance due under Contract 1 is $383,946.81, plus accruing interest, late fees and attorneys' fees.

12. The estimated value of the Collateral 1 is $697,339.00, depending in part upon the

condition of the collateral and resale market.

13. On or about July 7, 2020, Mitsubishi HC Capital entered into a Commercial Finance Agreement ("Contract 2") with the Debtor. A true and correct copy of Contract 2 is attached to the Kerrin Affidavit as Exhibit C and incorporated herein.

14. Pursuant to Contract 2, Mitsubishi HC Capital financed the Debtor's purchase of multiple pieces of equipment as identified in Contract 2.

15. Contemporaneously with the execution of Contract 2, as additional consideration for Mitsubishi HC Capital entering into Contract 2 with Debtor, Debtor executed an Additional Collateral Security Agreement granting Mitsubishi HC Capital a security interest in the equipment identified therein to secure all obligations owed to Mitsubishi HC Capital by Debtor. A true and correct copy of this Additional Collateral Security Agreement is attached to the Kerrin Affidavit as Exhibit D.

16. Certain of the items of equipment identified in Contract 2 and Additional Collateral Security Agreement were paid off. A description of the remaining financed and/or secured equipment ("Contract 2 Collateral") is as follows:

| Year | Make | Model | SN# | Asset Type |
|---|---|---|---|---|
| 2011 | CAT | 14M | CAT0014MAR9J00259 | Motor Grader (Blade Attachment) |
| 2020 | Top Con | MC-R3 SGL 112 915+ GX55 PG-S3 | 534-3540 1446-05802 1059-34435 | GPS Kit on Grader |
| 2011 | CAT | 140M | CAT0140MJB9D02785 | Motor Grader (Blade Attachment) |
| 2020 | Top Con | MC-R3 SGL 112 915+ GX55 PG-S3 | 534-3556 1446-02342 1059-28214 | |
| 2012 | CAT | D6T | CAT00D6TPKSB00438 | Crawler / Dozer (Attachment) |

| Year | Make | Model | Serial Number | Description |
|---|---|---|---|---|
| 2020 | Top Con | MC-R3 SGL 112 915+ 3D-MC2 Kit GX55 PG-S3 | 534-3324 821-18637 1446-05784 1059-34398 | GPS Kit on Dozer |
| 2020 | Topcon | Hiper VR | 1449-11748 1449-11766 | Base Rover Kit |

17. Mitsubishi HC Capital perfected its security interest in the Contract 2 Collateral by filing a UCC-1 financing statement with the State of Texas. A true and correct copy of the UCC filing for Contract 2 Collateral is attached to the Kerrin Affidavit as Exhibit E and incorporated herein.

18. Pursuant to Contract 2, the Debtor agreed to remit to Mitsubishi HC Capital thirty-six (36) monthly payments as set forth in Contract 2.

19. Mitsubishi HC Capital has performed all of its obligations under Contract 2.

20. The Debtor defaulted under the terms of Contract 2 by, *inter alia*, failing to remit the payments due under Contract 2.

21. As of the Petition Date, the balance due under Contract 2 is $74,967.87, plus accruing interest, late fees and attorneys' fees.

22. The estimated value of the Contract 2 Collateral is $434,821.00, depending in part upon the condition of the collateral and resale market.

**RELIEF REQUESTED**

23. Pursuant to sections 105 and 362(d) of the Bankruptcy Code, Mitsubishi HC Capital seeks an order lifting the automatic stay to allow Mitsubishi HC Capital to exercise its available legal and contractual remedies, including repossession and foreclosure, of the Contract 1 Collateral and Contract 2 Collateral (collectively, the "Collateral").

## BASIS FOR RELIEF REQUESTED

24. Mitsubishi HC Capital is entitled to an order granting relief from the automatic stay so that it can exercise its rights and remedies under applicable state law pursuant to section 362(d)(i) of the Bankruptcy Code for cause, including lack of adequate protection of its security interest.

25. It is believed that the Collateral remains in the Debtor's possession and is diminishing in value with the passage of time and due to Debtor's ongoing use of the Collateral.

26. Accordingly, Mitsubishi HC Capital is entitled to relief from the automatic stay to pursue its rights and remedies under applicable state law, to, *inter alia*, obtain possession of the Collateral. A proposed order is attached hereto and incorporated herein as **Exhibit 1.**

27. In the event that this Court does not lift the automatic stay to allow Mitsubishi HC Capital to exercise its rights and remedies under applicable law, Mitsubishi HC Capital, at a minimum, is entitled to adequate protection of its security interest in the Collateral. As set forth above, the Debtor has not provided Mitsubishi HC Capital with adequate protection of its security interest in the Collateral.

28. Absent adequate protection, Mitsubishi HC Capital will be exposed to the risk created by the continued decline in the value of the Collateral as a direct result of the Debtor's ongoing use of the Collateral and the passage of time. Accordingly, this Court should order the Debtor to provide Mitsubishi HC Capital with adequate protection of its interest in the Collateral by a payment of an amount equal to the depreciation of the Collateral in accordance with section 361 of the Bankruptcy Code.

## CONCLUSION

WHEREFORE, MITSUBISHI HC CAPITAL AMERICA, INC. respectfully requests that this Court enter an order lifting the automatic stay imposed by section 362 of the Bankruptcy Code with respect to the Collateral, waiving the fourteen day stay of such order, and granting such other and further relief as this Court deems proper.

