# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
WESTRN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 23-30242 |
| | ) | |
| J.A.R. CONCRETE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MITSUBISHI HC CAPITAL AMERICA, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter comes before the Court on Mitsubishi HC Capital America, Inc.'s Motion for Relief from the Automatic Stay (the "Motion"). The Court, having found that notice of the Motion and the deadline to object to the Motion was proper and sufficient, that the time to respond or object to the Motion has expired and that no responses or objections were filed. The Court, being advised in the premises therefore and finding good cause for the relief requested, hereby

**ORDERS** that the Motion is **GRANTED;**

**ORDERS** Mitsubishi HC Capital America, Inc. is granted relief from stay to exercise its legal and contractual remedies with respect to the Collateral as provided for in Contract 1 and Contract 2, as defined in the Motion.

###

Prepared By:

Megan M. Adeyemo
Gordon & Rees
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 231- 4726
madeyemo@grsm.com