**The relief described hereinbelow is SO ORDERED.**

**Signed June 13, 2023.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| J.A.R. CONCRETE, INC | § | CASE NO. 23-30242-hcm |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING FIRST AMENDED MOTION
### FOR AUTHORIZATION TO USE CASH COLLATERAL

On June 13, 2023, the Court conducted a hearing on the First Amended Motion for Interim Authorization to Use Cash Collateral ("Motion") (dkt# 169) filed by J.A.R. Concrete, Inc. ("Debtor"). An objection to the Motion ("Objection") (dkt# 177) was filed by Crum & Forster and United States Fire Insurance Company (collectively, "Surety"). A limited response to the Motion ("Response") (dkt# 178) was filed by Camino Real Regional Mobility Authority ("CRRMA").

Appearing at the hearing were representatives of the Debtor; counsel for the Debtor; counsel for the Surety; counsel for CRRMA; counsel for the U. S. Trustee; and counsel for other interested parties. The Court has considered the Motion, Objection, Response, evidence, pleadings, and arguments of counsel. For the reasons stated by the Court on the record at the hearing, the Court finds that the Motion should be denied and the following Order should be entered.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion for Interim Authorization to Use Cash Collateral ("Motion") (dkt# 169) filed by the Debtor is hereby denied.

2. The Debtor shall provide proof that it currently maintains general liability and property insurance to counsel for the U.S. Trustee within 24 hours of the entry of this Order, if the Debtor maintains such insurance.

# # #