# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| J.A.R. CONCRETE, INC., | ) | Case No. 23-30242-HCM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| RUTH HERRERA | ) | |
| | ) | |
| | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| J.A.R. CONCRETE, INC., | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
AGAINST PROPERTY OF THE ESTATE
(WITH WAIVER OF 30-DAY REQUIREMENT)
OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

On this day, came on to be considered the Motion of Ruth Herrera for Relief from Stay Against

Property of the Estate (Waiver of 30-Day Requirement). (the "Motion") filed by Ruth Herrera ("Herrera"). The Court finds that notice of the Motion and the deadline to object to the Motion was proper and sufficient, that the time to respond or object to the Motion has expired and that no responses or objections were filed. After consideration of the pleadings and based on the foregoing, the Court is of the opinion the Motion should be granted and the automatic stay should be lifted.

The Court finds, and it is THEREFORE ORDERED, ADJUDGED, and DECREED that The Herrera holds a valid and perfected lien on the following equipment:

a). 2016 Chev. PK VIN # 1GB4KYC83GF162714;

b). 2016 Chev. PK VIN # 1GB4KYC8XGF17491;

c). 2016 Chev. PK VIN # 1GB4KYC83GF139188;

The automatic stay is lifted in all respects as to Herrera. Herrera may foreclose its lien on the Collateral and send the appropriate notices to the Debtor relating to the foreclosure.

This Order shall be valid and subsisting even in the event this case is converted to another Chapter of the Bankruptcy Code.

###

Prepared by:

Miguel Flores
Tanzy and Borrego, P.L.L.C.
2610 Montana Ave.
El Paso, Texas 79903
915-566-4300 (TEL)
915-566-1122 (FAX)
efile@tanzyborrego.com