Exhibit "B"

# UNSECURED PROMISSORY NOTE

| | |
|---|---|
| Date: | October 13, 2022 |
| Borrower: | JAR Construction, Inc. |
| Borrower's Mailing Address: | 8000 Escobar Drive El Paso, TX 79907 |
| Lender: | Ruth Herrera |
| Place for Payment: | 1360 N. Lee Trevino STE 107 El Paso, TX 79936 |
| Principal Amount: | $85,000.00 |
| Annual Interest Fee: | $2,500.00 |
| Loan Commitment Fee: | $2,500.00 |

Annual Interest Rate on Matured, Unpaid Amounts: 18%

Terms of Payment (principal with no interest):

In one installment of $ 90,000.00 (principal and interest), with the only installment being due and payable on or before the 7th day of November, 2022. (Hereinafter referred to as the "Maturity Date"), when the entire unpaid Principal Amount and accrued interest are due and payable in full.

| | |
|---|---|
| Security for Payment: | 2016 Chev PK Vin #1GB4KYC83GF162714 |
| | 2016 Chev PK Vin #1GB4KYC8XGF171491 |
| | 2016 Chev PK Vin #1GB4KYC83GF139188 |
| Other Security for Payment: | NONE |

Borrower promises to pay to the order of Lender the Principal Amount plus interest, if any, at the Annual Interest Rate. This note is payable at the Place for Payment and according to the Terms of Payment. All unpaid amounts are due by the Maturity Date. After maturity, Borrower promises to pay any unpaid principal balance plus interest, if any, at the Annual Interest Rate on Matured, Unpaid Amounts.

If Borrower defaults in the payment of this note or in the performance of any obligation in any instrument securing or collateral to this note, Lender may declare the unpaid principal balance and earned interest on the note immediately due. Borrower and each surety, endorser, and guarantor waive all demand for payment, presentation for payment, notice of intention to accelerate maturity, notice of acceleration of maturity, protest, and notice of protest, to the extent permitted by law.

Borrower also promises to pay reasonable attorney's fees and court and other costs if this note is placed in the hands of an attorney to collect or enforce the note. These expenses will bear interest from the date of advance at the Annual Interest Rate on Matured, Unpaid Amounts. Borrower will pay Lender these expenses and interest on demand at the Place for Payment. These expenses and interest will become part of the note and will be secured by any security for payment.

Interest on the debt evidenced by this note will not exceed the maximum rate or amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the Principal Amount or, if the Principal Amount has been paid, refunded. On any acceleration or required or permitted prepayment, any excess interest will be canceled automatically as of the acceleration or prepayment or, if the excess interest has already been paid, credited on the Principal Amount or, if the Principal Amount has been paid, refunded. This provision overrides any conflicting provisions in this note and all other instruments concerning the debt.

Each Borrower is responsible for all obligations represented by this note.

When the context requires, singular nouns and pronouns include the plural.

LATE FEE: If Principal and Interest Amount is not paid at maturity, a penalty of $500.00 will be assessed.

In the event the loan is not paid in Full by November 7, 2022, Jose Audenago Rosales Jr. will release the collateral to the lender on November 8, 2022

_____
Jose Audenago Rosales Jr.
President
JAR Concrete Inc.



Whenever you sell or trade in ehicle, be sure to **protect yourself by fi" ʼ the Vehicle Transfer Notification online at www.TxDMV.gov**. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

▶ **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths)

Date of Sale

Signature of Seller/Agent | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths) | Dealer No.

Date of Sale

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths) | Dealer No.

Date of Sale

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

▶ ODOMETER READING (No Tenths) | Dealer No.

Date of Sale

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.



