# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| J.A.R. CONCRETE, INC., | § § | CASE NO. 23-30242-hcm |
| DEBTOR. | § § | |

**ORDER GRANTING UNITED STATES FIRE INSURANCE COMPANY'S
AMENDED MOTION FOR RELIEF FROM STAY**

On this date, the Court considered creditor United States Fire Insurance Company's Amended Motion for Relief from Automatic Stay (the "Motion"). The Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334. Having considered the Motion, the evidence offered in support of the Motion, and any responses or opposition to the Motion, the Court has determined that relief requested in the Motion is well-taken. After due and proper notice having been granted to all parties entitled to notice of the Motion, the Court is of the opinion that the Motion should be GRANTED.

THE COURT FINDS THAT:

The Motion is GRANTED.

All capitalized terms not otherwise defined in this Order shall have the meanings assigned to them in the Motion.

Cause exists to lift the stay under 11 U.S.C. § 362(d)(1) to grant the Surety relief from the automatic stay in this proceeding.

The automatic stay under Bankruptcy Code § 362 in this Bankruptcy Case is hereby modified, lifted, and terminated so that, Bonded Project obligees can pay Bonded Contract Balances into an account established by the Surety, and the Surety can apply those Bonded

Contract Balances to satisfy Debtor's: (1) performance and payment obligations on the Bonded Projects, and (2), if any funds remain after Bonded Project completion, indemnity obligations to the Surety.

This Order shall become effective immediately upon entry by this Court notwithstanding the fourteen-day stay of effectiveness required by Rule 4001(a)(3) of the Federal Rules of

###