IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| J.A.R. CONCRETE, INC., | § | |
| | § | CASE NO. 23-30242-hcm |
| DEBTOR. | § | |

## MOTION FOR EXPEDITED HEARING ON
## AMENDED MOTION FOR RELIEF FROM STAY

Creditor United States Fire Insurance Company ("Surety") files this Motion for Expedited Hearing of its Amended Motion for Relief from Stay

1. **Underlying Motion**: The Amended Motion for Relief from Stay asks the Court to lift the automatic stay so that Bonded Contract Balances can be applied to fulfill Debtor's contractual obligations on Bonded Projects. The Motion is necessary to ensure proper accounting and distribution of the Bonded Project

2. **Need for expedited hearing**: The Motion is necessary to ensure proper accounting and distribution of the Bonded Contract Balances in light of the Court's denial of Debtor's cash collateral motion. An expedited hearing is necessary so the Court can establish a structure for Bonded Contract Balances to be distributed to subcontractors and suppliers on a timely basis as Bonded Projects are completed.

3. **Certificate of conference**: The Surety sent a copy of this Motion via email to Debtor's Counsel Bud Kirk and asked whether Debtor would oppose an expedited hearing. As of the time of filing this Motion, the Surety has not received a response from Debtor's counsel.

4. **Time estimate for hearing**: The Surety estimates that the hearing will take between thirty minutes and one hour.

5. **Deadline for when hearing is needed**: The Surety requests that its Amended Motion for Relief from Stay be heard at the same time as Debtor's Motion for Authority to Enter Insurance Premium Finance Agreement [Doc. 189] on June 27, 2023.

For these reasons, the Surety requests its Amended Motion for Relief from Stay be set on June 27, 2023 at 2:00pm.

Respectfully submitted,

*/s/ Gregory M. Weinstein*
GREGORY M. WEINSTEIN
State Bar No. 21096430
SCOTT MCFADIN
State Bar No. 24098074

**WEINSTEIN RADCLIFF PIPKIN LLP**
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
214.865.7012 (Telephone)
214.865.6140 (Facsimile)
gweinrad@weinrad.com
smcfadin@weinrad.com

**ATTORNEYS FOR CREDITOR
UNITED STATES FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2023, a true and correct copy of the foregoing document was served (i) via the Court's CM/ECF notification system on the parties who have so subscribed, including Debtor, Debtor's counsel, the Chapter 11 Trustee, and the persons who have filed a notice of appearance, and (ii) via first class U.S. mail, postage prepaid, to the attached service list.

*/s/ Gregory M. Weinstein*
Gregory M. Weinstein