IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| J.A.R. CONCRETE, INC., | § | |
| | § | CASE NO. 23-30242-hcm |
| DEBTOR. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set for **Tuesday, June 27, 2023, at 1:00 p.m. (MT)** upon the creditor United States Fire Insurance Company's Amended Motion for Relief from Automatic Stay [Docket 208]. Parties in interest should join through Cisco WebEx Meetings application **us-courts.webex.com/meet/Mott or dial in to 650-479-3207 with access code 160 357 6609#** and make themselves heard, or the Court may presume there is no opposition, and grant the relief requested.

DATED: June 22, 2023.

Respectfully submitted,

*/s/ Gregory M. Weinstein*
GREGORY M. WEINSTEIN
Texas State Bar No. 21096430
SCOTT MCFADIN
Texas State Bar No. 24098074

**WEINSTEIN RADCLIFF PIPKIN LLP**
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
Telephone:   214.865.6126
Facsimile:   214.865.6140
Email:   gweinstein@weinrad.com
Email:   smcfadin@weinrad.com

**COUNSEL FOR CREDITOR
UNITED STATES FIRE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2023, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Gregory M. Weinstein*
Gregory M. Weinstein