**Fill in this information to identify the case:**

Debtor Name  JAR CONCRETE, INC.

United States Bankruptcy Court for the: Western District of Texas

Case number:  23-30242

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  **MAY**

Line of business:  GENERAL CONTRACTO

Date report filed:  06/20/2023
MM / DD / YYYY

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Jose A. Rosales, Jr.

Original signature of responsible party

Printed name of responsible party  Jose A. Rosales, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  JAR CONCRETE, INC.                                    Case number  23-30242

17. Have you paid any bills you owed before you filed bankruptcy?          ☐   ☑   ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                      $ 134,310.97

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                      $ 519,843.60

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                      − $ 486,940.03

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                      + $ 32,903.57
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ 167,214.54

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                      $ 44,052.57
    *(Exhibit E)*

Debtor Name __JAR CONCRETE, INC._____     Case number __23-30242_____

| | | |
|---|---|---|
| ■ | **4. Money Owed to You** | |

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ __890,679.96__

     *(Exhibit F)*

| | | |
|---|---|---|
| ■ | **5. Employees** | |

26. What was the number of employees when the case was filed?                            __6__

27. What is the number of employees as of the date of this monthly report?                __6__

| | | |
|---|---|---|
| ■ | **6. Professional Fees** | |

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ __0.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __18,995.06__

30. How much have you paid this month in other professional fees?                                     $ __20,000.00__

31. How much have you paid in total other professional fees since filing the case?                    $ __0.00__

| | | |
|---|---|---|
| ■ | **7. Projections** | |

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 878,000.00 | — | $ 519,843.60 | = | $ 358,156.40 |
| 33. **Cash disbursements** | $ 641,000.00 | — | $ 486,940.03 | = | $ 154,059.97 |
| 34. **Net cash flow** | $ 237,000.00 | — | $ 32,903.57 | = | $ 204,096.43 |

35. Total projected cash receipts for the next month:                                    $ __315,000.00__

36. Total projected cash disbursements for the next month:                            − $ __300,000.00__

37. Total projected net cash flow for the next month:                                  = $ __15,000.00__

Debtor Name  JAR CONCRETE, INC.                             Case number 23-30242

---

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

**CASE NAME:** JAR CONCRETE, INC.

**CASE NUMBER:** 23-30242

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH 2023 April | MONTH 2023 May | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 121,132.45 | $ 82,314.37 | $ 134,310.97 | | | | $ 121,132.45 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 244,260.72 | 423,600.10 | 519,843.60 | | | | 1,187,704.42 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | 21,524.50 | | | | | 21,524.50 |
| TOTAL RECEIPTS** | $ 244,260.72 | $ 445,124.60 | $ 519,843.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,209,228.92 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 219,536.89 | 33,306.88 | 33,310.91 | | | | 286,154.68 |
| 8. PAYROLL TAXES PAID | 1,861.00 | 12,405.52 | 15,503.18 | | | | 29,769.70 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 6,161.06 | 0.00 | | | | 6,161.06 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 10,000.00 | 202.50 | | | | 10,202.50 |
| 11. UTILITIES & TELEPHONE | 720.56 | 2,636.28 | 757.83 | | | | 4,114.67 |
| 12. INSURANCE | 617.46 | 22,280.83 | 100,698.00 | | | | 123,596.29 |
| 13. INVENTORY PURCHASES | | 0.00 | 0.00 | | | | 0.00 |
| 14. VEHICLE EXPENSES | 6,457.29 | 38,608.69 | 22,213.62 | | | | 67,279.60 |
| 15. TRAVEL & ENTERTAINMENT | | 0.00 | 0.00 | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 3,810.21 | 749.51 | 13,356.65 | | | | 17,916.37 |
| 17. ADMINISTRATIVE & SELLING | 10,820.05 | 3,118.52 | 9,772.59 | | | | 23,711.16 |
| 18. OTHER (attach list) | 39,255.34 | 260,330.21 | 271,124.75 | | | | 570,710.30 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 283,078.80 | $ 389,597.50 | $ 466,940.03 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,139,616.33 |
| 19. PROFESSIONAL FEES | | 3,530.50 | 20,000.00 | | | | 23,530.50 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 283,078.80 | $ 393,128.00 | $ 486,940.03 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,163,146.83 |
| 22. NET CASH FLOW | (38,818.08) | 51,996.60 | 32,903.57 | 0.00 | 0.00 | 0.00 | 46,082.09 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 82,314.37 | $ 134,310.97 | $ 167,214.54 | $ 0.00 | $ 0.00 | $ 0.00 | $ 167,214.54 |

\* Applies to Individual debtors only

**SBMOR-Exhibit B-1**

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: **JAR CONCRETE, INC.**

CASE NUMBER: **23-30242**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
## MONTH OF May    2023

| | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | | | | | |
| ACCOUNT NUMBER | # | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | | | | | $ 0.00 |
| RECEIPTS | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**      * Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS      *Revised 01/31/2014*
and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

