# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−30242−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **J.A.R. Concrete, Inc** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on     **7/26/23 at 01:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 207 Motion for Relief from Stay (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Miguel Alejandro Flores for Creditor Ruth Herrera. Hearing Scheduled For 7/26/2023 at 01:00 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . **A TIMELY−FILED RESPONSE TO THE MOTION IS NECESSARY FOR A HEARING TO BE HELD**.....If a reset is requested and approved or an Agreed Order is submitted prior to the hearing, no appearance is required.

Dated: 6/22/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)−HCM]** [NtchrgBKhcmap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30242-hcm |
| J.A.R. Concrete, Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2023 | Form ID: 510 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + J.A.R. Concrete, Inc, 8000 Escobar Dr., El Paso, TX 79907-1854 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Autumn D. Highsmith | on behalf of Interested Party Texas Department of Transportation autumn.highsmith@oag.texas.gov |
| Carlos A. Miranda | on behalf of Creditor GECU cmiranda@eptxlawyers.com wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor Wallwork Financial carisco@padfieldstout.com carisco@livepad.com |
| Clayton D. Ketter | on behalf of Creditor Deere & Company cdketter@phillipsmurrah.com mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com |
| Clyde A. Pine, Jr. | on behalf of Creditor 4Rivers Equipment LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |

23-30242-hcm Doc#223 Filed 06/24/23 Entered 06/24/23 23:20:22 Imaged Certificate of Notice Pg 3 of 4

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 510 | Total Noticed: 1 |

| | |
|---|---|
| E. P. Bud Kirk | on behalf of Debtor J.A.R. Concrete Inc budkirk@aol.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Gregory Marc Weinstein | on behalf of Creditor United States Fire Insurance Company gweinstein@weinrad.com cspringer@weinrad.com;smcfadin@weinrad.com |
| Gregory Marc Weinstein | on behalf of Creditor Crum & Forster gweinstein@weinrad.com cspringer@weinrad.com;smcfadin@weinrad.com |
| James Michael Feuille | on behalf of Creditor Tri-State Electric LTD. jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com |
| James W. Brewer | on behalf of Creditor Wells Fargo Equipment Finance Inc. jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Jarom J Yates | on behalf of Creditor 1st Source Bank jarom.yates@haynesboone.com kim.morzak@haynesboone.com |
| Jason Sansone | on behalf of Creditor Deere & Company jasansone@phillipsmurrah.com r47439@notify.bestcase.com;mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com |
| John Robert Nelson | on behalf of Attorney Caterpillar Financial Services Corporation c/o John Nelson Esq. jnelson@dickinsonwright.com, rgarza@dickinsonwright.com;mdallaire@dickinsonwright.com |
| Joseph D Austin | on behalf of Creditor Nueces Power Equipment joseph.austin@kellyhart.com |
| Larry Chek | on behalf of Creditor First-Citizens Bank and Trust Company lchek@pamlaw.com mislas@pamlaw.com |
| Layla D Milligan | on behalf of Interested Party Texas Department of Transportation Layla.Milligan@oag.texas.gov |
| Megan M. Adeyemo | on behalf of Creditor Mitsubishi Capital America Inc. madeyemo@grsm.com, asoto@grsm.com |
| Merwan N Bhatti | on behalf of Creditor Accent Landscape Contractors Inc. bhatti@mgmsg.com, scantu@mgmsg.com |
| Michael J. Shane | on behalf of Creditor Clowe & Cowan of El Paso LLC mshane@eplawyers.com, bsilva@eplawyers.com |
| Michael J. Shane | on behalf of Creditor C & R Distributing LLC mshane@eplawyers.com, bsilva@eplawyers.com |
| Michael J. Shane | on behalf of Creditor WeldBros Company mshane@eplawyers.com bsilva@eplawyers.com |
| Michelle D. Esparza | on behalf of Attorney Caterpillar Financial Services Corporation c/o John Nelson Esq. mesparza@dickinsonwright.com, ksaldivar@dickinsonwright.com |
| Miguel Alejandro Flores | on behalf of Creditor Ruth Herrera tanzy.borrego@gmail.com tanzy.mail@gmail.com;TB.Notices@gmail.com;r50005@notify.bestcase.com;ign@tanzyborrego.com;TanzyBorregoLawOffices@jubileebk.net;tanzy.borrego@outlook.com |
| Miguel Alejandro Flores | on behalf of Creditor The Ricardo Cordova Living Trust FBO Alec Julian Herrera tanzy.borrego@gmail.com tanzy.mail@gmail.com;TB.Notices@gmail.com;r50005@notify.bestcase.com;ign@tanzyborrego.com;TanzyBorregoLawOffices@jubileebk.net;tanzy.borrego@outlook.com |
| Misti Lachelle Beanland | on behalf of Creditor Structural and Steel Products Inc. beanland@mssattorneys.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com jtownzen@qslwm.com |
| Stephen Wilcox | on behalf of Creditor Ford Motor Credit Company LLC swilcox@wilcoxlaw.net krw77@sbcglobal.net;kraudry@wilcoxlaw.net |
| Steven B. Bass | on behalf of Creditor United States Internal Revenue Service Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| Steven B. Bass | on behalf of Creditor Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 510 | Total Noticed: 1 |

United States Trustee - EP12  USTPRegion07.SN.ECF@usdoj.gov

William Steven Bryant  on behalf of Creditor Camino Real Regional Mobility Authority sbryant@lockelord.com  jpelayo@lockelord.com

TOTAL: 33