

**SO ORDERED.**

**SIGNED this 08th day of September, 2023.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-30242-HCM |
| | § | |
| J.A.R. CONCRETE, INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER GRANTING EMERGENCY MOTION TO COMPEL PAYMENT OF FEES AND EXPENSES

CAME ON FOR CONSIDERATION the Motion by Michael G. Colvard, Subchapter V Trustee ("Sub V Trustee"), to Compel Payment of Fees and Expenses (the "Motion") and the Court having considered the Motion and the arguments presented, and having determined that the Motion should be granted. It is therefore…

ORDERED, ADJUDGED and DECREED that the Motion is hereby GRANTED. It is further. . .

ORDERED, ADJUDGED and DECREED that J.A.R. Concrete, Inc. must make payment of Eight Thousand Three Hundred Ninety-Two Dollars and 45/100 ($8,392.45), payable to Michael G. Colvard, Subchapter V Trustee, within three (3) days from the entry of this Order.

###

Submitted by:

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
(210) 227-7591 - Office
(210) 227-7924 - Facsimile
mcolvard@mdtlaw.com - Email

By: /s/Michael G. Colvard
Michael G. Colvard
State Bar No. 04629200

**SUBCHAPTER V TRUSTEE**



United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30242-hcm |
| J.A.R. Concrete, Inc | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 08, 2023 | Form ID: pdfintp | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | J.A.R. Concrete, Inc, 8000 Escobar Dr., El Paso, TX 79907-1854 |
| aty | + | Caterpillar Financial Services Corporation c/o Joh, Dickinson Wright PLLC, 607 W. 3rd Street, Suite 2500, Austin, TX 78701-4713 |
| tr | + | Michael G. Colvard, Martin & Drought, PC, Weston Centre, 112 E Pecan St, Suite 1616, San Antonio, TX 78205-8902 |
| cr | + | 4Rivers Equipment, LLC, c/o Clyde A. Pine, Jr., P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | | Accent Landscape Contractors, Inc., PO Box 1977, El Paso, TX 79999-1977 |
| cr | + | Ally Bank, c/o Quilling Selander Lownds Winslett, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | C & R Distributing, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso, TX 79912-6149 |
| cr | | Camino Real Regional Mobility Authority, c/o Locke Lord LLP, 300 Congress Avenue, Ste. 2100, Austin, TX 78701 |
| cr | + | Clowe & Cowan of El Paso, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso, TX 79912-6149 |
| cr | + | First-Citizens Bank and Trust Company, Attn: Laura Messina, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| intp | + | Griffith Davison, P.C., 13737 Noel Rd., Ste. 850, Dallas, TX 75240-1331 |
| cr | + | M2 Equipment Finance, LLC, c/o James M. Feuille, Scotthulse PC, 201 E. Main Dr. Suite 1100, El Paso, TX 79901 UNITED STATES 79901-1340 |
| intp | + | Sean Kelley, 22911 Trailwood, Tomball, TX 77375-7107 |
| cr | + | Small Business Administration, c/o Steven B. Bass, 816 Congress Ave., Suite 1000, Austin, TX 78701-2486 |
| cr | + | Tri-State Electric LTD., c/o James M. Feuille, ScottHulse PC, 201 E. Main Dr. Suite 1100, El Paso, TX 79901 UNITED STATES 79901-1340 |
| cr | + | Wallwork Financial, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | WeldBros Company, Gordon Davis Johnson & Shane, PC, 4695 N. Mesa Street, Suite 100, El Paso, 79912 UNITED STATES 79912-6149 |
| cr | + | Wells Fargo Equipment Finance, Inc., c/o James W. Brewer, P. O. Box 2800, El Paso, TX 79999-2800 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GECU-BKNotices@gecu.com | Sep 08 2023 22:09:00 | GECU, PO Box 20998, El Paso, TX 79998-0998 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 08 2023 22:08:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: beanland@mssattorneys.com | Sep 08 2023 22:09:00 | Structural and Steel Products, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |
| intp | | Email/Text: bcd@oag.texas.gov | Sep 08 2023 22:09:00 | Texas Department of Transportation, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Michael G. Colvard, Martin & Drought, PC, Weston Centre, 112 E Pecan St, Suite 1616, San Antonio, TX 78205-8902 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

