**The relief described hereinbelow is SO ORDERED.**

**Signed September 13, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 23-30242-cgb |
| J.A.R. CONCRETE, INC. § | |
| d/b/a J.A.R. Construction, Inc., § | |
| § | Chapter 7 |
| Debtor. § | |
| § | |

### MEMORANDUM ORDER FROM 9/12/2024 HEARING REGARDING TRUSTEE APPLICATION FOR AUTHORITY TO EMPLOY SCHEDULING EXPERT

During the hearing held on September 12, 2024, the Court issued the following rulings:

1. The Trustee's Application For Authority To Employ Scheduling Expert [Doc. 650] is granted, subject to the Court's prior ruling that requires any party to the adversary proceeding against Camino Real Regional Mobility Authority, Adversary No. 24-03001-cgb, to seek leave from the Court to call a testifying expert witness at any future hearing.

### # # #

**SUBMITTED BY:**

**FENNEMORE CRAIG, P.C.**

By: */s/ John R. Jefferies*
John R. Jefferies (AZ Bar # 011542)
Justin A. Robles (AZ Bar # 035642)
2394 E. Camelback Rd., #600
Phoenix, AZ 85016
rjefferies@fennemorelaw.com
jrobles@fennemorelaw.com
*Attorneys for Trustee Ronald Ingalls*