Respectfully submitted this 6th day of June, 2023.

**GORDON & REES**

By: /s/ *Megan M. Adeyemo*
Megan M. Adeyemo
Bar No.: 24099595
2200 Ross Avenue, Suite 3700
Dallas TX, 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053
Email: madeyemo@grsm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 6, 2023, a copy of the foregoing document was electronically filed and served on all parties that have entered an appearance and requested service in the above-referenced case and via U.S. Mail on all parties on the attached list.

/s/ *Anita Soto*
for Gordon & Rees

| | |
|---|---|
| E.P. Bud Kirk<br>600 Sunland Park Dr. Ste. 4-400<br>El Paso, TX 79912 | J.A.R. Concrete, Inc.<br>8000 Escobar<br>El Paso, TX 79907 |
| Carlos A. Miranda<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs, Bldg. 7<br>El Paso, TX 79912 | Clyde A. Pine, Jr.<br>P.O. Drawer 1977<br>El Paso, TX 79950 |
| Michael J. Shane<br>Gordon Davis Johnson & Shane P.C.<br>4695 North Mesa Street, Suite 100<br>El Paso, TX 79912 | Clayton D. Ketter<br>Phillips Murrah P.C.<br>101 N. Robinson, 13th Floor<br>Oklahoma City, OK 73102 |
| James Michael Feuille<br>ScottHulse, P.C.<br>201 E. Main, Ste. 1100<br>PO Box 99123<br>El Paso, TX 79901 | Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton St #1210<br>Fort Worth, TX 76102 |
| Misti L. Beanland<br>Matthews, Shiels, Knott, Eden, Davis & Beanland L.L.P.<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251 | AIS Portfolio Services, LLC<br>Attn: Ally Bank<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |
| Gregory M. Weinstein<br>Weinstein Radcliff Pipkin LLP<br>8350 N. Central Expressway, Suite 1550<br>Dallas, TX 75206 | James W. Brewer<br>Kemp Smith LLP<br>P.O. Box 2800<br>El Paso, TX 79999 |
| Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205 | Merwan N Bhatti<br>Mounce, Green, Myers, Safi, Paxson & Galatzan, P.C.<br>100 N. Stanton Ave. Ste. 1000<br>El Paso, TX 79901 |
| Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan St., Suite 2200<br>San Antonio, TX 78205 | Jarom J. Yates<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 |
| Stephen Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006 | Larry Chek<br>Palmer Lehman Sandberg, PLLC<br>8350 N. Central Expressway, Suite 1111<br>Dallas, TX 75206 |

Jason Sansone
101 North Robinson Ave., Suite 1300
Oklahoma City, OK 73102

Layla D. Milligan
Autumn D. Highsmith
Office of the Attorney General of Texas
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711

John R. Nelson
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, TX 78701

Michelle D. Esparza
Dickinson Wright PLLC
221 N. Kansas Street, Suite 200
El Paso, TX 79901

Joseph D Austin
Kelly Hart & Hallman LLP
201 Main St.Suite 2500
Fort Worth, TX 76102

4 Rivers Equipment
924 11th Street
Greeley, CO 80631

Accent Landscaping & Sprinkler
28 San Marco Drive
El Paso, TX 79922

A-Core, Inc.
5360 South Riley Lane
Murray, UT 84107

Assured Partners of Texas, LLC
5930 Preston View Blvd., Ste. 200
Dallas, TX 75240

C&R Distributing, LLC
140 S. Prado
El Paso, TX 79907

City of El Paso Financial Services
1st Floor 300 N. Campbell
El Paso, TX 79901

Clowe & Cowan of El Paso
P.O. Box 9898
El Paso, TX 79995-2989

CMC Construction Services
P.O. Box 844573
Dallas, TX 75284-4573

El Paso A.R.C. Electric
8010 North Loop
El Paso, TX 79915

El Paso Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999

Ferguson Waterworks
P.O. Box 740827
Los Angeles, CA 90074-0827

Hartford Financial Services
P.O. Box 415738
Boston, MA 02241-5738

Milling Services
2401 S 15th Ave.
Phoenix, AZ 85007

Nationwide Rebar, Inc.
5631 J.M. Browning
El Paso, TX 79938

Nueces Power Equipment
P.O. Box 4789
Corpus Christi, TX 78469

9

| | |
|---|---|
| Pavement Marking, Inc.<br>8949 S Beck Ave.<br>Tempe, AZ 85284 | Reladyne West, LLC<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 |
| SBNG, CPA<br>221 N. Kansas, Ste. 1300<br>El Paso, TX 79901 | Snell & Wilmer, LLP<br>400 E. Van Buren, Ste. 1900<br>Phoenix, AZ 85004-2202 |
| Structural & Steel<br>3900 Lubbock Ave<br>Fort Worth, TX 76110 | Tri State Electric, Ltd.<br>530 Valley Chile Rd.<br>Vinton, TX 79821 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | Wagner Equipment<br>P.O. Box 919000<br>Denver, CO 80291-9000 |
| Wex Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197-4337 | White Cap Construction Supply<br>P.O. Box 4582<br>Orlando, FL 32802-4852 |
| X Gomez Logistics, LLC<br>7340 Phil Hansen<br>Canutillo, TX 79835 | Steven B. Bass<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701 |