1ST SOURCE BANK
P O BOX 783
SOUTH BEND, IN 46624

#552

▼ DETACH HERE ▼



## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

129299023

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1GB4KYC8XGF171491 | 2016 | CHEV | PK |

TITLE/DOCUMENT NUMBER: 20500242576082158
DATE TITLE ISSUED: 08/04/2016

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| SIL | | 9380 | HHH1492 |

PREVIOUS OWNER
ALLWAYS AUTO GROUP LTD

OWNER
J A R CONCRETE INC
8000 ESCOBAR DR
EL PASO, TX 77907

ODOMETER READING: 14
REMARK(S): ACTUAL MILEAGE DIESEL

DATE OF LIEN / 1ST LIENHOLDER
06/23/2016  1ST SOURCE BANK
P O BOX 783
SOUTH BEND, IN 46624

1ST LIEN RELEASED: 1ST SOURCE BANK
By GAVIN MATIZO, AUTHORIZED AGENT

FORM 30-C REV. 03/2015    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Whenever you sell or trade ir    ehicle, be sure to **protect yourself by f    ] the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ____ Street ____ City ____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Odometer Reading (No Tenths) ____

Date of Sale ____

Signature of Seller/Agent ____ Printed Name (same as signature) ____

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ____ Printed Name (same as signature) ____

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ____ Street ____ City ____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Odometer Reading (No Tenths) ____

Date of Sale ____ Dealer's Name ____ Dealer No. ____

Agent's Signature ____ Printed Name (same as signature) ____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent ____ Printed Name (same as signature) ____

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ____ Street ____ City ____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Odometer Reading (No Tenths) ____

Date of Sale ____ Dealer's Name ____ Dealer No. ____

Agent's Signature ____ Printed Name (same as signature) ____

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent ____ Printed Name (same as signature) ____

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser ____ Street ____ City ____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Odometer Reading (No Tenths) ____

Date of Sale ____ Dealer's Name ____ Dealer No. ____

Agent's Signature ____ Printed Name (same as signature) ____

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ____ Printed Name (same as signature) ____

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:

1ST LIEN IN FAVOR OF (NAME & ADDRESS) ____

Upon sale of this vehicle the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.



1ST SOURCE BANK
PO BOX 783
SOUTH BEND, IN 46624

#553

DETACH HERE



## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

129226015

VEHICLE IDENTIFICATION NUMBER: 1GB4KYC83GF139188
YEAR MODEL: 2016
MAKE OF VEHICLE: CHEV
BODY STYLE: PK

TITLE/DOCUMENT NUMBER: 20510242571090316
DATE TITLE ISSUED: 07/30/2016

WEIGHT: 9360
LICENSE NUMBER: HPV1050

PREVIOUS OWNER: ALLWAYS AUTO GROUP

OWNER:
J. A. R. CONCRETE, INC
8000 ESCOBAR DR
EL PASO, TX 77907

ODOMETER READING: 11
REMARK(S): ACTUAL MILEAGE / DIESEL

DATE OF LIEN: 06/23/2016
1ST LIENHOLDER: 1ST SOURCE BANK
PO BOX 783
SOUTH BEND, IN 46624

1ST LIEN RELEASED: 1ST SOURCE BANK
BY: G.KVIN MALIRO — AUTHORIZED AGENT

FORM 30-C REV. 03/2015    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Whenever you sell or trade in ˉ vehicle, be sure to **protect yourself by fˉˉ ˉg the Vehicle Transfer Notification online** at www.ˉˉ ˉMV.gov. The notification removes your reˉpˉnsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

▷ **FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Signature of Seller/Agent | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**FIRST REASSIGNMENT DEALER ONLY**

[Same fields repeated: Name of Purchaser, Street, City, State, Zip; odometer certification boxes; Date of Sale; Dealer No.; Dealer's Name; Agent's Signature; Printed Name; Signature of Buyer/Agent; Printed Name]

**SECOND REASSIGNMENT DEALER ONLY**

[Same fields repeated]

**THIRD REASSIGNMENT DEALER ONLY**

[Same fields repeated]

**LIEN**
LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS): _____