## See Attached

**JAR - All Bank Accounts**
**May-23**

| | First / 4659 | First / 3272 | GECU 885 | GECU 155 | GECU Sav | Raiz Ckg | Raiz Sav | Weststar DIP | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Bal Per Bank | 151,184.18 | 12.97 | 10,031.87 | (7.88) | 10.00 | 3,912.66 | 25.62 | 480.00 | 165,649.42 |
| Receipts | 401,332.63 | - | 12,954.84 | 4.03 | 10.00 | 0.28 | - | 105,278.26 | 519,580.04 |
| Transfers | | | (12,200.00) | 12,200.00 | | | | | - |
| Checks / Disp | 398,317.22 | - | 22,530.49 | 10,510.00 | - | - | - | 82,228.10 | 513,585.81 |
| Ending Bank Balance | 154,199.59 | 12.97 | (11,743.78) | 1,686.15 | 20.00 | 3,912.94 | 25.62 | 23,530.16 | 171,643.65 |
| Dep In Transit | - | - | | | | | | | - |
| Outstanding checks | 13,011.00 | - | | | - | - | - | 3,618.11 | 16,629.11 |
| Adj Bank Balance | 141,188.59 | 12.97 | (11,743.78) | 1,686.15 | 20.00 | 3,912.94 | 25.62 | 19,912.05 | 155,014.54 |
| | | | | | | | | | |
| Beginning Cash Per Books | 119,845.73 | 12.97 | 10,031.87 | (7.88) | 10.00 | 3,912.66 | 25.62 | 480.00 | 134,310.97 |
| Receipts | 401,596.19 | - | 12,954.84 | 4.03 | 10.00 | 0.28 | - | 105,278.26 | 519,843.60 |
| Transfers | | | (12,200.00) | 12,200.00 | | | | | - |
| Checks and disb | 380,253.33 | - | 10,330.49 | 10,510.00 | - | - | - | 85,846.21 | 486,940.03 |
| Ending Cash per Books | 141,188.59 | 12.97 | 456.22 | 1,686.15 | 20.00 | 3,912.94 | 25.62 | 19,912.05 | 167,214.54 |

Net Cash Flow    32,903.57

**JAR Concrete, Inc**
**May 2023 Other Category List**

<u>Job Costs</u>

| | |
|---|---:|
| Labor | 151,886.84 |
| Materials | 22,103.10 |
| Equip Rental | - |
| Subcontractors | 67,278.43 |
| Other Direct / Indirect Costs | 5,190.71 |
| PDN | 5,664.67 |
| Owner | 19,001.00 |
| | 271,124.75 |



**FIRSTAMERICANBANK**
*Your Community Bank Since 1903*
PO Box AA • Artesia, NM 88211-7526

| | |
|---|---|
| Main Customer Number: | *******4659 |
| Statement Date: | 05/31/23 |
| Items Enclosed: | 80 |
| Page : | 1 |
| Cycle: | 30 |

00002689 TFBS9818060123205033 1 000000000 7584 14
JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX 79907

### Customer Service Information

Customer Care: 800-289-6140
FIRST Line Telephone Banking:
888-746-8300 or 575-746-8056
Lost or Stolen Card: 800-383-8000
Email Inquiries: support@firstamb.com
Visit Us Online: www.firstamericanbanknm.com
Written Inquiries:
P.O. Box AA, Artesia, NM 88211-7526

---

**SMART BUSINESS PREMIER**          **Account Number:**    *******4659

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/30/23** | **$151,184.18** |
| + Deposits and Credits (9) | $401,332.63 |
| - Withdrawals and Debits (95) | $398,317.22 |
| **Ending Balance as of 05/31/23** | **$154,199.59** |
| Service Charges for Period | $0.00 |
| Number of Days in Statement Period | 31 |
| Items Enclosed | 80 |

## Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Apr 30 | **BEGINNING BALANCE** | | | **$151,184.18** |
| May 01 | CHECK # 22838 | | $3,189.38 | $147,994.80 |
| May 01 | CHECK # 22841 | | $179.30 | $147,815.50 |
| May 01 | CHECK # 22849 | | $1,520.43 | $146,295.07 |
| May 01 | CHECK # 22851 | | $2,131.55 | $144,163.52 |
| May 01 | CHECK # 22855 | | $416.64 | $143,746.88 |
| May 01 | CHECK # 22862 | | $265.21 | $143,481.67 |

---



* STATEMENT TIP *
#239

KEEP YOUR PERSONAL INFORMATION

# PERSONAL

• Never click on suspicious links in emails

• Avoid websites with certification warnings

• Never give your credit card, banking, Social Security, Medicare, or other personally identifiable information over the phone unless it is with a trusted, verified number or website



00002689 0009033 0001-0013 TFBS9818060123205033 01L



**FIRST AMERICAN BANK**
*Your Community Bank Since 1903*

| | |
|---|---|
| Account Owner: | JAR CONCRETE INC |
| Statement Date: | 05/31/23 |
| Page : | 2 |