23-30242-hcm Doc#377 Filed 09/10/23 Entered 09/10/23 23:18:20 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: pdfintp | Total Noticed: 22 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Autumn D. Highsmith | on behalf of Interested Party Texas Department of Transportation autumn.highsmith@oag.texas.gov |
| Carlos A. Miranda | on behalf of Creditor GECU cmiranda@eptxlawyers.com wendy@eptxlawyers.com |
| Christopher V. Arisco | on behalf of Creditor Wallwork Financial carisco@padfieldstout.com carisco@livepad.com |
| Clayton D. Ketter | on behalf of Creditor Deere & Company cdketter@phillipsmurrah.com mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com |
| Clyde A. Pine, Jr. | on behalf of Creditor 4Rivers Equipment  LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Debtor J.A.R. Concrete  Inc budkirk@aol.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Gregory Marc Weinstein | on behalf of Creditor United States Fire Insurance Company gweinstein@weinrad.com cspringer@weinrad.com;smcfadin@weinrad.com |
| Gregory Marc Weinstein | on behalf of Creditor Crum & Forster gweinstein@weinrad.com  cspringer@weinrad.com;smcfadin@weinrad.com |
| James Michael Feuille | on behalf of Creditor M2 Equipment Finance  LLC jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Tri-State Electric LTD. jfeu@scotthulse.com  tmar@scotthulse.com;jcor@scotthulse.com |
| James W. Brewer | on behalf of Creditor Wells Fargo Equipment Finance  Inc. jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Jarom J Yates | on behalf of Creditor 1st Source Bank jarom.yates@haynesboone.com  kim.morzak@haynesboone.com |
| Jason Cagle | on behalf of Debtor J.A.R. Concrete  Inc jcagle@griffithdavison.com, kelliott@griffithdavison.com |
| Jason Sansone | on behalf of Creditor Deere & Company jasansone@phillipsmurrah.com r47439@notify.bestcase.com;mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com |
| Jeff Carruth | on behalf of Interested Party Joe Rosales  Jr jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com |

23-30242-hcm Doc#377 Filed 09/10/23 Entered 09/10/23 23:18:20 Imaged Certificate of Notice Pg 5 of 5

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: pdfintp | Total Noticed: 22 |

John Robert Nelson
    on behalf of Attorney Caterpillar Financial Services Corporation c/o John Nelson Esq. jnelson@dickinsonwright.com, rgarza@dickinsonwright.com;mdallaire@dickinsonwright.com

Joseph D Austin
    on behalf of Creditor Nueces Power Equipment joseph.austin@kellyhart.com

Kelsey Linendoll, I
    on behalf of Creditor Wallwork Financial klinendoll@padfieldstout.com

Larry Chek
    on behalf of Creditor First-Citizens Bank and Trust Company lchek@pamlaw.com mislas@pamlaw.com

Layla D Milligan
    on behalf of Interested Party Texas Department of Transportation Layla.Milligan@oag.texas.gov

Martha Burroughs Wyrick
    on behalf of Creditor 1st Source Bank martha.wyrick@haynesboone.com

Megan M. Adeyemo
    on behalf of Creditor Mitsubishi Capital America Inc. madeyemo@grsm.com, asoto@grsm.com

Merwan N Bhatti
    on behalf of Creditor Accent Landscape Contractors Inc. bhatti@mgmsg.com, scantu@mgmsg.com

Michael J. Shane
    on behalf of Creditor Clowe & Cowan of El Paso LLC mshane@eplawyers.com, bsilva@eplawyers.com

Michael J. Shane
    on behalf of Creditor C & R Distributing LLC mshane@eplawyers.com, bsilva@eplawyers.com

Michael J. Shane
    on behalf of Creditor WeldBros Company mshane@eplawyers.com bsilva@eplawyers.com

Michelle D. Esparza
    on behalf of Attorney Caterpillar Financial Services Corporation c/o John Nelson Esq. mesparza@dickinsonwright.com, ksaldivar@dickinsonwright.com

Miguel Alejandro Flores
    on behalf of Creditor Ruth Herrera tanzy.borrego@gmail.com tanzy.mail@gmail.com;TB.Notices@gmail.com;r50005@notify.bestcase.com;ign@tanzyborrego.com;TanzyBorregoLawOffices@jubileebk.net;tanzy.borrego@outlook.com

Miguel Alejandro Flores
    on behalf of Creditor The Ricardo Cordova Living Trust FBO Alec Julian Herrera tanzy.borrego@gmail.com tanzy.mail@gmail.com;TB.Notices@gmail.com;r50005@notify.bestcase.com;ign@tanzyborrego.com;TanzyBorregoLawOffices@jubileebk.net;tanzy.borrego@outlook.com

Misti Lachelle Beanland
    on behalf of Creditor Structural and Steel Products Inc. beanland@mssattorneys.com

Patrick Michael Lynch
    on behalf of Creditor Ally Bank plynch@qslwm.com jtownzen@qslwm.com

Stephen Wilcox
    on behalf of Creditor Ford Motor Credit Company LLC swilcox@wilcoxlaw.net krw77@sbcglobal.net;kraudry@wilcoxlaw.net

Steven B. Bass
    on behalf of Creditor United States Internal Revenue Service Steven.Bass@usdoj.gov tina.travieso@usdoj.gov

Steven B. Bass
    on behalf of Creditor Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

William Steven Bryant
    on behalf of Creditor Camino Real Regional Mobility Authority sbryant@lockelord.com jpelayo@lockelord.com

TOTAL: 38