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| May 01 | CHECK # 22870 | | $67.20 | $143,414.47 |
| May 01 | CHECK # 22873 | | $498.00 | $142,916.47 |
| May 01 | CHECK # 22874 | | $72.33 | $142,844.14 |
| May 01 | CHECK # 22876 | | $58.94 | $142,785.20 |
| May 01 | CHECK # 22877 | | $50.00 | $142,735.20 |
| May 01 | CHECK # 22878 | | $3,129.62 | $139,605.58 |
| May 02 | FED WIRE OUT #202305020086858 BENE-HARTFORD FIRE INSURANCE | | $25,241.00 | $114,364.58 |
| May 02 | AC-EL Paso Water -EPWater | | $40.59 | $114,323.99 |
| May 02 | AC-IRS -USATAXPYMT | | $3,100.66 | $111,223.33 |
| May 02 | AC-HEALTH CARE SERV-OBPPAYMT | | $5,164.67 | $106,058.66 |
| May 02 | CHECK # 22887 | | $475.00 | $105,583.66 |
| May 02 | CHECK # 22847 | | $1,278.76 | $104,304.90 |
| May 02 | CHECK # 22848 | | $872.38 | $103,432.52 |
| May 02 | CHECK # 22850 | | $2,637.36 | $100,795.16 |
| May 02 | CHECK # 22867 | | $485.60 | $100,309.56 |
| May 02 | CHECK # 22872 | | $75.00 | $100,234.56 |
| May 02 | CHECK # 22875 | | $50.01 | $100,184.55 |
| May 02 | CHECK # 22883 | | $3,700.00 | $96,484.55 |
| May 02 | CHECK # 22884 | | $500.00 | $95,984.55 |
| May 04 | FED WIRE OUT #202305040035514 BENE-JOSE ROSALES CONSTRUCTION | | $40,016.46 | $55,968.09 |
| May 04 | AC-City of El Paso -ConcentratRMR*IV*2022-0377-11**61318.51\ | $61,318.51 | | $117,286.60 |
| May 04 | CHECK # 22871 | | $90.00 | $117,196.60 |
| May 04 | CHECK # 22890 | | $2,500.00 | $114,696.60 |
| May 04 | CHECK # 22891 | | $273.87 | $114,422.73 |
| May 05 | CHECK # 22915 | | $2,796.00 | $111,626.73 |
| May 05 | CHECK # 22886 | | $1,917.16 | $109,709.57 |
| May 05 | CHECK # 22893 | | $309.60 | $109,399.97 |
| May 05 | CHECK # 22910 | | $450.00 | $108,949.97 |
| May 05 | CHECK # 22913 | | $6,064.40 | $102,885.57 |
| May 08 | AC-City of El Paso -ConcentratRMR*IV*2017-841-22-14-3**6030. | $6,030.88 | | $108,916.45 |
| May 08 | AC-City of El Paso -ConcentratRMR*IV*2021-1305-34**28276.32\ | $28,276.32 | | $137,192.77 |
| May 08 | AC-City of El Paso -ConcentratRMR*IV*2022-0377-12**62345.18\ | $62,345.18 | | $199,537.95 |
| May 08 | AC-IRS -USATAXPYMT | | $3,100.64 | $196,437.31 |
| May 08 | CHECK # 22894 | | $1,278.77 | $195,158.54 |
| May 08 | CHECK # 22896 | | $1,520.43 | $193,638.11 |
| May 08 | CHECK # 22900 | | $50.01 | $193,588.10 |
| May 08 | CHECK # 22903 | | $18.88 | $193,569.22 |





**FIRST AMERICAN BANK**
*Your Community Bank Since 1903*

| | |
|---|---|
| **Account Owner:** | JAR CONCRETE INC |
| **Statement Date:** | 05/31/23 |
| **Page :** | 3 |

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|---------:|------------:|--------:|
| May 08 | CHECK # 22906 | | $340.00 | $193,229.22 |
| May 08 | CHECK # 22907 | | $50.25 | $193,178.97 |
| May 08 | CHECK # 22911 | | $1,149.23 | $192,029.74 |
| May 09 | CHECK # 22881 | | $355.84 | $191,673.90 |
| May 09 | CHECK # 22895 | | $872.38 | $190,801.52 |
| May 09 | CHECK # 22897 | | $2,637.36 | $188,164.16 |
| May 09 | CHECK # 22898 | | $2,018.78 | $186,145.38 |
| May 09 | CHECK # 22901 | | $20.57 | $186,124.81 |
| May 09 | CHECK # 22904 | | $65.00 | $186,059.81 |
| May 09 | CHECK # 22905 | | $75.00 | $185,984.81 |
| May 09 | CHECK # 22909 | | $17.65 | $185,967.16 |
| May 09 | CHECK # 22912 | | $273.02 | $185,694.14 |
| May 09 | CHECK # 22914 | | $109.30 | $185,584.84 |
| May 10 | AC-TX DEPT OF TRNSP-INV-PAYMTSISA~00~0000000000~00~000000000 | $7,400.00 | | $192,984.84 |
| May 10 | AC-TX DEPT OF TRNSP-INV-PAYMTSISA~00~0000000000~00~000000000 | $191,031.38 | | $384,016.22 |
| May 10 | CHECK # 22929 | | $2,125.00 | $381,891.22 |
| May 10 | CHECK # 22930 | | $667.54 | $381,223.68 |
| May 11 | AC-City of El Paso -ConcentratRMR*IV*2021-1305-35**14644.3\ | $14,644.30 | | $395,867.98 |
| May 11 | AC-City of El Paso -ConcentratRMR*IV*2021-1305-36**20672.46\ | $20,672.46 | | $416,540.44 |
| May 11 | CHECK # 22917 | | $500.00 | $416,040.44 |
| May 11 | CHECK # 22919 | | $270.80 | $415,769.64 |
| May 11 | CHECK # 22920 | | $20,000.00 | $395,769.64 |
| May 11 | CHECK # 22927 | | $1,500.00 | $394,269.64 |
| May 12 | AC-TX DEPT OF TRNSP-INV-PAYMTSISA~00~0000000000~00~000000000 | $9,613.60 | | $403,883.24 |
| May 12 | FED WIRE OUT #202305120041401 BENE-JOSE ROSALES CONSTRUCTION | | $38,132.67 | $365,750.57 |
| May 12 | FED WIRE OUT #202305120041570 BENE-JOSE ROSALES CONSTRUCTION | | $38,132.67 | $327,617.90 |
| May 12 | CHECK # 22945 | | $5,811.00 | $321,806.90 |
| May 12 | CHECK # 22926 | | $928.13 | $320,878.77 |
| May 12 | CHECK # 22928 | | $816.04 | $320,062.73 |
| May 15 | CHECK # 22853 | | $482.34 | $319,580.39 |
| May 15 | CHECK # 22921 | | $1,278.76 | $318,301.63 |
| May 15 | CHECK # 22923 | | $1,520.43 | $316,781.20 |
| May 15 | CHECK # 22925 | | $2,018.79 | $314,762.41 |
| May 15 | CHECK # 22934 | | $124.05 | $314,638.36 |
| May 15 | CHECK # 22938 | | $65.02 | $314,573.34 |
| May 15 | CHECK # 22939 | | $37.69 | $314,535.65 |





| | Account Owner: | JAR CONCRETE INC |
|---|---|---|
| | Statement Date: | 05/31/23 |
| | Page : | 4 |

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| May 15 | CHECK # 22941 | | $210.00 | $314,325.65 |
| May 15 | CHECK # 22942 | | $115.67 | $314,209.98 |
| May 16 | AC-IRS -USATAXPYMT | | $3,100.62 | $311,109.36 |
| May 16 | CHECK # 22922 | | $872.38 | $310,236.98 |
| May 16 | CHECK # 22924 | | $2,637.37 | $307,599.61 |
| May 16 | CHECK # 22935 | | $90.03 | $307,509.58 |
| May 16 | CHECK # 22940 | | $74.00 | $307,435.58 |
| May 16 | CHECK # 22943 | | $97.14 | $307,338.44 |
| May 16 | CHECK # 22944 | | $932.13 | $306,406.31 |
| May 16 | CHECK # 22946 | | $129.90 | $306,276.41 |
| May 17 | CHECK # 22933 | | $202.50 | $306,073.91 |
| May 17 | CHECK # 22950 | | $398.82 | $305,675.09 |
| May 18 | AC-SPECTRUM -SPECTRUM | | $677.25 | $304,997.84 |
| May 18 | CHECK # 22937 | | $40.00 | $304,957.84 |
| May 18 | CHECK # 22948 | | $500.00 | $304,457.84 |
| May 19 | FED WIRE OUT #202305190026832 BENE-L. KEELEY CONSTRUCTION CO | | $26,658.93 | $277,798.91 |
| May 19 | CHECK # 22869 | | $158.00 | $277,640.91 |
| May 19 | CHECK # 22902 | | $156.00 | $277,484.91 |
| May 19 | CHECK # 22936 | | $85.01 | $277,399.90 |
| May 19 | CHECK # 22947 | | $1,000.99 | $276,398.91 |
| May 19 | CHECK # 22949 | | $1,451.76 | $274,947.15 |
| May 22 | AC-IRS -USATAXPYMT | | $3,100.64 | $271,846.51 |
| May 24 | AC-UNITED HEALTHCAR-EDI PAYMTSISA*00* *00* | | $7,342.13 | $264,504.38 |
| May 25 | FED WIRE OUT #202305250030052 BENE-JOSE ROSALES CONSTRUCTION | | $34,847.79 | $229,656.59 |
| May 31 | FED WIRE OUT #202305310030646 BENE-MURRAY INSURANCE ASSOCIAT | | $75,457.00 | $154,199.59 |
| May 31 | ENDING BALANCE | | | $154,199.59 |

## Checks Posted

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| May 01 | 22838 | 3,189.38 | May 02 | 22867* | 485.60 | May 01 | 22878 | 3,129.62 |
| May 01 | 22841* | 179.30 | May 19 | 22869* | 158.00 | May 09 | 22881* | 355.84 |
| May 02 | 22847* | 1,278.76 | May 01 | 22870 | 67.20 | May 02 | 22883* | 3,700.00 |
| May 02 | 22848 | 872.38 | May 04 | 22871 | 90.00 | May 02 | 22884 | 500.00 |
| May 01 | 22849 | 1,520.43 | May 02 | 22872 | 75.00 | May 05 | 22886* | 1,917.16 |
| May 02 | 22850 | 2,637.36 | May 01 | 22873 | 498.00 | May 02 | 22887 | 475.00 |
| May 01 | 22851 | 2,131.55 | May 02 | 22874 | 72.33 | May 04 | 22890* | 2,500.00 |
| May 15 | 22853* | 482.34 | May 02 | 22875 | 50.01 | May 04 | 22891 | 273.87 |
| May 01 | 22855* | 416.64 | May 01 | 22876 | 58.94 | May 05 | 22893* | 309.60 |
| May 01 | 22862* | 265.21 | May 01 | 22877 | 50.00 | May 08 | 22894 | 1,278.77 |





**FIRST AMERICAN BANK**
*Your Community Bank Since 1903*

| | |
|---|---|
| Account Owner: | JAR CONCRETE INC |
| Statement Date: | 05/31/23 |
| Page : | 5 |

## Checks Posted (Continued)

*Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| May 09 | 22895 | 872.38 | May 09 | 22914 | 109.30 | May 16 | 22935 | 90.03 |
| May 08 | 22896 | 1,520.43 | May 05 | 22915 | 2,796.00 | May 19 | 22936 | 85.01 |
| May 09 | 22897 | 2,637.36 | May 11 | 22917* | 500.00 | May 18 | 22937 | 40.00 |
| May 09 | 22898 | 2,018.78 | May 11 | 22919* | 270.80 | May 15 | 22938 | 65.02 |
| May 08 | 22900* | 50.01 | May 11 | 22920 | 20,000.00 | May 15 | 22939 | 37.69 |
| May 09 | 22901 | 20.57 | May 15 | 22921 | 1,278.76 | May 16 | 22940 | 74.00 |
| May 19 | 22902 | 156.00 | May 16 | 22922 | 872.38 | May 15 | 22941 | 210.00 |
| May 08 | 22903 | 18.88 | May 15 | 22923 | 1,520.43 | May 15 | 22942 | 115.67 |
| May 09 | 22904 | 65.00 | May 16 | 22924 | 2,637.37 | May 16 | 22943 | 97.14 |
| May 09 | 22905 | 75.00 | May 15 | 22925 | 2,018.79 | May 16 | 22944 | 932.13 |
| May 08 | 22906 | 340.00 | May 12 | 22926 | 928.13 | May 12 | 22945 | 5,811.00 |
| May 08 | 22907 | 50.25 | May 11 | 22927 | 1,500.00 | May 16 | 22946 | 129.90 |
| May 09 | 22909* | 17.65 | May 12 | 22928 | 816.04 | May 19 | 22947 | 1,000.99 |
| May 05 | 22910 | 450.00 | May 10 | 22929 | 2,125.00 | May 18 | 22948 | 500.00 |
| May 08 | 22911 | 1,149.23 | May 10 | 22930 | 667.54 | May 19 | 22949 | 1,451.76 |
| May 09 | 22912 | 273.02 | May 17 | 22933* | 202.50 | May 17 | 22950 | 398.82 |
| May 05 | 22913 | 6,064.40 | May 15 | 22934 | 124.05 | | | |

## Fee Recap

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Sales Tax applies to all fees except the Overdraft Fee.  The tax is in addition to the fee charged and appears as a separate line item on your statement.

Effective July 1, 2020 our Funds Availability Policy will change to allow $225 (increased from $200) available next business day on non-next day checks and $5,525 (increased from $5,000) available on new account and exception holds. ACH and Direct Deposits are not affected.





**FIRSTAMERICANBANK**
*Your Community Bank Since 1903*
PO Box AA • Artesia, NM 88211-7526

| Main Customer Number: | *******3272 |
|---|---|
| Statement Date: | 05/31/23 |
| Items Enclosed: | 0 |
| Page : | 1 |
| Cycle: | 30 |

00002817 TFBS9818060123205747 1 000000000 10011 2
JAR CONCRETE INC
8000 ESCOBAR
EL PASO TX  79907

**RECEIVED**
JUN  8 2023

### Customer Service Information

- Customer Care: 800 289 0140
- FIRST Line Telephone Banking: 888-746 8300 or 575-746 8056
- Lost or Stolen Card: 800-383-8000
- Email Inquiries: support@firstamb.com
- Visit Us Online: www.firstamericanbanknm.com
- Written Inquiries: P O Box AA, Artesia, NM 88211-7526

---

**A-1 MF EL PASO**  | Account Number: | *******3272 |

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 04/30/23 | $12.97 |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| Ending Balance as of 05/31/23 | $12.97 |
| Service Charges for Period | $0.00 |
| Number of Days in Statement Period | 31 |
| Items Enclosed | 0 |

---

* STATEMENT TIP *
#239
**KEEP YOUR PERSONAL INFORMATION**
# PERSONAL

- Never click on suspicious links in emails
- Avoid websites with certification warnings
- Never give your credit card, banking, Social Security, Medicare, or other personally identifiable information over the phone unless it is with a trusted, verified number or website



| Account Owner: | JAR CONCRETE INC |
|---|---|
| Statement Date: | 05/31/23 |
| Page : | 2 |

## Fee Recap

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Sales Tax applies to all fees except the Overdraft Fee. The tax is in addition to the fee charged and appears as a separate line item on your statement.

Effective July 1, 2020 our Funds Availability Policy will change to allow $225 (increased from $200) available next business day on non-next day checks and $5,525 (increased from $5,000) available on new account and exception holds. ACH and Direct Deposits are not affected.

## PROMOTIONS AND OFFERS











**FEDERAL CREDIT UNION**

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

J A R CONCRETE INC DBA JAR CONSTRUCTION
INC
JOSE A ROSALES JR
8000 ESCOBAR
EL PASO TX 79907





**GECU REWARDS CREDIT CARD***

Apply now at gecu.com.

*Details at gecu.com.

Account Number:        7885
Statement Date:        05/31/23
Page 1 of 2

# member statement

```
************************************** Checking Account      7885 **************************************
All Transactions by Date
  Date  Description                              Amount              Balance
  04/30 Balance Forward------------------------------------------>       10,031.87
  05/01 PER MEMBER REQUEST                       10,000.00-                 31.87
  05/01 Wire In CAMINO REAL REGIONAL MOBIL        2,550.95              2,582.82
        575853
  05/01 WIRE FEE                                      5.00-             2,577.82
  05/01 Wire In CAMINO REAL REGIONAL MOBIL        9,903.89             12,481.71
        575853
  05/01 WIRE FEE                                      5.00-            12,476.71
  05/02 TRANSFER TO CK   XXXXXX7155              12,200.00-               276.71
  05/03 ACH Return Charge                            29.50-               247.21
        EL PASO ELECTRIC ELECT BILL
  05/03 ACH Return Charge                            29.50-               217.71
        GF        Genesis Fi
  05/10 ACH Return Charge                            29.50-               188.21
        ATT        Payment
  05/12 ACH Return Charge                            29.50-               158.71
        ATT        RETRY PYMT
  05/15 ACH Return Charge                            29.50-               129.21
        SPECTRUM        SPECTRUM
  05/16 ACH Return Charge                            29.50-                99.71
        ATT        RETRY PYMT
  05/17 ACH Return Charge                            29.50-                70.21
        SPECTRUM        SPECTRUM
  05/19 ACH Return Charge                            29.50-                40.71
        SPECTRUM        ACH
  05/22 SPECTRUM        SPECTRUM                      39.99-                 .72
  05/23 TRNSFER FRM CK   XXXXXX7155                 500.00               500.72
  05/26 ACH Return Charge                            29.50-               471.22
        SPECTRUM        ACH
  05/31 Service Charge                               15.00-               456.22


                        ------------ Continued ------------
```



**GECU®**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ▬7885 |
| Statement Date: | 05/31/23 |

Page  2 of  2

# member statement

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 9 | $265.50 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 65 | $1,917.50 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 04/30/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10,031.87 | | 12,954.84 | | .00 | | 22,515.49 | | 15.00 | | 456.22 |

Statement from 05/01/23 Thru 05/31/23

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Summary of Deposit Accounts** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | ▬7885 | 456.22 | 0.000 | .00 | | |



**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA




J A R CONCRETE INC DBA JAR CONSTRUCTION
INC
JOSE A ROSALES JR
8000 ESCOBAR
EL PASO TX 79907



**GECU
REWARDS
CREDIT
CARD***

Apply now at gecu.com.

Account Number:        ●●●●7155
Statement Date:        05/31/23
Page 1 of 1

*Details at gecu.com. ——

# member statement

**•••••••••••••••••••••••••••••••••• Checking Account      ●●●7155 ••••••••••••••••••••••••••••••••••••**

All Transactions by Date

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 04/30 | Balance Forward--------------------------------------------------------------------------> | | 7.88- |
| 05/02 | TRNSFER FRM CK    XXXXXX7885 | 12,200.00 | 12,192.12 |
| 05/18 | TRANSFER TO CK    XXXXXX3835 | 5,000.00- | 7,192.12 |
| 05/19 | TRANSFER TO CK    XXXXXX3835 | 5,000.00- | 2,192.12 |
| 05/23 | TRANSFER TO CK    XXXXXX7885 | 500.00- | 1,692.12 |
| 05/23 | TRANSFER TO SV    XXXXXX2688 | 10.00- | 1,682.12 |
| 05/31 | Int on Avg Bal of    7295.92 | 4.03 | 1,686.15 |

**Account Summary**
Previous Statement Date: 04/30/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|-------------------|---|----------|---|---------------|---|-------------|---|----------------|---|----------------|
| 7.88- | | 12,200.00 | | 4.03 | | 10,510.00 | | .00 | | 1,686.15 |

Statement from 05/01/23 Thru 05/31/23

**•••••••••••••••••••••••••••••••• Summary of Deposit Accounts ••••••••••••••••••••••••••••••••••••**

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|----|---------|---------|-----------|---------|-------------|----------|
| CK | ●●●7155 | 1,686.15 | 0.650 | 4.03 | | |



**FEDERAL CREDIT UNION**

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

J A R CONCRETE INC DBA JAR CONSTRUCTION
INC
JOSE A ROSALES JR
8000 ESCOBAR
EL PASO TX 79907




**GECU REWARDS CREDIT CARD***

Apply now at gecu.com.

*Details at gecu.com.

Account Number:        2688
Statement Date:        05/31/23
Page 1 of 1

# member statement

```
••••••••••••••••••••••••••••••••• Share Account        688 •••••••••••••••••••••••••••••••••••••••
Date  Description_____Amount_____Balance
03/31  Balance Forward------------------------------------------->         10.00
05/23  TRNSFER FRM CK  XXXXXX7155                          10.00         20.00
                             Dividend Period:   04/26/23 to 05/25/23
```

Previous Statement Date: 03/31/23

| Beginning Balance | | Deposits | | Dividend Paid | | Deductions | | Service Charge | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.00 | + | 10.00 | + | .00 | - | .00 | - | .00 | = | 20.00 |

```
••••••••••••••••••••••••••••• Summary of Deposit Accounts •••••••••••••••••••••••••••••••
```

| AP | Account | Balance | Div-Rate% | YTD-Div | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| SV | 2688 | 20.00 | 0.150 | .00 | .00 | |



**raiz**
Federal Credit Union
12020 Rojas
El Paso, Texas 79936

915.843.8328 • 877.378.3281 • www.raiz.us

**Rojas Office**

**Horizon Branch**
13781 Horizon Blvd.

**Village Court**
100 Village Court

**Yandell Branch**
2500 E. Yandell

**Kenworthy Branch**
9835 Kenworthy

**Lomaland Branch**
975 Lomaland

**Resler Branch**
1656 N. Resler Dr.

**Joe Battle Branch**
3800 Joe Battle

**Golden Key Branch**
1226 Golden Key Cir

**Community Self-Service**
2112 N. Mesa

Account Number: 0242
Statement Period: 05/01/2023 - 05/31/2023
Page: 1 of 2

OZ 01
J.A.R. CONCRETE, INC. DBA JAR CONSTRUCTION, INC.
8000 ESCOBAR DR.
EL PASO, TX 79907

lkd4a
03490

**Important Messages**

Maximize your savings with a Raiz promotional share certificate! For a limited time only, Raiz is offering 12 month term share certificates with rates starting at 4.05% APY. Don't wait, for promotional informaiton visit www.raiz.us.

Offer valid for new deposits only. APY = Annual Percentage Yield. Minimum deposit $1,000.

RECEIVED

JUN 7 2023

## Account Summary

| | | | |
|---|---|---|---|
| SAVINGS ACCOUNTS | $25.62 | SHARE CERTIFICATES | Inquire Today |
| MONEY MARKET | Inquire Today | LOANS | $0.00 |
| CHECKING ACCOUNTS | $3,912.94 | IRA ACCOUNTS | Inquire Today |

## Mensajes Importantes

Solo por tiempo limitado, Raiz ofrece certificados de acciones a plazo de 12 meses con tasas empezando desde 4.05% APY. Para informacion promocional visita www.raiz.us Oferta valida solo para nuevos depositos. APY = Rendimiento porcentual anual. Deposito minimo de $1,000.

## SHARE SAVINGS

| Date | Transaction Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| | Joint Owner : JOSE AUDENAGO JR. ROSALES, JOE A. ROSALES, JAIME ROSALES | | | |

Share : S3 SHARE A/C - BUSINESS SAVINGS ACCT

| | | | | |
|---|---|---|---|---|
| Balance Forward on 05/01/2023 | | | | $25.62 |
| Ending Balance as of 05/31/2023 | | | | $25.62 |

## CHECKING

| Date | Transaction Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| | Draft : S13 SHARE A/C - BUS IMMA SHARE DRAFT | | | |
| | Joint Owner : JOSE AUDENAGO JR. ROSALES, JOE A. ROSALES, JAIME ROSALES | | | |
| | YTD Dividends: $0.82 | | | |





**NCUA**

3714    rev 07-22

\# - Transaction is effective dated

 **raiz**
Federal Credit Union

Account Number: 00242
Statement Date: 05/31/2023
Page: 2 of 2



| Date | Transaction Description | Debit (-) | Credit (+) | Balance |
|------|------------------------|-----------|-----------|---------|
| | Balance Forward on 05/01/2023 | | | $3,912.77 |
| 05/31/2023 | DIVIDEND CREDIT | | 0.17 | 3,912.94 |
| | Annual Percentage Yield Earned: 0.05% | | | |
| | For the Period from 05/01 through 05/31. | | | |
| | **Ending Balance as of 05/31/2023** | | | **$3,912.94** |

❖ *Y-T-D SUMMARIES*

Total YTD Dividends Applicable to S and I type accounts : $0.82

**Privacy Notice**
Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed and you may review our policy and practices with respect to your personal information at www.raiz.us or we will mail you a free copy upon request if you call us at 915.843.8328.

**Poliza de Privacidad**
Ley federal requiere que le informemos como colectamos, compartimos, y protegemos su información personal. Nuestra poliza de privacidad no ha cambiado y usted puede ver nuestra poliza y practicás con respecto a su información personal en nuestra pagina de internet, www.raiz.us, o le podemos mandar una copia gratis si nos llama al 915.843.8328.



3715      rev 07-22

 **WestStar**

PO BOX 99100
El Paso Texas 79999-9100

**RECEIVED**

JUN 7 2023

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

4670412

J A R Concrete Inc
Debtor in Possession
Case No. 23-30242-hcm
8000 Escobar Dr
El Paso TX 79907-1854

| | | |
|---|---|---|
| Date 5/31/23 | Page | 1 |
| Account Number | | ████1251 |
| Enclosures | | |

# CHECKING ACCOUNTS

J A R Concrete Inc
Debtor in Possession
Case No. 23-30242-hcm

With the MyCardRules app, you're in the driver's seat of your WestStar Debit Card. Get transaction alerts, customize spending limits for transactions, merchants, and places, set parental controls, and more. Enjoy full control of your debit card today! Download the app now from the Apple App Store or Google Play.



Business Account
Account Number                    ████1251   Statement Dates   5/01/23 thru  5/31/23
Previous Balance                   480.00   Days in the Statement Period        31
     5 Deposits/Credits        105,278.26   Average Ledger            34,295.14
    52 Checks/Debits            82,228.10   Average Collected         31,993.72
Service Fee                           .00
Interest Paid                         .00
Ending Balance                  23,530.16

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 5/10 | Deposit | 607.64 |
| 5/10 | Deposit | 71,344.13 |
| 5/18 | Deposit | 932.00 |
| 5/22 | Concentrat City of El Paso CCD 9763173243 JAR Concrete Inc RMR*IV*2021-1305-37**9059.4\ | 9,059.40 |
| 5/30 | Concentrat City of El Paso CCD 9763173243 JAR Concrete Inc | 23,335.09 |

---

**MEMBER FDIC**          **NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

 **WestStar**

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date 5/31/23 | Page 2 |
|---|---|
| Account Number | ●●●●1251 |
| Enclosures | |

Business Account                    ●●●●1251  (Continued)

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| | RMR*IV*2021-1305-38**23335.09\ | |

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 5/10 | AchBatch    JAR Concrete PPD | 1.00- |
| 5/25 | OUTGOING WIRE TRANFER | 9,000.00- |
| 5/25 | Wire Transfer Fee | 18.00- |
| 5/30 | USATAXPYMT IRS CCD XXXXX5041906229 JAR CONCRETE INC | 3,100.62- |



## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/19 | | 16,962.50 | 5/22 | 30028* | 432.25 | 5/30 | 30055 | 110.22 |
| 5/24 | | 4,262.58 | 5/23 | 30031* | 11,900.00 | 5/30 | 30056 | 10.00 |
| 5/18 | 30001* | 316.98 | 5/30 | 30032 | 50.00 | 5/26 | 30057 | 50.00 |
| 5/19 | 30007* | 1,278.78 | 5/22 | 30037* | 3,150.00 | 5/31 | 30058 | 131.61 |
| 5/23 | 30008 | 872.38 | 5/22 | 30038 | 136.54 | 5/30 | 30059 | 1,278.77 |
| 5/22 | 30009 | 1,520.43 | 5/22 | 30040* | 1,000.00 | 5/31 | 30060 | 872.38 |
| 5/23 | 30010 | 2,637.35 | 5/25 | 30042* | 250.00 | 5/30 | 30061 | 1,520.43 |
| 5/23 | 30011 | 2,018.78 | 5/26 | 30043 | 907.14 | 5/30 | 30063* | 2,018.79 |
| 5/16 | 30014* | 2,825.00 | 5/25 | 30045* | 2,294.88 | 5/30 | 30064 | 40.00 |
| 5/18 | 30018* | 1,000.00 | 5/30 | 30046 | 293.12 | 5/26 | 30066* | 446.57 |
| 5/18 | 30019 | 250.00 | 5/25 | 30047 | 900.00 | 5/30 | 30067 | 94.34 |
| 5/30 | 30020 | 67.50 | 5/31 | 30048 | 77.65 | 5/26 | 30068 | 465.41 |
| 5/22 | 30022* | 130.00 | 5/31 | 30049 | 50.00 | 5/31 | 30069 | 325.00 |
| 5/23 | 30023 | 76.16 | 5/30 | 30052* | 60.00 | 5/31 | 30071* | 1,250.00 |
| 5/30 | 30024 | 220.00 | 5/30 | 30053 | 76.16 | 5/31 | 30078* | 4,615.00 |
| 5/23 | 30026* | 73.78 | 5/30 | 30054 | 240.00 | 5/31 | 30079 | 550.00 |

Indicates a skip in check sequence on this statement

```
Date  5/31/23              Page    3
Account Number              ████1251
Enclosures
```

Business Account                    ████1251  (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 480.00 | 5/19 | 50,729.51 | 5/25 | 19,115.78 |
| 5/10 | 72,430.77 | 5/22 | 53,419.69 | 5/26 | 17,246.66 |
| 5/16 | 69,605.77 | 5/23 | 35,841.24 | 5/30 | 31,401.80 |
| 5/18 | 68,970.79 | 5/24 | 31,578.66 | 5/31 | 23,530.16 |